

### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE, JOHN DOE, SR., and JANE DOE,<br>                Plaintiffs,<br><br>vs.<br><br>FATHER ERIC ENSEY, FATHER CARLOS URRUTIGOITY, DIOCESE OF SCRANTON, BISHOP JAMES C. TIMLIN, THE SOCIETY OF ST. JOHN, THE PRIESTLY FRATERNITY OF ST. PETER, and ST. GREGORY'S ACADEMY,<br>                Defendants. | NO. 3:CV 02-0444<br><br>**FILED SCRANTON**<br><br>APR 1 5 2002<br><br>PER _____<br>DEPUTY CLERK<br><br>JURY TRIAL DEMANDED |

### PRAECIPE FOR APPEARANCE

To The Clerk:

    Please enter my appearance on behalf of the Defendants, The Priestly Fraternity of St. Peter and St. Gregory's Academy, only, in the above entitled case.

                                        LEESON, LEESON & LEESON

                                        By: _____
                                        JOSEPH F. LEESON, JR.
                                        ID NO. 32540
                                        70 East Broad Street
                                        P. O. Box 1426
                                        Bethlehem, PA 18016-1426
                                        (610) 691-3320

DATE: April 9, 2002                           Attorney for Defendants, The Priestly Fraternity of St. Peter and St. Gregory's Academy

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE, JOHN DOE, SR., and JANE DOE, <br><br>     Plaintiffs, <br><br> vs. <br><br> FATHER ERIC ENSEY, FATHER CARLOS URRUTIGOITY, DIOCESE OF SCRANTON, BISHOP JAMES C. TIMLIN, THE SOCIETY OF ST. JOHN, THE PRIESTLY FRATERNITY OF ST. PETER, and ST. GREGORY'S ACADEMY, <br>     Defendants. | ) NO. 3:CV 02-0444 <br> ) <br> ) **FILED** <br> ) **SCRANTON** <br> ) <br> ) APR 1 5 2002 <br> ) <br> ) PER _____ <br> ) DEPUTY CLERK <br> ) <br> ) <br> ) <br> ) JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I, JOSEPH F. LEESON, JR., ESQUIRE, hereby certify that a true and correct copy of the foregoing Entry of Appearance, was forwarded to the following at the address indicated, via U.S. Mail, postage prepaid, on the date indicated below:

James M. Bendell, Esquire
P. O. Box 587
Port Townsend, WA 98368

Douglas A. Clark, Esquire
716 Adele Drive
Peckville, PA 18452

_____
JOSEPH F. LEESON, JR.

Date: April 9, 2002