


IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE, JOHN DOE, SR. and JANE DOE,<br>Plaintiffs<br><br>v<br><br>FATHER ERIC ENSEY,<br>FATHER CARLOS URRUTIGOITY,<br>DIOCESE OF SCRANTON,<br>BISHOP JAMES C. TIMLIN,<br>THE SOCIETY OF ST. JOHN,<br>THE PRIESTLY FRATERNITY OF ST. PETER, and<br>ST. GREGORY'S ACADEMY,<br>Defendants | No. No. 3:CV 02-0444<br><br>Judge<br><br>FILED<br>SCRANTON<br><br>APR 3 0 2002<br><br>PER /s/<br>DEPUTY CLERK |

## PRAECIPE FOR ENTRY OF APPEARANCE

TO:   Clerk of Courts

Please enter my appearance on behalf of the Defendants, Diocese of Scranton and Bishop James C. Timlin.

Respectfully submitted,

_____
Joseph A. O'Brien, Esquire
Attorney I.D. No.: 22103
Oliver, Price & Rhodes
P.O. Box 240
Clarks Summit, PA 18411
(570) 585-1200

_____
James E. O'Brien, Jr., Esquire
KENNEDY, O'BRIEN, McCORMACK & MULCAHEY
Scranton Life Building, Suite 504
538 Spruce Street
Scranton, PA 18503-1808

## CERTIFICATE OF SERVICE

I, **Joseph A. O'Brien, Esquire**, of Oliver, Price & Rhodes, hereby certify that on the ___ day of April, 2002, I served a true and correct copy of the foregoing PRAECIPE FOR ENTRY OF APPEARANCE by placing the same in the United States Mail, First Class Postage Prepaid, at Clarks Summit, Pennsylvania, addressed as follows:

James M. Bendell, Esquire
PO Box 587
Port Townsend, WA 98368

Douglas A. Clark, Esquire
715 Adele Drive
Peckville, PA 18452

Joseph A. O'Brien, Esquire