# ORIGINAL

WAIVER OF SERVICE OF SUMMONS

TO: James M. Bendell, Esquire
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of _____ DOE _____ vs ENSEY, ET AL., which is case number 3:CV-02-0444 in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after April 26, 2002 (date request was sent), or within 90 days after that date if the request was sent outside the United States.

22 May 2002
DATE

SIGNATURE

Printed/typed name: ERIC S. ENSEY
Title if any: (REVEREND FATHER)

Address of Person signing: P.O. BOX 822
MILFORD, PA 18337

Party you represent: _____

FILED
SCRANTON

JUN - 5 2002

PER _____
DEPUTY CLERK

ORIGINAL 

WAIVER OF SERVICE OF SUMMONS

TO: James M. Bendell, Esquire
(Name of plaintiff's attorney or pro se plaintiff)

   I acknowledge receipt of your request that I waive service of a summons in the action of _____ DOE vs ENSEY, ET AL., which is case number 3:CV-02-0444 in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument and a means by which I can return the signed waiver to you without cost to me.

   I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

   I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

   I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after April 26, 2002 (date request was sent), or within 90 days after that date if the request was sent outside the United States.

22 May 2002
DATE                               SIGNATURE

Printed/typed name: DOMINIC O'CONNOR
       Title if any: FR.

Address of Person signing: 702 Route 434
                           SHSHOLA
                           PA 18458

Party you represent: Society of Saint John

FILED
SCRANTON

JUN - 5 2002

PER

**ORIGINAL** 

WAIVER OF SERV

TO: James M. Bendell, Esquire
(Name of plaintiff's attorney or

I acknowledge receipt of your request
of a summons in the action of _____
ENSEY, ET AL.
which is case number   3:CV-02-0444
United States District Court for the Middle District
Pennsylvania. I have also received a copy of the compl.
the action, two copies of this instrument and a means by
can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an
additional copy of the complaint in this lawsuit by not requiring
that I (or the entity on whose behalf I am acting) be served with
judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain
all defenses or objections to the lawsuit or to the jurisdiction
or venue of the court except for objections based on a defect in
the summons or in the service of the summons.

I understand that a judgment may be entered against me (or
the party on whose behalf I am acting) if an answer or motion
under Rule 12 is not served upon you within 60 days after
   April 26, 2002          (date request was sent), or within
90 days after that date if the request was sent outside the
United States.

22 MAY 2002
DATE                                   SIGNATURE

Printed/typed name: CARLOS URRUTIGOITY
         Title if any: REVEREND FATHER

Address of Person signing: PO Box 822

                           MILFORD PA 18337

Party you represent: _____

**FILED**
**SCRANTON**

JUN - 5 2002

PER _____
DEPUTY CLERK