

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE, JOHN DOE, SR. and JANE DOE,<br>　　　Plaintiffs<br><br>vs.<br><br>FATHER ERIC ENSEY, FATHER CARLOS URRUTIGOITY, DIOCESE OF SCRANTON, BISHOP JAMES C. TIMLIN, THE SOCIETY OF ST. JOHN, THE PRIESTLY FRATERNITY OF ST. PETER, and ST. GREGORY'S ACADEMY,<br>　　　Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:  DOCKET NO. 3:CV-02-0444<br>:<br>:<br>:<br>:  (JUDGE CAPUTO)<br>: |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

FILED
SCRANTON
JUN 11 2002
PER _____
        DEPUTY CLERK

**ENTRY OF APPEARANCE**

Please enter the appearance of the firm of FOLEY, COGNETTI, COMERFORD & CIMINI, SAL COGNETTI, JR., ESQUIRE and VINCENT S. CIMINI, ESQUIRE, on behalf of Defendants, Father Eric Ensey, Father Carlos Urrutigoity and Society of St. John, in the above captioned action.

　　　　　　　　　　　　　　　　　FOLEY, COGNETTI, COMERFORD
　　　　　　　　　　　　　　　　　& CIMINI

　　　　　　　　　　　　　　　　　BY: _____
　　　　　　　　　　　　　　　　　SAL COGNETTI, JR., ESQ.

　　　　　　　　　　　　　　　　　BY: _____
　　　　　　　　　　　　　　　　　VINCENT S. CIMINI, ESQ.

507 Linden Street
Suite 700
Scranton, PA 18503
(570) 346-0745