UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE, JOHN DOE SR., and JANE DOE,<br><br>Plaintiffs<br><br>v.<br><br>FATHER ERIC ENSEY, FATHER CARLOS URRUTIGOITY, DIOCESE OF SCRANTON, BISHOP JAMES C. TIMLIN, THE SOCIETY OF ST. JOHN, THE PRIESTLY FRATERNITY OF ST. PETER, and ST. GREGORY'S ACADEMY,<br><br>Defendants | CIVIL ACTION NO. 3:02-0444<br><br>(VANASKIE, D.J.)<br>(MANNION, M.J.)<br><br>FILED<br>WILKES BARRE<br>JUN 1 3 2002<br>MARY E. D'ANDREA, CLERK<br>Per_____<br>DEPUTY CLERK |

### O R D E R

Before the court is the defendants' motion for an enlargement of time within which to respond to plaintiffs' complaint. (Doc. No. 6) **IT IS HEREBY ORDERED THAT** the motion is **GRANTED**. Defendants shall file their response to plaintiffs' complaint on or before August 15, 2002.

MALACHY E. MANNION
United States Magistrate Judge

Dated:   June 13, 2002