# James M. Bendell
*Attorney at Law*
P.O. Box 587
2535 Ivy Street
Port Townsend, WA 98368
(360) 379-5221  Facsimile (360) 379-3238
bendell@cablespeed.com

July 24, 2002

Hon. Malachy E. Mannion
United States Magistrate Judge
United States District Court
Middle District of Pennsylvania
U.S. Post Office and Courthouse
Scranton, PA 18501

FILED
SCRANTON

JUL 2 9 2002

PER _____
DEPUTY CLERK

RE:   John Doe et al vs. Diocese of Scranton et al

Dear Judge Mannion:

I am one of the attorney representing the plaintiffs in the above-captioned matter. Currently, defendants Diocese of Scranton and the Priestly Fraternity of St. Peter are overdue on discovery. It is my intention to file a Motion to Compel Discovery, but I understand that it is the practice in this District Court to first schedule a teleconference. Therefore, the purpose of this letter is to request the court to schedule a teleconference for this purpose.

Sincerely,

James Bendell

cc:   James O'Brien, Esq.
      Joseph Leeson, Esq.
      Sal Cognetti, Jr., Esq. and Vincent Cimini, Esq.