*12*

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE, JOHN DOE SR., and JANE DOE, | CIVIL ACTION NO. 3:02-0444 |
| Plaintiffs | (VANASKIE, D.J.) |
| | (MANNION, M.J.) |
| v. | |
| FATHER ERIC ENSEY, FATHER CARLOS URRUTIGOITY, DIOCESE OF SCRANTON, BISHOP JAMES C. TIMLIN, THE SOCIETY OF ST. JOHN, THE PRIESTLY FRATERNITY OF ST. PETER, and ST. GREGORY'S ACADEMY, | FILED WILKES-BARRE AUG 14 2002 MARY E. [illegible], CLERK Per_____ DEPUTY CLERK |
| Defendants | |

## O R D E R

On August 2, 2002, the court entered an order (Doc. No. 11) in which it directed the Diocese of Scranton and Bishop James C. Timlin to file an answer on or before August 15, 2002. Upon further review, it appears that court records do not indicate that the defendants, Diocese of Scranton or Bishop James C. Timlin, were served with the complaint in this matter. If service has not been effectuated, the above-named defendants time to answer has not yet run. The court has been informed however that the attorneys for both parties have been in discussion and

there will be no dispute concerning service of the complaint nor the filing of an answer by the defendants. As such, this court's order of August 2, 2002 (Doc. No. 11) is hereby modified to require the defendants Diocese of Scranton and Bishop James C. Timlin to answer the complaint on or before September 5, 2002.

```
_____
MALACHY E. MANNION
United States Magistrate Judge
```

Dated: August 14, 2002