# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| Case | Number |
|---|---|
| Olshefski v. United Health Care | 99-cv-1238 |
| Fegley v. Northern Health Facilities | 00-cv-0644 |
| Regan v. Lackawanna County Commissioners | 00-cv-1378 |
| Fireman's Insurance v. Seeherman | 01-cv-0271 |
| Milford Hill Day Care v. Delaware Valley Area | 01-cv-0445 |
| Pifcho v. Walsh | 01-cv-0893 |
| Bourdette v. Wyndham International | 01-cv-1454 |
| Popple Construction v. Bell Justice Facilities | 01-cv-1855 |
| Fadden v. City of Scranton | 01-cv-1888 |
| Burke v. Office of the Attorney General | 01-cv-2260 |
| Lonzetta Trucking v. Schan | 02-cv-0018 |
| Doe v. Ensey | 02-cv-0444 |
| Haeseker v. Reynolds | 02-cv-0724 |
| Zingaretti v. Farmers' New Century | 02-cv-1103 |
| Fleming Companies v. S & M Foods, Inc. | 02-cv-1282 |
| Lucas v. Tennis | 98-cv-0393 |
| Jones v. Scott | 01-cv-0948 |
| Stull v. Durran | 01-cv-1222 |
| Ebersole v. Pennsylvania State | 01-cv-1924 |

FILED SCRANTON AUG 1 9 2002 PER Km DEPUTY CLERK

| | |
|---|---|
| Wirs v. Davis | 01-cv-2150 |
| Melvin v. Warden | 02-cv-0425 |
| Adesanya v. Immigration and Naturalization Service | 02-cv-0482 |
| Brodzinski v. Apfel | 01-cv-1738 |
| Simone v. Massanari | 01-cv-1886 |
| Wonsick v. Commissioner of Social Security | 02-cv-0652 |

## ORDER

**NOW, THIS 19th DAY OF AUGUST, 2002, IT IS HEREBY ORDERED THAT** the Clerk of Court is directed to transfer the above-captioned cases to the Hon. John E. Jones, III.

Thomas I. Vanaskie, Chief Judge
Middle District of Pennsylvania

O:\VANASKIE\DAVIES\ORDERS\CIVIL\TRANSFER.4

2