


IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
SCRANTON
AUG 26 2002

| | |
|---|---|
| JOHN DOE, JOHN DOE, SR. and JANE DOE,<br>　　　　　　Plaintiffs<br><br>　　vs.<br><br>FATHER ERIC ENSEY, FATHER CARLOS URRUTIGOITY, DIOCESE OF SCRANTON, BISHOP JAMES C. TIMLIN, THE SOCIETY OF ST. JOHN, THE PRIESTLY FRATERNITY OF ST. PETER, and ST. GREGORY'S ACADEMY,<br>　　　　　　Defendants | No. 3:CV 02-0444<br><br>(JONES, D.J.)<br>(MANNION, M.J.)<br><br>JURY TRIAL DEMANDED |

## PRAECIPE FOR ENTRY OF APPEARANCE

TO: CLERK OF COURTS

Kindly enter the appearance of **HARRY T. COLEMAN, ESQUIRE**, as Co-counsel for **Plaintiffs** with regard to the above-captioned case.

Respectfully submitted,

LAW OFFICES OF HARRY T. COLEMAN

By: _____
Harry T. Coleman, Esquire
Attorney I.D. No. 49137
148 Adams Avenue
Scranton, PA 18503
(570) 558-6680
Co-Counsel for Plaintiffs