UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE, JOHN DOE SR., and JANE DOE, | CIVIL ACTION NO. 3:02-0444 |
| Plaintiffs | (JONES, D.J.) |
| | (MANNION, M.J.) |
| v. | |
| FATHER ERIC ENSEY, FATHER CARLOS URRUTIGOITY, DIOCESE OF SCRANTON, BISHOP JAMES C. TIMLIN, THE SOCIETY OF ST. JOHN, THE PRIESTLY FRATERNITY OF ST. PETER, and ST. GREGORY'S ACADEMY, | FILED WILKES-BARRE  SEP - 5 2002  MARY E. D'ANDREA, CLERK Per_____ DEPUTY CLERK |
| Defendants | |

## O R D E R

The complaint in this matter was filed on March 20, 2002. (Doc. No. 1)  Thereafter, the matter was assigned to Judge Vanaskie and referred to the undersigned for pretrial management.

Since the answers to the complaint are due from all defendants, on or before September 5, 2002, the undersigned scheduled a case management conference for Thursday, September 5, 2002 in order to establish appropriate pretrial deadlines.  (Doc. No. 10)

In the interim, on August 26, 2002, the court received a praecipe for entry of appearance in which Harry T. Coleman, Esquire, entered his appearance as co-counsel on behalf of the plaintiffs.  (Doc. No. 16)

Inasmuch as Harry T. Coleman and his family have been close personal friends of the undersigned and his family for many years, the impartiality of the undersigned judicial officer to adjudicate this matter "might reasonably be questioned."

28 U.S.C. § 455(a) provides that:

> **Any justice, judge or magistrate of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned.**

In light of the entry of appearance of Attorney Coleman, **IT IS ORDERED THAT:**

(1) Pursuant to 28 U.S.C. § 455(a) and (b), the undersigned recuses himself from adjudicating this proceeding;

(2) The case management conference scheduled for Thursday, September 5, 2002, is canceled;

(3) The Clerk of Court is directed to return the matter to the District Court, and/or reassign the matter to

2

another magistrate judge; and,

(4) The Clerk of Court is directed to advise the reassigned judge that a case management conference has not yet taken place.

MALACHY E. MANNION
United States Magistrate Judge

Dated: September 5, 2002