
COPY

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN DOE, JOHN DOE, SR. and
JANE DOE,
    Plaintiffs

vs.

FATHER ERIC ENSEY, FATHER CARLOS
URRUTIGOITY, DIOCESE OF SCRANTON,
BISHOP JAMES C. TIMLIN, THE
SOCIETY OF ST. JOHN, THE PRIESTLY
FRATERNITY OF ST. PETER, and
ST. GREGORY'S ACADEMY,
    Defendants

FILED
SCRANTON
OCT - 1 2002
PER _____
DEPUTY CLERK

No. 3:CV 02-0444

(JONES, D.J.)
(MANNION, M.J.)

JURY TRIAL DEMANDED

## PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO FILE MEMORANDUM IN OPPOSITION TO MOTION TO DISMISS

NOW COMES Plaintiffs, above captioned, by and through counsel, and hereby submits the instant Motion for Enlargement of Time in which to file a Brief in Opposition to the pending Motion to Dismiss and sets forth the following:

1. The instant matter was instituted by the Plaintiffs on or about March 20, 2002. It is asserted that during the Plaintiff John Doe's minority, the Defendants Ensey and Urrutigoity coerced the Plaintiff into engaging in various homosexual acts.

2. All Defendants have entered their appearance through counsel.

3.  The Defendants Society of St. John, Ensey and Urrutigoity filed an Entry of Attorney Appearance on or about June 11, 2002 (Doc.5).

4.  On June 11, 2002, the moving Defendants herein filed a Motion to Extend Time to respond to the Complaint (Doc.6).

5.  This Court entered an Order on or about June 13, 2002 granting the moving Defendants' Motion to Extend. (Doc.6). Plaintiffs counsel concurred in said Motion.

6.  On or about August 15, 2002, the Defendants Ensey, Urrutigoity and the Society of St. John filed a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6).

7.  Under Local Rule 7.6 of the United States District Court for the Middle District of Pennsylvania, Plaintiffs were afforded up to and including September 1, 2002 to file a Brief in Opposition to said Motion.

8.  It is requested that Court enlarge the time in which Plaintiff must file its Brief in Opposition to the Pending Motion up to and including October 1, 2002.

WHEREFORE, Plaintiffs respectfully request this Court issue an Order enlarging the time in which to file a Brief in Opposition to pending Motion to Dismiss.

-2-

Respectfully submitted,

_____
Douglas A. Clark, Esquire
The Ritz Building
222 Wyoming Avenue
Scranton, PA 18503
Co-Counsel for Plaintiffs


LAW OFFICES OF HARRY T. COLEMAN

By: _____
Harry T. Coleman, Esquire
Attorney I.D. No. 49137
148 Adams Avenue
Scranton, PA 18503
Co-Counsel for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE, JOHN DOE, SR. and JANE DOE,<br>    Plaintiffs<br><br>vs.<br><br>FATHER ERIC ENSEY, FATHER CARLOS URRUTIGOITY, DIOCESE OF SCRANTON, BISHOP JAMES C. TIMLIN, THE SOCIETY OF ST. JOHN, THE PRIESTLY FRATERNITY OF ST. PETER, and ST. GREGORY'S ACADEMY,<br>    Defendants | No. 3:CV 02-0444<br><br>(JONES, D.J.)<br>(MANNION, M.J.)<br><br>JURY TRIAL DEMANDED |

**CERTIFICATE OF CONCURRENCE**

I hereby certify that on September 19, 2002, the undersigned personally spoke with Defendants' counsel, Vincent Cimini, Esquire relative to concurrence in the Motion for Enlargement of Time and Defendants' counsel concurred in the Motion.

LAW OFFICES OF HARRY T. COLEMAN

_____
Harry T. Coleman, Esquire
Attorney for Defendants
148 Adams Avenue
Scranton, PA 18503
(570) 558-6680

DATED: October 1, 2002