

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
WILLIAMSPORT

OCT 0 8 2002

Per_____
DEPUTY CLERK

JOHN DOE, JOHN DOE, SR. and
JANE DOE,
            Plaintiffs

    vs.

FATHER ERIC ENSEY, FATHER CARLOS
URRUTIGOITY, DIOCESE OF SCRANTON,
BISHOP JAMES C. TIMLIN, THE
SOCIETY OF ST. JOHN, THE PRIESTLY
FRATERNITY OF ST. PETER, and
ST. GREGORY'S ACADEMY,
            Defendants

No. 3:CV 02-0444

(JONES, D.J.)
(MANNION, M.J.)

JURY TRIAL DEMANDED

## ORDER

AND NOW, this **8th** day of October, 2002, the matter having come before the Court on Plaintiffs Motion for Enlargement of Time in which to file a Memorandum of Law in Opposition to the pending Motion to Dismiss, said Motion is hereby **GRANTED**.

By the Court:

_____,J.