

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE, JOHN DOE, SR. and JANE DOE, <br>     Plaintiffs <br><br> vs. <br><br> FATHER ERIC ENSEY, FATHER CARLOS URRUTIGOITY, DIOCESE OF SCRANTON, BISHOP JAMES C. TIMLIN, THE SOCIETY OF ST. JOHN, THE PRIESTLY FRATERNITY OF ST. PETER, and ST. GREGORY'S ACADEMY, <br>     Defendants | No. 3: CV 02-0444 <br><br> (JONES, D.J.) <br> (MANNION, M.J.) <br><br> JURY TRIAL DEMANDED |

FILED
SCRANTON
OCT 21 2002

## PRAECIPE FOR ENTRY OF APPEARANCE

TO THE CLERK OF COURTS:

    Please enter the appearance of James A. Kelly, Esquire, and Joseph F. Gaughan, Esquire, on behalf of the Defendants, The Priestly Fraternity of St. Peter and St. Gregory's Academy, in the above captioned matter.

Respectfully submitted,

JAMES A. KELLY, ESQUIRE
ATTORNEY I.D. NO. 08359

JOSEPH F. GAUGHAN, ESQUIRE
ATTORNEY I.D. NO. 73259

300 MULBERRY STREET, SUITE 203
SCRANTON, PA 18503
(570) 346-1735

## CERTIFICATE OF SERVICE

I, JOSEPH F. GAUGHAN, ESQUIRE, hereby certify that on the _22_ day of October, 2002, I served a true and correct copy of the foregoing PRAECIPE FOR ENTRY OF APPEARANCE by placing the same in the United States Mail, First Class Postage Prepaid, addressed as follows:

James M. Bendell, Esquire
P.O. Box 587
Port Townsend, WA 98368

Douglas A. Clark, Esquire
716 Adele Drive
Peckville, PA 18452

Harry T. Colemen, Esquire
Courthouse Square Law Offices
148 Adams Avenue
Scranton, PA 18503

Sal D. Cognetti, Jr., Esquire
Vincent S. Cimini, Esquire
Scranton Electric Building, Suite 700
507 Linden Street
Scranton, PA 18503-1635

Joseph A. O'Brien, Esquire
P.O. Box 240
Clarks Summit, PA 18411

James E. O'Brien, Jr., Esquire
Scranton Life Building, Suite 504
538 Spruce Street
Scranton, PA 18503-1808

JOSEPH F. GAUGHAN, ESQUIRE