# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DOE, JOHN DOE, SR.  and | : | No. 3:02cv0444 |
| JANE DOE, | : | (Judge Jones) |
| Plaintiffs | : | (Smyser, M.J.) |
| v. | : | |
| FATHER ERIC ENSEY, FATHER | : | |
| CARLOS URRUTIGOITY, DIOCESE OF | : | |
| SCRANTON, BISHOP JAMES C. TIMLIN,: | | |
| THE SOCIETY OF ST. JOHN, THE | : | |
| PRIESTLY FRATERNITY OF ST. PETER, : | | Jury Trial Demanded |
| and ST. GREGORY'S ACADEMY, | : | |

## ORDER

## DECEMBER 18 , 2002

### BACKGROUND:

In view of the extensive discovery disputes which have occurred in this case

in the past, the court believes that  discovery matters and all other pretrial matters

will be handled  more expeditiously by referring the case to United States

Magistrate Judge J. Andrew Smyser.

### NOW, THEREFORE, IT IS ORDERED THAT:

1.    This matter is referred to Magistrate Judge Smyser for all pretrial

proceedings occurring prior to the scheduled final pretrial/settlement conference.

2.    The Magistrate Judge shall not rule upon any motions in limine, but

1

will administer the pretrial process and rule on all discovery motions.

3.    The clerk is directed to transfer the copy file to Magistrate Judge

Smyser, who shall return the same to the Williamsport Division when the

referenced pretrial proceedings have concluded.

4.    The clerk is directed to provide Magistrate Judge Smyser with a copy

of this order.

John E. Jones III
United States District Judge