

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE, JOHN DOE, SR. and JANE DOE, | CIVIL NO. 3:02-CV-0444 |
| Plaintiff | (Judge Jones) |
| v. | (Magistrate Judge Smyser) |
| FATHER ERIC ENSEY, FATHER CARLOS URRUTIGOITY, DIOCESE OF SCRANTON, BISHOP JAMES C. TIMLIN, THE SOCIETY OF ST. JOHN, THE PRIESTLY FRATERNITY OF ST. PETER and ST. GREGORY'S ACADEMY, | FILED HARRISBURG, PA JAN 0 8 2003 MARY E. D'ANDREA, CLERK Per _____ Deputy Clerk |
| Defendants | |

### ORDER

This case has been referred to a magistrate judge, pursuant to the Order of December 18, 2002. This case will be under the judicial authority of this magistrate judge until the pretrial conference. 28 U.S.C. § 636(b)(1). If there is a consent to proceed before a magistrate judge, it will be assigned to this magistrate judge through trial. 28 U.S.C. § 636(c)(1). The parties may indicate consent in the Joint Case Management Plan.

AO 72A
(Rev. 8/82)

Case management dates, including the trial date,[1] will be established for this case at the case management conference.

**IT IS HEREBY ORDERED THAT:**

1. A case management conference will be conducted by the court on **February 7, 2003, at 3:00 p.m.,** in Chambers, Eleventh Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania. **This conference will be in person unless a party requests that the conference be held by telephone and the request has the concurrence of all parties. It will then be the responsibility of the requesting party to so inform the court and to place the conference call.**

2. The primary purpose of this conference will be to establish case management deadlines to enable this action to go forward as efficiently as possible. Participation in this conference by counsel is mandatory.

3. If counsel of record is unable to participate in the conference, the court shall be notified of the name of the substitute counsel two business days in advance of the date of

---

[1] A trial date based upon the trial calendar of the magistrate judge will be set. At a later date, approximately at the completion of discovery, if there is not consent to proceed before the magistrate judge to trial, the case will be placed upon a district judge's calendar.

the conference. The telephone number to call is (717) 221-3980.

    4. Counsel are advised to comply with Rule 16.3(a) of the Rules of Court for the Middle District of Pennsylvania. Local Rule 16.3 requires lead counsel for each party to meet prior to the management conference and complete a "Joint Case Management Plan" form. **The completed form**, which is set forth in Appendix B of the local rules, **must be filed on or before January 31, 2003**. Counsel should also be conversant with the district's "Expense and Delay Reduction Plan," adopted on August 19, 1993, as required by the Civil Justice Reform Act of 1990.

    5. Counsel shall not cease active discovery pending disposition of a motion to dismiss.

    6. At the case management conference the captioned action will be placed on one of the following tracks:

    a) **Fast Track** - Setting rapid disposition time limitations consistent with the character of the case; setting a trial date or disposition date not more than six months from the filing of the action in this court.

    b) **Expedited Track** - Setting a trial date goal or disposition of not more than eight months from the filing of the action in this court.

    c) **Standard Track** - Setting a trial date goal or disposition of not more than fifteen months from the filing of the action in this court.

AO 72A
(Rev. 8/82)

    d) **Complex Track** - Setting a trial date goal or disposition of not more than two years from the filing of the action in this court.

7. The parties are advised that once the deadlines have been established extensions of those time periods will not be granted, except under extraordinary circumstances.

                      _____
                       J. Andrew Smyser
                       Magistrate Judge

Dated: January 8, 2003.

AO 72A (Rev. 8/82)