1 to Ct


RB2/10

# MINUTE SHEET OF PROCEEDINGS BEFORE
## J. ANDREW SMYSER, UNITED STATES MAGISTRATE JUDGE
### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

| Caption | Civil No. | Judge Jones |
|---|---|---|
| *Doe v. Ensey* | 3:02-CV-0444 | REFERRAL |

| Proceeding: | Case Management Conference – By Telephone<br>Call to be initiated by Mr. Coleman's Office |
|---|---|

| Set For: | February 7, 2003 | At: | 3:00 p.m. |
|---|---|---|---|
| Time Commenced: | 3:00 P.m. | Time Terminated: | 3:25 P.m |

| For Plaintiff: | For Defendant: |
|---|---|
| Harry Thomas Coleman, Esquire<br><s>Douglas A. Clark, Esquire</s><br><s>James Bendell, Esquire</s> | Sal Cognetti, Jr., Esquire *(for Society of St. John, Ensey, Urrutigoity)* + VINCE CIMINI<br>Joseph F. Leeson, Jr., Esquire *(for Priestly Fraternity of St. Peter and St. Gregory's Academy)* + JOSEPH GAUGHAN<br>James E. O'Brien, Jr., Esquire *(Diocese of Scranton and Bishop James C. Timlin)* |

**REMARKS:** **CASE MANAGEMENT CONFERENCE**

_____
_____
_____
_____

FILED
HARRISBURG, PA

FEB 07 2003

O:\Smyser\APPLEBY\Minute Sheets\CIVIL MINUTE SHEET 061400

MARY E. D'ANDREA, CLERK
Per _____
    Deputy Clerk