```
                    UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN DOE, JOHN DOE, SR. and      :   CIVIL NO. 3:02-CV-0444
JANE DOE,                        :
                                 :
          Plaintiffs             :   (Judge Jones)
                                 :
     v.                          :   (Magistrate Judge Smyser)
                                 :
FATHER ERIC ENSEY, FATHER        :
CARLOS URRUTIGOITY, DIOCESE OF   :
SCRANTON, BISHOP JAMES C.        :
TIMLIN, THE SOCIETY OF           :
ST. JOHN, THE PRIESTLY           :
FRATERNITY OF ST. PETER and      :
ST. GREGORY'S ACADEMY,           :
                                 :
          Defendants             :
```

## ORDER

The parties were given a deadline of July 15, 2003 to state that they consent to proceed before a magistrate judge or that they do not consent. We have not received a statement of consent from the parties. Therefore, **IT IS ORDERED** that the pretrial conference set for February 19, 2004 and the jury selection and trial set for March 1, 2004 are **CANCELED**.

                               */s/ J. Andrew Smyser*
                                 J. Andrew Smyser
                                 Magistrate Judge

Dated:  August 7, 2003.