IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DOE, JOHN DOE, Sr. and JANE DOE, | : : | No. 3:02cv444 |
| Plaintiffs | : | Judge Jones |
| v. | : | |
| ERIC ENSEY, CARLOS URRUTIGOITY, THE DIOCESE OF SCRANTON, JAMES C. TIMLIN, THE SOCIETY OF ST. JOHN, THE PRIESTLY FRATERNITY OF ST. PETER and ST. GREGORY'S ACADEMY, | : : : : : | |
| Defendants | | |

**ORDER**

**AUGUST 11, 2003**

NOW, THEREFORE, IT IS ORDERED THAT:

1. This case shall be placed on the March 2003 trial term.

2. The settlement conference will be held on December 29, 2003, at a time to be determined.

3. The pretrial conference will be held on February 2, 2004, at a time to be determined.

4. All discovery shall be concluded by November 24, 2003.

5. The deadline for filing dispositive motions is December 1, 2003.

6. Jury selection shall be held on March 3, 2004, at 10:00 a.m. in Williamsport, Pennsylvania.

7.  This order supersedes any prior scheduling order to the extent inconsistent.

s/ John E. Jones III  
John E. Jones III  
United States District Judge