IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE, JOHN DOE, SR. and JANE DOE, : | No. 3:02cv444 |
| Plaintiffs : | Judge Jones |
| v. : | |
| ERIC ENSEY, CARLOS URRUTIGOITY, THE DIOCESE OF SCRANTON, JAMES C. TIMLIN, THE SOCIETY OF ST. JOHN, THE PRIESTLY FRATERNITY OF ST. PETER and ST. GREGORY'S ACADEMY, : | |
| Defendants : | |

## ORDER

AND NOW, this 21st day of October, 2003, **IT IS HEREBY ORDERED THAT** the undersigned judge will assume the responsibility for this case from this date forward.

John E. Jones III
United States District Judge