IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE, JOHN DOE, SR. and JANE DOE,<br><br>　　　　　Plaintiff,<br>vs.<br><br>FATHER ERIC ENSEY, FATHER CARLOS URRUTIGOITY, DIOCESE OF SCRANTON, BISHOP JAMES C. TIMLIN, THE SOCIETY OF ST. JOHN, THE PRIESTLY FRATERNITY OF ST. PETER and ST. GREGORY'S ACADEMY,<br><br>　　　　　Defendant. | Case No.: 3 CV 02-0444<br><br>SECOND AFFIDAVIT OF JAMES BENDELL |

FILED
SCRANTON

NOV 0 3 2003

PER _____
　　DEPUTY CLERK

James Bendell, being first duly sworn, deposes and states as follows:

1. I am one of the attorneys representing the plaintiffs in this case.

2. Exhibits 'A' through 'F' attached to the plaintiffs' motion to compel production of psychological records are true and correct copies of documents provided in discovery by the Diocese of Scranton.

3. Exhibit 'G' is a true and correct copy of portions of the deposition of Bishop James Timlin.

4. Exhibit 'H' is a true and correct copy of portions of the deposition of defendant Fr. Eric Ensey.

　　　　　　　　　　　_____
　　　　　　　　　　　James Bendell, WSBA # 20820
　　　　　　　　　　　Co-counsel for plaintiffs

SECOND AFFIDAVIT OF JAMES BENDELL - 1

SUBSCRIBED AND SWORN to before me this 28 day of October, 2003.

_____
NOTARY PUBLIC residing at PORT TOWNSEND
My commission expires 05/05/05

I certify that I caused a true copy of
this pleading to be mailed to Cognetti,
O'Brien and Leeson on 10/27/03

SECOND AFFIDAVIT OF JAMES BENDELL - 2