IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE, JOHN DOE, SR. and JANE DOE, : <br> Plaintiffs : <br> v. : <br> ERIC ENSEY, CARLOS URRUTIGOITY, : <br> THE DIOCESE OF SCRANTON, JAMES C. : <br> TIMLIN, THE SOCIETY OF ST. JOHN, : <br> THE PRIESTLY FRATERNITY OF ST. PETER : <br> and ST. GREGORY'S ACADEMY, : <br> Defendants : | No. 3:02cv444 <br><br> Judge Jones |

## ORDER

NOVEMBER 7, 2003

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. A conference call regarding discovery issues shall be held on November 18, 2003 at 11:30 a.m. **The call shall be initiated by Plaintiffs' counsel to chambers at (570)601-1497.**

2. A hearing on the Plaintiffs' Motion to Compel shall be held on January 27, 2004 at 10:00 a.m., at the Federal Courthouse in Scranton, Pennsylvania. The Clerk of Court's office will provide the courtroom assignment on the date of the hearing.

John E. Jones III
United States District Judge