IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE, JOHN DOE, SR. and JANE DOE,<br>    Plaintiffs<br>    v.<br>ERIC ENSEY, CARLOS URRUTIGOITY, THE DIOCESE OF SCRANTON, JAMES C. TIMLIN, THE SOCIETY OF ST. JOHN, THE PRIESTLY FRATERNITY OF ST. PETER and ST. GREGORY'S ACADEMY,<br>    Defendants | No. 3:02cv444<br><br>Judge Jones |

**ORDER**

FILED
WILLIAMSPORT

NOV 18 2003

Per_____ DEPUTY CLERK

**NOVEMBER 18, 2003**

NOW, THEREFORE, IT IS ORDERED THAT THE COURT'S AUGUST 11, 2003 ORDER (doc. 31) IS MODIFIED AS FOLLOWS:

1. This case shall be placed on the May 2004 trial term.

2. The settlement conference will be held telephonically on February 25, 2004, at a time to be determined.

3. The pretrial conference will be held on April 1, 2004, at a time and place to be determined.

4. All discovery shall be concluded by January 26, 2004.

5. The deadline for filing dispositive motions is February 2, 2004.

6. Jury selection shall be held on May 5, 2004, at a time and place to be

determined.

7. This order supersedes any prior scheduling order to the extent it is inconsistent.

<u>s/ John E. Jones III</u>
John E. Jones III
United States District Judge