## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN DOE, JOHN DOE, SR. and            :
JANE DOE,                              :
                                       :
                     Plaintiffs        :        No. 3: CV 02-0444
                                       :        (Judge Jones)
                                       :
          v.                           :
                                       :
FATHER ERIC ENSEY, ET AL.,             :
                                       :
                     Defendants        :

## ORDER

## December **8** , 2003

Currently pending before the Court is Defendants' Motion For Leave of Court to File Further Brief In Response to Plaintiffs' Reply Brief. Defendants state that they wish to clarify issues that were raised by Plaintiff's Reply Brief, and seek leave of court to file a further response pursuant to Local Rule 7.7. Plaintiffs do not concur in Defendants' Motion.

Under Local Rule 7.7, it is within the Court's discretion to allow further briefing of the issue and, because we believe that further clarification would be helpful to our final determination, we will grant Defendants' Motion.

THEREFORE, IT IS HEREBY ORDERED THAT:

1. Defendants' Motion for Leave to File a Brief in Response to Plaintiffs Reply Brief (doc. 45) is granted to the extent provided for in this Order.

2. Defendants may file a brief not to exceed fifteen (15) pages in length, pursuant to Local Rule 7.8(b).

John E. Jones III
United States District Judge