IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DOE, JOHN DOE, SR. and JANE DOE, | : : : | No. 3: CV 02-0444 |
| Plaintiffs | : : | (Judge Jones) |
| v. | : : | |
| FATHER ERIC ENSEY, ET AL., | : : | |
| Defendants | : | |

**ORDER**

**December 11, 2003**

    Currently pending before the Court are Plaintiffs' Motion to Compel Production of Psychological and Psychiatric Records and Evaluations of Frs. Urrutigoity and Ensey and Motion to Ratify the Deposition of Matthew Selinger. We have scheduled a hearing on January 27, 2004 to allow the parties to argue the Motion to Compel. For the purpose of clarifying matters in anticipation of the January hearing, the Court orders the following:

    1)    Defendants' counsel shall be prepared to provide to the Court, at the time of the hearing on January 27, 2004, copies of the psychological and psychiatric records at issue, so that we may conduct an in camera review if the Court

determines that it is necessary to do so.

2) The Court will hear argument on Plaintiff's Motion to Ratify the Deposition of Matthew Selinger during the said hearing, following any argument and testimony on the Motion to Compel.[1]

IT IS SO ORDERED.

                          s/ John E. Jones III
                          John E. Jones III
                          United States District Judge

---

[1] The record reflects Plaintiffs' counsel has filed four personal affidavits in support of Plaintiffs' two motions. We direct Plaintiffs' counsel to Local Rule 7.3 entitled "Exhibits and Other Documents Substantiating Pretrial Motions." Under that rule, "[w]hen allegations of fact are relied upon in support of a motion, all pertinent affidavits, transcripts of depositions and other documents must be filed simultaneously with the motion"or within ten days. Upon reviewing Plaintiffs' counsel's affidavits, we believe that their contents should have been presented as part of a brief in support of the motions. We therefore ask counsel to refrain from filing additional personal affidavits without seeking prior leave of court.