IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DOE, JOHN DOE, SR. and JANE DOE, | : | |
| Plaintiffs | : | |
| | : | |
| vs. | : | |
| | : | |
| ERIC ENSEY, CARLOS URRUTIGOITY, THE DIOCESE OF SCRANTON, JAMES C. TIMLIN, THE SOCIETY OF ST. JOHN, THE PRIESTLY FRATERNITY OF ST. PETER and ST. GREGORY'S ACADEMY, | : | No. 3:02-CV-444 |
| | : | (JUDGE JONES) |
| Defendants | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

AND NOW this _____ day of _____, 2004, upon consideration of Defendants' Motion For Reconsideration Of This Court's March 23, 2004 Order Granting In Part Plaintiffs' Motion To Compel Production Of Psychological And Psychiatric Records And Evaluations of Defendants Father Eric Ensey and Father Carlos Urrutigoity, it is hereby Ordered that Defendants' Motion is GRANTED and Plaintiffs' Motion To Compel Production of psychological and psychiatric records and evaluations of Defendant Fathers Ensey and Urrutigoity is hereby DENIED.

BY THE COURT,

_____
JONES, J.