IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE, JOHN DOE, SR. and JANE DOE, | : |
|     Plaintiffs | : |
| | : |
| vs. | : |
| | : |
| ERIC ENSEY , CARLOS URRUTIGOITY, THE DIOCESE OF SCRANTON, JAMES C. TIMLIN, THE SOCIETY OF ST. JOHN, THE PRIESTLY FRATERNITY OF ST. PETER and ST. GREGORY'S ACADEMY, | :    No. 3:02-CV-444 <br><br> : <br><br> : <br><br> :    (JUDGE JONES) |
|     Defendants | : |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

**AND NOW this _____ day of _____, 2004, upon consideration of Defendants' Motion For Reconsideration Of This Court's March 23, 2004 Order Granting In Part Plaintiffs' Motion To Compel Production Of Psychological And Psychiatric Records And Evaluations of Defendants Father Eric Ensey and Father Carlos Urrutigoity, it is hereby Ordered that said Motion is DENIED.**

**It is further Ordered that this issue involves a controlling question of law as to which there is substantial ground for difference of opinion and that an immediate appeal from this Order may materially advance the ultimate termination of the litigation. Appeal after final judgment in this case is an inadequate remedy as this matter involves the assertion of a privilege which would be moot if Defendants comply with this Court's March 23, 2004 production Order.**

BY THE COURT,


_____
JONES, J.