| | |
|---|---|
| JOHN DOE, JOHN DOE, SR. and JANE DOE, <br><br> Plaintiff, <br><br> vs. <br><br> FATHER ERIC ENSEY, FATHER CARLOS URRUTIGOITY, DIOCESE OF SCRANTON, BISHOP JAMES C. TIMLIN, THE SOCIETY OF ST. JOHN, THE PRIESTLY FRATERNITY OF ST. PETER and ST. GREGORY'S ACADEMY, <br><br> Defendant. | Case No.: 3 CV 02-0444 <br><br> Judge: Hon. Jones |

## PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST FR. ERIC ENSEY, FR. CARLOS URRUTIGOITY AND THE SOCIETY OF ST. JOHN

COME NOW plaintiffs, by and through counsel, pursuant to Federal Civil Rule 12 (a), and move this court for an Order of default against Fr. Eric Ensey, Fr. Carlos Urrutigoity and the Society of St. John.

More than 20 days have elapsed since the service of the Summons and Complaint upon said defendants. Federal Civil Rule 12 (a) requires that the defendants Answer within 20 days. Therefore, said defendants are in default.

Dated this 1st day of April, 2004.

_____
James Bendell, WSBA # 20820
Co-counsel for Plaintiffs

PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT - 1

I certify that I caused a true copy of this
pleading to be mailed to Sal Cognetti,
Joe Leeson and James O'Brien on 4/1/04

_____

PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT