IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN DOE, JOHN DOE, SR. and
JANE DOE,

   Plaintiffs

   v.

FATHER ERIC ENSEY, ET AL.,

   Defendants

No. 3: CV 02-0444
(Judge Jones)

## ORDER

### April 6, 2004

Upon consideration of Plaintiffs' Motion for Order of Default Judgment (doc. 59) and Defendants' Answer to Plaintiffs' Motion (doc. 60), and pursuant to Fed. R. Civ. P. 55(b)(2), IT IS HEREBY ORDERED THAT Plaintiffs' Motion is DENIED. Defendants shall have ten (10) days to file an Answer to Plaintiffs' Complaint.

_____
John E. Jones III
United States District Judge