IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DOE, et al., | : | No. 3:02cv444 |
| Plaintiffs | : | Judge Jones |
| v. | : | |
| FATHER ERIC ENSEY, et al., | : | |
| Defendants | : | |

## ORDER

AND NOW this 8th day of April, 2004, the matter having come before this Court on Defendants', Father Eric Ensey, Father Carlos Urrutigoity and the Society of St. John, Motion for Enlargement of Time in which to file a Brief in Support of their Motion for Reconsideration of this Court's March 23, 2004 Order, said Motion is hereby GRANTED. Defendants shall have until April 222, 2004 in which to file their Brief in support of their Motion for Reconsideration of this Court's March 23, 2004 Order.

BY THE COURT

s/ John E. Jones III
John E. Jones III
United States District Court