IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE, JOHN DOE, SR. and JANE DOE,<br>         Plaintiffs<br><br>vs.<br><br>FATHER ERIC ENSEY, FATHER CARLOS URRUTIGOITY, DIOCESE OF SCRANTON, BISHOP JAMES C. TIMLIN, THE SOCIETY OF ST. JOHN, THE PRIESTLY FRATERNITY OF ST. PETER, and ST. GREGORY'S ACADEMY,<br>         Defendants | No. 3:CV 02-0444<br><br>(JONES, D.J.)<br>(MANNION, M.J.)<br><br>JURY TRIAL DEMANDED |

## ORDER

AND NOW, this ___3rd___ day of May, 2004, the matter having come before the Court on Plaintiffs Motion for Enlargement of Time in which to file a Brief in Opposition to the Defendants' Motion for Reconsideration of the Court's March 23, 2004 Order, said Motion is hereby **GRANTED** and the Plaintiffs have until May 13, 2004 in which to file their Brief in Response.

BY THE COURT:

_____
John E. Jones III
United States District Judge