Vincent S. Cimini, Esq.
PA#60463
Sal Cognetti, Jr., Esq.
PA#17269
FOLEY, COGNETTI, COMERFORD,
CIMINI & CUMMINS
507 Linden St.
700 Electric Bldg.
Scranton, PA  18503
346-0745

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE, JOHN DOE, SR. and JANE DOE, | : |
|     Plaintiffs | : |
| | : |
| vs. | : |
| | : |
| FATHER ERIC ENSEY, FATHER CARLOS URRUTIGOITY, DIOCESE OF SCRANTON, BISHOP JAMES C. TIMLIN, THE SOCIETY OF ST. JOHN, THE PRIESTLY FRATERNITY OF ST. PETER, and ST. GREGORY'S ACADEMY, | : DOCKET NO. 3:CV-02-0444 |
|     Defendants | : (JOHN E. JONES, III) |

*************************************************************

**STATEMENT OF MATERIAL FACTS OF DEFENDANTS
FATHER ERIC ENSEY, FATHER CARLOS URRUTIGOITY AND
THE SOCIETY OF ST. JOHN SUBMITTED IN SUPPORT OF
THEIR MOTION FOR SUMMARY JUDGMENT**
(Electronically Filed)

    1.   Plaintiffs, John Doe, John Doe, Sr. and Jane Doe, filed this action on March 20, 2002.

    2.   Plaintiff John Doe was born on May 16, 1981.

    3.   Plaintiff John Doe attained the age of majority on May 16, 1999.

4. Plaintiff John Doe alleges that the Defendant Father Eric Ensey sexually assaulted him on occasions between May of 1998 and May of 1999 while he was a student at St. Gregory's Academy, a Catholic boarding school operated by the Defendant, the Priestly Fraternity of St. Peter, in Elmhurst, Pennsylvania.

5. Plaintiff John Doe alleges that the Defendants Father Eric Ensey, Father Carlos Urrutigoity each separately sexually assaulted him on two or three occasions in September or October of 2000 while Plaintiff was at the Society of St. John's residence in Shohola, Pike County, Pennsylvania.

6. Plaintiffs do not allege that the Plaintiff parents were present during any of the incidents of alleged sexual abuse.

    Respectfully submitted,

    FOLEY, COGNETTI, COMERFORD,
    CIMINI & CUMMINS


    BY:_____
    VINCENT S. CIMINI, ESQ.
    SAL COGNETTI, JR., ESQ.
    ATTORNEYS FOR DEFENDANTS
    FATHER ERIC ENSEY, FATHER
    CARLOS URRUTIGOITY AND
    SOCIETY OF ST. JOHN

DATE: June 4, 2004

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing STATEMENT OF MATERIAL FACTS OF DEFENDANTS FATHER ERIC ENSEY, FTHER CARLOS URRUTIGOITY AND THE SOCIETY OF ST. JOHN SUBMITTED IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT was served upon counsel of record herein by first class, United States mail, postage prepaid, on the 4th day of June, 2004 in the instant action addressed as follows:

    James Bendell, Esq.
    P. O. Box 587
    2535 Ivy Street
    Port Townsend, WA   98368

    Harry T. Coleman, Esq.
    148 Adams Avenue
    Scranton, PA  18503
    (Co-Counsel for Plaintiffs)

    Joseph O'Brien, Esq.
    OLIVER, PRICE & RHOADES
    1212 S. Abington Road
    P. O. Box 240
    Clarks Summit, PA  18411
    And
    James O'Brien, Esq.
    538 Spruce Street, Suite 504
    Scranton, PA  18503
    (Both are counsel for
    Diocese of Scranton
    And
    Bishop James C. Timlin)

    Joseph F. Leeson, Jr., Esq.
    LEESON & LEESON
    70 East Broad Street
    P. O. Box 1426
    Bethlehem, PA  18016
    (Counsel for Priestly Fraternity of Saint Peter
    and Saint Gregory's Academy)

                        FOLEY, COGNETTI, COMERFORD
                        & CIMINI


                    BY:_____
                        VINCENT S. CIMINI, ESQ.