against the Plaintiffs as follows:

1. The minor Plaintiff, John Doe, alleged in his Complaint that he was sexually abused as a minor by the individual Defendants, Father Erie Ensey and Father Carlos Urrutigoity.

2. Plaintiff John Doe's claims are barred by the statute of limitations.

3. Plaintiff John Doe's alleged sexual abuse by Defendant Father Carlos Urrutigoity allegedly occurred by Plaintiff's own admissions after Plaintiff John Doe attained the age of majority.

4. The Plaintiff parents' claims are barred since they cannot recover for infliction of emotional distress as they were not present during any of the alleged incidents of assault.

          Respectfully submitted,

          FOLEY, COGNETTI, COMERFORD,
          CIMINI & CUMMINS


          BY:  s/ Vincent S. Cimini____
           VINCENT S. CIMINI, ESQ.
           SAL COGNETTI, JR., ESQ.
           ATTORNEYS FOR DEFENDANTS
              FATHER ERIC ENSEY, FATHER
           CARLOS URRUTIGOITY AND
              SOCIETY OF ST. JOHN

DATE:  June 4, 2004

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing DEFENDANT THE SOCIETY OF ST. JOHN'S MOTION FOR SUMMARY JUDGMENT OF FATHER ERIC ENSEY, FATHER CARLOS URRUTIGOITY AND THE SOCIETY OF ST. JOHN PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE NO. 56 was served upon counsel of record herein by first class, United States mail, postage prepaid, on the 4th day of June, 2004 in the instant action addressed as follows:

    James Bendell, Esq.
    P. O. Box 587
    2535 Ivy Street
    Port Townsend, WA   98368

    Harry T. Coleman, Esq.
    148 Adams Avenue
    Scranton, PA   18503
    (Co-Counsel for Plaintiffs)

    Joseph O'Brien, Esq.
    OLIVER, PRICE & RHOADES
    1212 S. Abington Road
    P. O. Box 240
    Clarks Summit, PA   18411
    And
    James O'Brien, Esq.
    538 Spruce Street, Suite 504
    Scranton, PA   18503
    (Both are counsel for
    Diocese of Scranton
    And
    Bishop James C. Timlin)

    Joseph F. Leeson, Jr., Esq.
    LEESON & LEESON
    70 East Broad Street
    P. O. Box 1426
    Bethlehem, PA   18016
    (Counsel for Priestly Fraternity of Saint Peter
    and Saint Gregory's Academy)

        **FOLEY, COGNETTI, COMERFORD
        & CIMINI**


        **BY:  s/ Vincent S. Cimini\_\_\_\_
          VINCENT S. CIMINI, ESQ.**