May 16, 1999.

4. Plaintiff John Doe alleges that the Defendant Father Eric Ensey sexually assaulted him on occasions between May of 1998 and May of 1999 while he was a student at St. Gregory's Academy, a Catholic boarding school operated by the Defendant, the Priestly Fraternity of St. Peter, in Elmhurst, Pennsylvania.

5. Plaintiff John Doe alleges that the Defendants Father Eric Ensey, Father Carlos Urrutigoity each separately sexually assaulted him on two or three occasions in September or October of 2000 while Plaintiff was at the Society of St. John's residence in Shohola, Pike County, Pennsylvania.

6. Plaintiffs do not allege that the Plaintiff parents were present during any of the incidents of alleged sexual abuse.

    Respectfully submitted,

    FOLEY, COGNETTI, COMERFORD,
    CIMINI & CUMMINS


    BY:  s/ Vincent S. Cimini____
     VINCENT S. CIMINI, ESQ.
     SAL COGNETTI, JR., ESQ.
     ATTORNEYS FOR DEFENDANTS
       FATHER ERIC ENSEY, FATHER
     CARLOS URRUTIGOITY AND
       SOCIETY OF ST. JOHN

DATE: June 4, 2004

### CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing STATEMENT OF MATERIAL FACTS OF DEFENDANTS FATHER ERIC ENSEY, FTHER CARLOS URRUTIGOITY AND THE SOCIETY OF ST. JOHN SUBMITTED IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT was served upon counsel of record herein by first class, United States mail, postage prepaid, on the 4th day of June, 2004 in the instant action addressed as follows:

        James Bendell, Esq.
        P. O. Box 587
        2535 Ivy Street
        Port Townsend, WA   98368

        Harry T. Coleman, Esq.
        148 Adams Avenue
        Scranton, PA  18503
        (Co-Counsel for Plaintiffs)

        Joseph O'Brien, Esq.
        OLIVER, PRICE & RHOADES
        1212 S. Abington Road
        P. O. Box 240
        Clarks Summit, PA  18411
        And
        James O'Brien, Esq.
        538 Spruce Street, Suite 504
        Scranton, PA  18503
        (Both are counsel for
        Diocese of Scranton
        And
        Bishop James C. Timlin)

        Joseph F. Leeson, Jr., Esq.
        LEESON & LEESON
        70 East Broad Street
        P. O. Box 1426
        Bethlehem, PA  18016
        (Counsel for Priestly Fraternity of Saint Peter
        and Saint Gregory's Academy)

**FOLEY, COGNETTI, COMERFORD & CIMINI**


**BY:   s/ Vincent S. Cimini
          VINCENT S. CIMINI, ESQ.**

4