Vincent S. Cimini, Esq.
ATTORNEY I.D. NO. 60463
Sal Cognetti, Jr., Esq.
FOLEY, COGNETTI, COMERFORD,
CIMINI & CUMMINS
507 Linden St.
700 Electric Bldg.
Scranton, PA  18503
346-0745


IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE, JOHN DOE, SR. and JANE DOE, | : : |
| Plaintiffs | : : |
| vs. | : : |
| FATHER ERIC ENSEY, FATHER CARLOS URRUTIGOITY, DIOCESE OF SCRANTON, BISHOP JAMES C. TIMLIN, THE SOCIETY OF ST. JOHN, THE PRIESTLY FRATERNITY OF ST. PETER, and ST. GREGORY'S ACADEMY, | : : DOCKET NO. 3:CV-02-0444 : : : : (JOHN E. JONES, III) |
| Defendants | : |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CERTIFICATE OF CONCURRENCE/NONCONCURRENCE
(Electronically Filed)


I, VINCENT S. CIMINI, hereby certify that I have

attempted to contact counsel for Plaintiff in this matter,

Harry T. Coleman, Esq., by telephone regarding his

concurrence/nonconcurrence in the within Motion but as of the date of this filing have not been able to contact him.

          Respectfully submitted,

          FOLEY, COGNETTI, COMERFORD,
          CIMINI & CUMMINS


          BY: /S/ VINCENT S. CIMINI
           VINCENT S. CIMINI, ESQ.
           SAL COGNETTI, JR., ESQ.
           ATTORNEYS FOR DEFENDANTS
           FATHER ERIC ENSEY, FATHER CARLOS URRUTIGOITY AND
           SOCIETY OF ST. JOHN

507 Linden Street
Suite 700
Scranton, PA  18503
(570) 346-0745