Vincent S. Cimini, Esq.
Sal Cognetti, Jr., Esq.
FOLEY, COGNETTI, COMERFORD,
CIMINI & CUMMINS
507 Linden St.
700 Electric Bldg.
Scranton, PA  18503
346-0745

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE, JOHN DOE, SR. and JANE DOE, | : |
| Plaintiffs | : |
| vs. | : |
| FATHER ERIC ENSEY, FATHER CARLOS URRUTIGOITY, DIOCESE OF SCRANTON, BISHOP JAMES C. TIMLIN, THE SOCIETY OF ST. JOHN, THE PRIESTLY FRATERNITY OF ST. PETER, and ST. GREGORY'S ACADEMY, | : DOCKET NO. 3:CV-02-0444 |
| Defendants | : (JOHN E. JONES, III) |

*************************************************************

## ORDER

AND NOW, THIS _____ day of June, 2004 in consideration of the foregoing DEFENDANTS FATHER ERIC ENSEY, FATHER CARLOS URRUTIGOITY AND THE SOCIETY OF ST. JOHN'S MOTION

**FOR ENLARGEMENT OF TIME TO FILE A MOTION FOR SUMMARY JUDGMENT, said Motion is hereby GRANTED.**

        **BY THE COURT,**

        _____
        **JOHN E. JONES, III**