**Vincent S. Cimini, Esq.**
**ATTORNEY I.D. NO. 60463**
**Sal Cognetti, Jr., Esq.**
**FOLEY, COGNETTI, COMERFORD,**
**CIMINI & CUMMINS**
**507 Linden St.**
**700 Electric Bldg.**
**Scranton, PA  18503**
**346-0745**


IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE, JOHN DOE, SR. and JANE DOE, | : : |
| Plaintiffs | : : |
| vs. | : : |
| FATHER ERIC ENSEY, FATHER CARLOS URRUTIGOITY, DIOCESE OF SCRANTON, BISHOP JAMES C. TIMLIN, THE SOCIETY OF ST. JOHN, THE PRIESTLY FRATERNITY OF ST. PETER, and ST. GREGORY'S ACADEMY, Defendants | : : DOCKET NO. 3:CV-02-0444 : : : : (JOHN E. JONES, III) : |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>CERTIFICATE OF CONCURRENCE</u>
(Electronically Filed)


I, VINCENT S. CIMINI, hereby certify that I have contacted counsel for Plaintiff in this matter, Harry T. Coleman, Esq., and he concurs in Defendants, Father Eric

Ensey, Father Carlos Urrutigoity And The Society Of St. John's Motion For Enlargement Of Time To File A Motion For Summary Judgment.

                Respectfully submitted,

                FOLEY, COGNETTI, COMERFORD,
                CIMINI & CUMMINS


                BY: /S/ VINCENT S. CIMINI
                  VINCENT S. CIMINI, ESQ.
                  SAL COGNETTI, JR., ESQ.
                  ATTORNEYS FOR DEFENDANTS
                  FATHER ERIC ENSEY, FATHER CARLOS
                  URRUTIGOITY AND
                  SOCIETY OF ST. JOHN

507 Linden Street
Suite 700
Scranton, PA  18503
(570) 346-0745

CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing DEFENDANTS' FATHER ERIC ENSEY, FATHER CARLOS URRUTIGOITY AND THE SOCIETY OF ST. JOHN'S MOTION FOR ENLARGEMENT OF TIME TO FILE A MOTION FOR SUMMARY JUDGMENT, was served via electronic notice upon the following counsel of record:

| | |
|---|---|
| James Bendell, Esquire<br>P.O. Box 587<br>2535 Ivy Street<br>Port Townsend, WA  98368 | Joseph O'Brien, Esquire<br>Oliver, Price & Rhoades<br>1212 S. Abington Road<br>P.O. Box 240<br>Clarks Summit, PA  18411 |

Harry T. Coleman, Esquire
148 Adams Avenue
Scranton, PA  18503

   The following counsel have been served via First Class U.S. Mail:

| | |
|---|---|
| James O'Brien, Esquire<br>538 Spruce Street, Suite 504<br>Scranton, PA  18503 | Joseph F. Leeson, Jr.,<br>Esquire<br>Leeson & Leeson<br>70 East Broad Street<br>P.O. Box 1426<br>Bethlehem, PA  18016 |
| Joseph F. Gaughan, Esquire<br>300 Mulberry Street, Suite 203<br>Scranton, PA  18503 | |

                FOLEY, COGNETTI, COMERFORD
                CIMINI & CUMMINS


                BY: /s/ Vincent S. Cimini
                VINCENT S. CIMINI, ESQ.

```
507 Linden Street
700 Scranton Electric Bldg.
Scranton, PA   18503
570-346-0745
```