IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE, JOHN DOE, SR. and JANE DOE, | : : : |
| Plaintiffs | : No. 3: CV 02-0444 |
| v. | : (Judge Jones) : : |
| FATHER ERIC ENSEY, ET AL., Defendants | : : : |

## ORDER

### June 9, 2004

IT IS HEREBY ORDERED THAT:

Defendants' Diocese of Scranton and Bishop James C. Timlin's Motion for Permission to file Brief in Excess of Fifteen Pages (doc 86) is GRANTED.

However, the brief shall not exceed twenty five (25) pages in length.

/s/ John E. Jones III
John E. Jones III
United States District Judge