LAW OFFICES
# HARRY T. COLEMAN, ESQUIRE

| | |
|---|---|
| Courthouse Square | T.H. Coleman Professional Building |
| 148 Adams Avenue | 76 N. Main Street |
| Scranton, PA 18503 | Carbondale, PA |
| (570) 558-6680 | (570) 282-7440 |
| Fax: (570) 558-6681 | |
| harrycolemanlaw@aol.com | **Please Reply to Scranton** |

March 24, 2004

The Honorable John E. Jones, III
United States District Court for
the Middle District of Pennsylvania
U.S. Courthouse
Williamsport, PA 17703-0608

      Re:    Doe v. Ensey
               Case Number: 3:02-CV-444

Dear Judge Jones:

      Consistent with the terms of Your Honor's Order of January 29, 2004, (Doc. 53), as no meaningful settlement discussions have occurred to date, the Plaintiffs request that the Settlement Conference set for June 29, 2004 be continued as same will be a waste of judicial time and effort.

      Thank you.

                                       Very truly yours,

                                       <u>s/Harry T. Coleman</u>

                                       Harry T. Coleman, Esquire

HTC/lg
cc:    James M. Bendell, Esquire  (Via ECF)
        Salvatore Cognetti, Jr Esquire  (Via ECF)
        Vince Cimini, Esquire (Via ECF)
        James E. O'Brien Jr., Esquire (Via ECF)