IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE, JOHN DOE, SR. and JANE DOE,<br>          Plaintiffs<br><br>vs.<br><br>FATHER ERIC ENSEY, FATHER CARLOS URRUTIGOITY, DIOCESE OF SCRANTON, BISHOP JAMES C. TIMLIN, THE SOCIETY OF ST. JOHN, THE PRIESTLY FRATERNITY OF ST. PETER, and ST. GREGORY'S ACADEMY,<br>          Defendants | :<br>:<br>:<br>:<br>:   No. 3:02-0444<br>:<br>:<br>:   (JONES, D.J.)<br>:   (SYMSER, M.J.)<br>:<br>:<br>:JURY TRIAL DEMANDED<br>:<br>: |

## PROPOSED ORDER

AND NOW this __22nd__ day of __June__, 2004, the Plaintiff's Motion for Enlargement of Time in which to file a Brief in Opposition to the Motions for Summary Judgment filed by the Defendant's in this matter, said Motion is hereby GRANTED and the Plaintiff's are afforded up to and including July 16, 2004 in which to file their Brief in Opposition to the pending Motions for Summary Judgment.

BY THE COURT:

John E. Jones, III
United States District Court Judge