# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN DOE, JOHN DOE, SR. and** | : |
| **JANE DOE,** | : |
| **Plaintiffs** | : |
| | :    **No. 3:02-0444** |
| **vs.** | : |
| | : |
| **FATHER ERIC ENSEY, FATHER CARLOS** | :   **(JONES, D.J.)** |
| **URRUTIGOITY, DIOCESE OF SCRANTON,** | :   **(SYMSER, M.J.)** |
| **BISHOP JAMES C. TIMLIN, THE** | : |
| **SOCIETY OF ST. JOHN, THE PRIESTLY** | : |
| **FRATERNITY OF ST. PETER, and** | :**JURY TRIAL DEMANDED** |
| **ST. GREGORY'S ACADEMY,** | : |
| **Defendants** | : |

## CERTIFICATE OF CONCURRENCE

I hereby certify that on June 22, 2004, the Plaintiff's office  had contact with  Attorney Leesin  and he concurs with Plaintiff's  Motion for Enlargement of Time in which to file a Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment.

LAW OFFICES OF HARRY T. COLEMAN

 /s/ Harry T. Coleman, Esquire
Harry T. Coleman, Esquire
Attorney for Defendants
148 Adams Avenue
Scranton, PA 18503
(570) 558-6680

DATED: June 23,  2004