LAW OFFICE OF
# HARRY T. COLEMAN, ESQUIRE
T.H. Coleman Professional Building

76 N. Main Street

Carbondale, PA 18407

email: Harry@HarryColemanLaw.com

phone: (570) 282-7440 fax: (570) 282-7606

July 14, 2004

**VIA ECF ONLY**
The Honorable John E. Jones, III
United States District Court Judge
United States District Court for the
Middle District of Pennsylvania
Williamsport, PA 17703-0608

      Re:    Doe v. Ensey, et al
             No. 3:CV 02-0444

Dear Judge Jones:

     As the Court is aware, on Friday, July 16, 2004 the ECF system will be undergoing an upgrade. It is my understanding that the upgrade will commence at 5:00 p.m. This limits my co-counsel who is preparing all Briefs on the issue of Summary Judgment. His filing is now required, consistent with the Court's most recent Order on point, to have same filed by 2:00 p.m. Pacific time. We therefore request the Court afford us until Monday, July 19, 2004 in order to file our Briefs.

     All counsel of record have been contacted and no one has registered non-concurrence.

     By copy of this correspondence, via ECF, I am alerting all counsel of our contact this date.

                                                     Very truly yours,

                                                     s/Harry T. Coleman

                                                     Harry T. Coleman

HTC:caf

The Honorable John E. Jones, III
July 14, 2004
Page 2

c: James M. Bendell, Esquire/ via ECF only
Salvatore D. Cognetti, Esquire/ via ECF only
Joseph F. Leeson, Jr., Esquire/via ECF only
James E. O'Brien, Jr., Esquire/ via ECF only