IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE, JOHN DOE, SR. and JANE DOE, | |
| Plaintiffs | No. 3: CV 02-0444 (Judge Jones) |
| v. | |
| FATHER ERIC ENSEY, ET AL., | FILED WILLIAMSPORT |
| Defendants | JUL 1 5 2004 |

**ORDER**      Per_____
                      DEPUTY CLERK

AND NOW, this 15th day of July, 2004, upon consideration of Plaintiffs' concurred in request for an extension of time to file briefs relating to pending dispositive motions in the case, IT IS HEREBY ORDERED THAT the said request is granted. Plaintiffs' briefs shall be filed with the Court on or before Monday, July 19, 2004.

s/ John E. Jones III
John E. Jones III
United States District Judge