IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE, JOHN DOE, SR. and JANE DOE,<br><br>        Plaintiff,<br><br>   vs.<br><br>FATHER ERIC ENSEY, FATHER CARLOS URRUTIGOITY, DIOCESE OF SCRANTON, BISHOP JAMES C. TIMLIN, THE SOCIETY OF ST. JOHN, THE PRIESTLY FRATERNITY OF ST. PETER and ST. GREGORY'S ACADEMY,<br><br>        Defendant. | Case No.: 3 CV 02-0444<br><br>Judge: Hon. John E. Jones |

**EXHIBITS SUBMITTED IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO THE MOTION FOR SUMMARY JUDGMENT
OF THE DIOCESE OF SCRANTON AND BISHOP JAMES TIMLIN**

James Bendell, being first duly sworn states that the attached exhibits are true and correct copies of the following documents:

A.     Pages from the Deposition of James Timlin.

B.     February 10, 1999 letter from Bishop Bernard Fellay to Bishop James Timlin.

C.     Decree of Erection of the Society of St. John.

D.     Provisions from the current Code of Canon Law of the Catholic Church.

E.     Pages of the Deposition/Statement under oath of Matthew Sellinger.

F.     November 5, 1999 letter from Bishop James Timlin to Bishop Bernard Fellay.

G.     A copy of the this District's Decision regarding the Swami Rama.

AFFIDAVIT OF JAMES BENDELL - 1

JOHN DOE, JOHN DOE, SR., : IN THE UNITED STATES DISTRICT
and JANE DOE,
    Plaintiffs : FOR THE MIDDLE DISTRICT OF PA

    VS :

FATHER ERIC ENSEY, FATHER : CIVIL ACTION - LAW
CARLOS URRUTIGOITY, DIOCESE
OF SCRANTON, BISHOP C. :
TIMLIN, THE SOCIETY OF ST. :
JOHN, THE PRIESTLY
FRATERNITY OF ST. PETER, :
and ST. GREGORY'S ACADEMY, :

    Defendants : No. 2000-CIVIL-2961

::::::::::::::::::::::::::::::::::::::::::::::::

    TRANSCRIPT OF DEPOSITION of BISHOP JAMES

C. TIMLIN, as taken on behalf of the PLAINTIFFS, pursuant

to notice, before Gloria Anzalone, a certified shorthand

reporter in and for the County of Lackawanna, Commonwealth

of Pennsylvania, at the business offices of the Lackawanna

County Bar Association, 338 North Washington Avenue,

Scranton, PA 18503, on the 20th day of October, 2003,

commencing at 9:33 a.m. and concluding at 2:00 a.m., of

said day.

**EXHIBIT**

A

NEIL A. HOLFANT REPORTING SERVICE  570-586-0346

APPEARANCES:

  FOR THE PLAINTIFFS:  JAMES BENDELL, ESQUIRE

  FOR DEFENDANTS ENSEY:  SAL COGNETTI, ESQUIRE
AND URRUTIGOITY/   VINCENT CIMINI, ESQUIRE
SOCIETY OF ST. JOHN

  FOR DEFENDANTS:   JOSEPH O'BRIEN, ESQUIRE
DIOCESE OF SCRANTON/   JAMES O'BRIEN, ESQUIRE
BISHOP TIMLIN

  FOR DEFENDANTS:   JOSEPH LEESON, ESQUIRE
FRATERNITY OF ST.   JOSEPH GAUGHAN, ESQUIRE
PETER/ST. GREGORY'S
ACADEMY

INDEX TO WITNESSES

Examination of Bishop Timlin by Mr. Bendell.... Pg. 4

No questions by Mr. Cimini

No questions by Mr. Cognetti

No questions by Mr. Joseph O'Brien

No questions by Mr. James O'Brien

No questions by Mr. Leeson

No questions by Mr. Gaughan

INDEX TO EXHIBITS

FOR THE PLAINTIFF     IDENTIFIED

Ex. No. 1 - 6/3/98 Letter    5
Ex. No. 2 - 7/21/98 Letter    6
Ex. No. 3 - Bishop Fellay Letter    13
Ex. No. 4 - 11/5/99 Letter    21
Ex. No. 5 - 10/26/00 Statement    21
Ex. No. 6 - 12/4/00 Facsimile    21
Ex. No. 7 - 1/7/01 Affidavit    23
Ex. No. 8 - 9/29/01 Letter    26
Ex. No. 9 - 11/7/01 Letter    28
Ex. No. 10 - 11/9/01 Statement    31
Ex. No. 11 - 11/28/01 Letter    40

FOR THE PLAINTIFF     IDENTIFIED

Ex. No. 12 - 12/31/01 Letter    41
Ex. No. 13 - 1/18/02 Letter    42
Ex. No. 14 - 1/22/02 Board Meeting    44
Ex. No. 15 - 1/24/02 Statement    50
Ex. No. 16 - 2/15/02 Letter    51
Ex. No. 17 - 2/19/02 Letter    51
Ex. No. 18 - Bishop Timlin Statement    52
Ex. No. 19 - 2/20/02 E-Mail    56
Ex. No. 20 - 2/25/02 Letter    57
Ex. No. 21 - 3/1/02 Letter    57
Ex. No. 22 - 3/7/02 E-Mail    58
Ex. No. 23 - 3/7/02 E-Mail    62
Ex. No. 24 - Handwritten Note    63
Ex. No. 25 - 3/24/02 E-Mail    63
Ex. No. 26 - 3/25/02 E-Mail    64
Ex. No. 27 - 3/25/02 E-Mail    65
Ex. No. 28 - 3/25/02 E-Mail    68
Ex. No. 29 - 3/25/02 E-Mail    73
Ex. No. 30 - 3/26/02 E-Mail    73
Ex. No. 31 - 3/26/02 Letter    76
Ex. No. 32 - 4/27/02 Letter    76
Ex. No. 33 - 5/8/02 Letter    76
Ex. No. 34 - 5/28/02 E-Mail    77
Ex. No. 35 - 6/20/02 Letter    77
Ex. No. 36 - 7/15/02 Letter    79
Ex. No. 37 - 7/16/02 Letter    80
Ex. No. 38 - 9/4/02 E-Mail    83
Ex. No. 39 - 9/4/02 E-Mail    84
Ex. No. 40 - 11/19/02 Letter    85
Ex. No. 41 - 2/6/03 Q & A    85
Ex. No. 42 - 3/1/03 Policy    90
Ex. No. 43 - OCYP Charter    91
Ex. No. 44 - Bishop Timlin Response    92
Ex. No. 45 - Fr. Kopacz Memo    94
Ex. No. 46 - Personal Notes    105
Ex. No. 47 - Personal Note    107
Ex. No. 48 - Personal Notes    112

3

1        S T I P U L A T I O N

2        It is hereby stipulated by and between

3  counsel for the respective parties that reading,

4  signing, sealing, certification and filing are

5  waived.

6        It is further stipulated by and between

7  counsel for the respective parties that all

8  objections, except to the form of the questions, are

9  reserved to the time of trial.

10

11        BISHOP JAMES C. TIMLIN, called as a

12  witness, having been first duly sworn, was

13  examined and testified as follows:

14        EXAMINATION

15  BY MR. BENDELL:

16    Q    Would you please state your name.

17    A    **Bishop James C. Timlin.**

18    Q    And where were you born?

19    A    **Scranton, Pennsylvania.**

20    Q    And what is your social security

21  number?

22    A    **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.**

23    Q    And when were you ordained into the

24  priesthood?

25    A    **July 16th, 1951.**

4

Page 5

1    Q    And where were you ordained?

2    A    In Rome.

3    Q    And who ordained you?

4    A    Archbishop Martin J. O'Connor.

5    Q    And when did you become bishop of the Diocese of Scranton?

7    A    September 21st, 1976 -- wait a minute. The Bishop of Scranton, I was the auxiliary bishop in '76, is that what you mean?

10    Q    I'm sorry, when were you made auxiliary bishop, when were you ordained?

12    A    September 21st, 1976.

13    Q    And when did you become bishop?

14    A    June 7th, 1984.

15    Q    Would you please examine Exhibit 1.

16         MR. BENDELL:  For the record these are all documents -- I'm sorry?

18         MR. JAMES O'BRIEN:  Are you going to have copies to provide to everyone?

20         MR. BENDELL:  I have copies of everything, I have enough for everybody.  But these are all documents -- I don't think there's any exception -- from documents produced to us from the Diocese.

25    BY MR. BENDELL:

5

Page 6

1    Q    Do you recognize Exhibit 1?

2    A    I really have forgotten about it but it's my letter apparently, yes.

4    Q    Who is Father Carlos Bernardo Terrera?

5    A    I think this is Father Carlos Urrutigoity.  I don't know why he was using that name or why that was in there; I don't have any recollection of that.

9    Q    Let me show you Exhibit 2.  You wrote an identical letter for Father Carlos, and if you'll look at Exhibit 2 that may refresh your recollection as to Exhibit 1 being for a different priest?

13    A    It certainly is not the same name so I presume it's a different priest, but I really don't have any recollection of it.

16    Q    So you don't know who Father Bernardo is?

18    A    No.

19    Q    Has there ever been a Father Carlos Bernardo Terrera incarnated as a priest in this diocese?

22    A    Not to my knowledge.

23    Q    On page 2 of the letter, second paragraph, it says, His duties at the Society of Saint John will be to carry out the tasks entrusted

6

Page 7

1    to the Society and described above.  You don't recall Father Carlos Bernardo Terrera becoming a priest of the Society of Saint John?

4    A    I do not.  That doesn't mean that he didn't, I just don't recall it.

6    Q    Sure.  If I can draw your attention to Exhibit 2.  Please review that, unless you already have reviewed it?

9    A    I have.

10    Q    When was the first time you had any contact with Father Urrutigoity?

12    A    It was around the middle of the 1990s, I don't know the exact date.

14    Q    And how did that contact come about?

15    A    He came to see me in my office and he was, had somebody else with him.  And they at that time were priests of the Society of Saint Pious X. They had just left there, so they were on their own, they were looking to be regularized in the church so they came to see me and ask if I would help them, so I did.

22    Q    And what year was that?

23    A    It would be around the 1990s, I can't give you the exact year.

25    Q    Now in the 1990s what was the diocesan

7

Page 8

1    procedure for investigating the background or the suitability of persons who wished to be priests of this diocese either through seminary or through some other means?

5    A    Well, we take each case as it comes along, there was no written-down policy that we had at that time.  In 1993 we had a policy with regard to pedophilia and things like that.

9    Q    That was for charges made?

10    A    Yes.

11    Q    I'm talking about the initial screening process.

13    A    We had a screening process for seminarians but we didn't have any set policy with regard to priests that come in as long as we took each case as it came along and investigated it as we found necessary.  And in this case we didn't feel it was necessary to go any further than the fact that he was ordained a priest of the Society of Saint Pious X and they had a reputation for being rather strict and as far as requirements were concerned.

22         So they ordained him and we took him in on that basis, and I asked the attorney for Saint Peter to take them in and put them under their wing as it were, that was an expression that we used, just

8

1   to work out getting them regularized in the Catholic
2   Church because that was one of their charisms.
3       Q       So as I understand it there was a
4   screening process for seminarians in the '90s?
5       A       Yes.
6       Q       Can you describe that process?
7       A       We have a review board and the rector
8   of the seminary gathers all the pertinent
9   information, their educational background, their
10  psychological examination.
11      Q       There's a psychological examination
12  given?
13      A       Yes, absolutely.  And then they gather,
14  Monsignor Bohr would gather all this stuff together
15  and then it's put to this board which is a rather
16  good-size board made up of priests.  And this person
17  goes around and is interviewed by all these people
18  and then there's a meeting and I would chair that
19  meeting and we would discuss the candidate and they
20  would make their recommendation to me and I would,
21  most of the time I would follow that.
22          I'd say practically all the time I
23  follow their recommendation.  They were very strict,
24  as far as that goes they were very good, they were
25  very good.  But they went into everything and they

9

1   would make the recommendations, and they all looked
2   pretty good to me but I would follow their
3   recommendation.  And they may have six people come in
4   and we'd reviewed them and they might recommend two.
5       Q       Now this very intense scrutinizing
6   process did not take place with regard to the Society
7   of Saint John priests, is that correct?
8       A       Not in the same fashion, no.
9       Q       Well, in any fashion, describe any
10  fashion of scrutiny.
11      A       Well, I interviewed them myself, of
12  course, and listened to them and then I put them
13  under the care of the Society of Saint John with the
14  understanding that they would get them regularized in
15  the church.
16      Q       You mean you put them under the care of
17  the Fraternity of Saint Peter?
18      A       Saint Peter, yes.  Did I say --
19      Q       You said Society of Saint John.
20      A       No, that didn't exist yet.  Society of
21  Saint Peter, Fraternity of Saint Peter, and asked
22  them if they would do me the favor of intervening for
23  them in Rome and getting them regularized, and they
24  graciously did so.
25      Q       Now did you delegate to the Fraternity

10

1   of Saint Peter the task of scrutinizing these men for
2   their fitness?
3       A       No, not specifically.
4       Q       Now you mentioned before that you
5   didn't feel there was a need to scrutinize them
6   because the society --
7       A       Excuse me.  There's a need to
8   scrutinize them; there are varying degrees of that,
9   of course.  I didn't think it was necessary to go and
10  unearth everything in their past because I figured
11  that had been done in spades.
12      Q       By the Society of Pious X?
13      A       Exactly.
14      Q       Now did you know that they were asked
15  to leave the Society of Pious X?
16      A       I knew that they were asked to leave
17  because they wanted to be regularized in the Catholic
18  Church.
19      Q       How did you know that that's the
20  reason?
21      A       That's what they told me.
22      Q       Now my question is:  When they came to
23  you and said, look, we want to be regularized, we
24  were asked to leave the Society of Pious X -- let me
25  finish the question, please.

11

1       A       Sure.
2       Q       Because we want to be regularized, did
3   you call or contact anybody at the Society of Pious X
4   to check that story?
5       A       No.
6       Q       So when Bishop Fellay eventually wrote
7   to you warning you about Father Urrutigoity, that was
8   the first contact you had with anybody in the Society
9   of Pious X regarding these Society of Saint John
10  priests?
11      A       Right.
12      Q       Why didn't you contact the Society of
13  Pious X originally -- let me finish the question,
14  please.
15      A       I didn't say anything.
16      Q       Okay, sorry for panicking.  To find out
17  if their story was correct?
18      A       The reason for that was because there
19  was obviously you might say bad blood between the two
20  groups and I didn't think it would be appropriate for
21  me to get involved with them because there was, they
22  were, you say they were expelled and they would
23  maintain it was more like they left on their own, so
24  maybe it was a mutual parting of the ways.
25          But in any event they obviously would

12

13

1　not being happy with them leaving the way they did,
2　and so I figured that there's no point in asking them
3　what they would think about it.
4　　　Q　　I want to show you Exhibit 3. Please
5　examine Exhibit 3. Does Exhibit 3 appear to be a
6　copy of the letter you received from Bishop Fellay
7　regarding Father Urrutigoity and the alleged
8　misconduct he committed against Mathew Selinger?
9　　　A　　Would you say it again.
10　　　(Whereupon, the reporter read back the
11　　　referred-to testimony.)
12　　　　　THE WITNESS: It appears to be the
13　　　same material there, it's not the same
14　　　letter though. I don't recall it being the
15　　　same letter, but the facts in there that he
16　　　mentioned -- the letter that I got from
17　　　Bishop Fellay was not as complete as this.
18　BY MR. BENDELL:
19　　　Q　　Well, this letter was provided to us by
20　the diocesan attorneys, so it's your testimony that
21　you don't think you've ever seen this letter before?
22　　　A　　I remember the facts in the letter but
23　I don't remember seeing the letter. This is back in
24　1999 so it's a long time ago, over four years ago.
25　　　Q　　You think there may have been two

14

1　letters?
2　　　A　　I don't recall whether there were two
3　letters or what, but I remember him writing to me and
4　the information that he gave me was there. But as
5　far as him being expelled from other places and so
6　forth, I don't recall those particular facts in his
7　letter to me. The letter that I recall receiving
8　from him was about Mathew Selinger.
9　　　Q　　And this refers to Mathew Selinger,
10　doesn't it?
11　　　A　　Yes.
12　　　Q　　Now what action did you take in
13　response to this letter?
14　　　A　　We investigated it thoroughly in my
15　mind. I went to see Father Urrutigoity -- how do you
16　pronounce it? I went to see him immediately up at
17　Saint Gregory's Academy, I called to see if he was
18　there and he wasn't. I went right up and showed him
19　the letter and he denied that there was any
20　wrongdoing there, absolutely denied it. And I put it
21　to him very clearly that this is a serious allegation
22　and the ramifications and so forth, and he absolutely
23　denied that it happened. I felt that we had to
24　follow-up with an investigation, that he denied it,
25　of course that's clear. So what I did is I asked

15

1　Bishop Dougherty and an attorney.
2　　　Q　　Who was the attorney?
3　　　A　　Can you help me out with the name?
4　　　　　MR. JAMES O'BRIEN: It was not me.
5　　　All the documentation indicates that it was
6　　　me but I was replaced with a fellow from
7　　　Luzerne County. I'll get you his name, I
8　　　forgot his name.
9　　　　　THE WITNESS: Anyway, he was a
10　　　member of the diocese and a good man, to
11　　　make the trip out there to interview Mathew
12　　　Selinger, and they did. And then they came
13　　　back -- do you want me to give you the
14　　　whole story?
15　BY MR. BENDELL:
16　　　Q　　Yes, but how many folks went out? I'm
17　trying to --
18　　　A　　There were two I believe.
19　　　Q　　Okay. Yes, go ahead, please continue.
20　　　A　　They went out --
21　　　　　MR. JAMES O'BRIEN: Father Kopacz.
22　　　　　THE WITNESS: And Father Kopacz,
23　　　that's right, the three of them. He was
24　　　our vicar for priests; the three of them
25　　　went up. And, excuse me if I can't

16

1　remember exactly the facts because it's so
2　long ago, but I remember that we sent a
3　delegation out there anyway and they
4　interviewed him thoroughly.
5　BY MR. BENDELL:
6　　　Q　　Interviewed Mathew?
7　　　A　　Yes, and they felt that, you know, he
8　was an upright man and so forth and a good man and
9　they felt that he was a good person, and they took
10　what he said and they came back and reported. We had
11　a meeting then of what we call an Independent Review
12　Board.
13　　　Q　　Do you remember who was on the Board at
14　that time?
15　　　A　　Yes, I do.
16　　　Q　　And who would that be?
17　　　A　　Well, it was a large board, there was a
18　number of people, I don't have the list of them here.
19　But it was Judge Geroulo, Carl Frank, an attorney
20　from Wilkes-Barre, Dr. Margaret Hogan, a professor at
21　Kings College. We had Father Kopacz I think was on
22　the Board at that time, too, he would be one, and Jim
23　O'Brien was on that board. That's going back to
24　1993, we've changed it since then, some people have
25　resigned and so forth.



1    we had a letter from the Sisters of
2 Mercy in Dallas, she was on the Board at that time as
3 I recall. And we had Dr. Barrett I believe, a
4 psychologist, he was on the Board, too, at that time.
5 He's retired since then. So those are the names that
6 come to me. Bishop Dougherty would be there, too, he
7 would be present for all those things, and myself.
8 That pretty substantially would be the Board, and
9 they thrashed the whole thing out from all angles,
10 every which way, and they said that it's
11 inconclusive.
12    Q    What does that mean, inconclusive?
13    A    They could not come to a conclusion as
14 to whether he was guilty or not.
15    Q    And so based upon that decision or that
16 analysis, what did you do at that point?
17    A    There was nothing that I could do at
18 that point, there was no way I could inflict any
19 penalty or all of that because he hasn't been proven
20 guilty. And so that was the end of that, I mean we
21 did all, we felt we did we all we could.
22    Q    Well, you said you felt you did all you
23 could. Did you also contact the folks in Argentina
24 that are referenced in this letter?
25    A    No.

17

1    nothing against him in Argentina.
2    Q    So you felt there was no need to
3 investigate the charges in Argentina?
4    A    Correct.
5    Q    Now you felt there was no canonical
6 penalties that you could inflict upon Father
7 Urrutigoity. Question: Did that mean that you had
8 to leave him in a situation where he would have
9 access to minor boys?
10    A    I wouldn't be obliged to do anything
11 actually but I mean we did not feel that there was
12 anything -- he was not in charge of boys at that
13 time. If I recall he was still living up at the
14 Saint Gregory Academy. The Fraternity of the Society
15 of Saint John really had not begun to, it was
16 beginning to function, just beginning, but they
17 didn't have any house of their own. He was not in
18 charge of the boys at Saint Gregory's.
19    Q    But he was living at Saint Gregory's
20 Academy?
21    A    Living there.
22    Q    And he interacted with the boys?
23    A    I guess he did, I hear he did but we
24 didn't assign him there.
25    Q    But you knew he was there?

19

1    Q    Why not?
2    A    That's why I say I don't remember
3 anything in there about Argentina. I remember that
4 his explanation of that was slightly different than
5 what's in this letter.
6    Q    You say his, who is his?
7    A    Father Urrutigoity.
8    Q    What was his explanation?
9    A    His explanation was they had a
10 particular friendship of some kind but nothing sinful
11 and nothing wrong, and they had some flout about
12 that. But then we felt that they kept him. That's
13 not in there, I don't remember reading that in that
14 letter, to me he didn't go through all that. They
15 took him out of there and put him up in Winona,
16 ordained him a priest and put him as a member of the
17 faculty of the seminary.
18    Q    They being the Society of Pious X?
19    A    Society of Pious X. So I mean
20 apparently they didn't think that that was, from our
21 review that there was anything wrong in Argentina.
22 Why would they take him up to this country and ordain
23 him a priest and put him in a seminary teaching other
24 seminarians if there was something that they had
25 against him. So, again, we felt that there was

18

1    A    I knew he was there, yes, I sent him
2 there.
3    Q    And you knew that boys slept overnight,
4 I mean it's not a day school, it's an overnight
5 sleeping school, right?
6    A    That's right.
7    Q    And when did Father Urrutigoity become
8 head of the Society of Saint John?
9    A    Well, it would be the middle -- not the
10 middle, after, a couple years after he came here. He
11 came here in the middle 1990s, '95, '96 something
12 like that, so it would be a couple years after that.
13    Q    And did he assume that role with your
14 permission?
15    A    Yes.
16    Q    And you gave your permission -- excuse
17 me if I'm asking the obvious -- after you received
18 Exhibit 3 from Bishop Fellay?
19    A    Yes, it would have to be after that I
20 believe. It would be close to that that he started
21 the society, yes.
22    Q    But you allowed him to become head of
23 the society notwithstanding the information provided
24 to you by Bishop Fellay?
25    A    That's correct.

20

1    Q    I show you Exhibit 4.

2    (Whereupon, a brief discussion was held off

3    the record.)

4    THE WITNESS: Yes, okay.

5  BY MR. BENDELL:

6    Q    Do you recognize Exhibit 4 as a letter

7  that you wrote in November of '99 to Bishop Fellay?

8    A    **I do.**

9    Q    I show you Exhibit 5. Do you recognize

10  Exhibit 5 (indicated)?

11    A    **All right.**

12    Q    Is that a letter that you wrote in

13  October of 2000 to Thomas Droleskey. The fourth

14  paragraph down it says, quote, I am morally certain

15  that there has been no wrongful, unlawful, or

16  capricious use of funds on the part of the Society of

17  Saint John. Unquote. And was that your opinion in

18  October of 2000?

19    A    **It was.**

20    Q    Is that your opinion now?

21    A    **Yes, I would say so.**

22    Q    I show you Exhibit 6.

23    A    **Yes.**

24    Q    Is that a memo that you've seen before?

25    A    **No.**

21

---

1    Q    In there it says, quote, I thought you

2  should be aware that Walsh, et. al., are still out

3  there warring --

4    MR. JAMES O'BRIEN: Where is this?

5    This is not in the document you gave us.

6    MR. BENDELL: Sure it says.

7    MR. JAMES O'BRIEN: Exhibit 6?

8    That's what you gave us.

9    MR. BENDELL: Yes. It says, quote,

10    I thought you should be aware --

11    MR. JAMES O'BRIEN: I'm sorry. Go

12    ahead.

13    MR. BENDELL: -- that Walsh, et.

14    al., are still out there warring against

15    the society. Unquote.

16    THE WITNESS: Yes.

17  BY MR. BENDELL:

18    Q    Do you know if that refers to Howard

19  Walsh?

20    A    **I believe it does.**

21    Q    You believe that Howard Walsh was

22  warring against the Society of Saint John?

23    MR. COGNETTI: I object to the form

24    of the question. You use the term quote as

25    if it were a quote from the bishop and it

22

---

1  is not a quote --

2    MR. BENDELL: No, it's a quote --

3  it's from Father Urrutigoity. I'm asking

4  this bishop --

5    MR. COGNETTI: No, it's not from --

6    MR. BENDELL: I'm sorry, from

7  Earley to Father Urrutigoity.

8    MR. JAMES O'BRIEN: You're asking

9  him if he agrees with that?

10    MR. BENDELL: Yes.

11    THE WITNESS: I would not use the

12  word warring except in a very lose term.

13  They did not see eye to eye if that's what

14  you mean, but warring is a rather strong

15  word, I don't think I would use that word,

16  but that's not expression here.

17  BY MR. BENDELL:

18    Q    Okay. I show you Exhibit 7. This is a

19  little bit longer, please take your time to read it

20  over. If you wanted to say something else, I'm sorry

21  if I interrupted you.

22    A    **Again, you're asking me wrong. If you**

23  **mean unlawful or capricious use of funds, and that's**

24  **what I'm responding to, those words that you use.**

25  **They do anything wrongful, unlawful or capricious and**

23

---

1  I said, no, not to my knowledge. Now that doesn't

2  mean necessarily that there are people that disagreed

3  with what they were doing. Mr. Walsh obviously

4  felt that they were not -- I mean was it wrongful,

5  unlawful, or capricious? I don't think so.

6    Q    Okay, fine.

7    A    **Okay. What do you want to ask me**

8  **about?**

9    Q    Have you ever seen that affidavit

10  before?

11    A    **No, I don't recall seeing it before. I**

12  **heard of this Jude Huntz. I don't know him, I never**

13  **met him. I heard his name mentioned, but I remember**

14  **that -- I did also hear someplace along the line that**

15  **he retracted this.**

16    Q    My question is you've never seen this

17  affidavit before?

18    A    **I don't recall seeing it, no. But I do**

19  **recall that some of the things in here are just not**

20  **accurate at all.**

21    Q    Why don't you tell us what's not

22  accurate.

23    A    **It says, When the police arrived Father**

24  **Carr escorted them to the wing of Society of Saint**

25  **John. The police never arrived, the police were**

24

1  never called, that were involved said that the people
2  that were involved said they were never called, they
3  never arrived.  So I think that a lot of this stuff
4  in here is along the same lines that it's hearsay and
5  conjecture, and I believe that he has, himself, has
6  come back to that understanding now.
7          So I can't, I couldn't believe anything
8  that was in here because it's so off-the-wall as it
9  were.  Father Carr is the one that's supposed to have
10 called the police and he said that they never came,
11 they never came at all.  They never called them.
12     Q      Anything else you disagree with?
13            MR. JAMES O'BRIEN:  I object to
14            that.  This is a lengthy document that the
15            bishop I'm sure has not read word for word
16            and I don't want the inference that he
17            agrees with everything other than what he
18            says he doesn't.
19            THE WITNESS:  Yes.  And, again, he
20            says, When I returned from my trip I was
21            informed by a faculty member, etc.  So
22            therefore it's hearsay again.
23            MR. JAMES O'BRIEN:  Let me take a
24            break here.  Do you want the bishop to take
25            15 minutes and read this and give you a

                        25

2            list of what he agrees with and --
2            MR. BENDELL:  No, I don't need to
3            ask anymore questions about this exhibit.
4            MR. COGNETTI:  And, Jim, since you
5            mention local rules, I want you to know
6            there's a local rule in the Middle District
7            that limits you to six hours.
8            MR. BENDELL:  This will be done in
9            six hours.
10           MR. COGNETTI:  Okay, just so you
11           know.
12 BY MR. BENDELL:
13     Q      Please examine Exhibit 8.
14     A      Okay.
15     Q      Now Exhibit 8 is comprised of two
16 letters.  The first letter is dated September 29,
17 2001.  Does that appear to be a copy of a letter you
18 received from Father Urrutigoity at that time?
19     A      It does.
20     Q      And calling to your attention the
21 second paragraph where it says, quote, I would like
22         to be allowed to spend a prolonged time or even to
23 join a strictly contemplative community as soon as
24 possible in the present circumstances.  Unquote.
25 Then the October 8 letter that's attached to it, is

                        26

2      A      It is.
3      Q      And you granted his request?
4      A      I did.
5      Q      And what happened, did he go into a
6  contemplative community?
7      A      He never did go, no.
8      Q      Do you know why?
9      A      Not really.
10     Q      Do you know why he was --
11     A      It's conjecture but I don't know.  You
12 asked me if I know, I don't really know.
13     Q      Do you have any suspicions as to why he
14 didn't?
15     A      I think he felt that he had to stay
16 here and settle this matter, these allegations that
17 were being made against him.  That's just my, in
18 general that would be my reason, or his reason for
19 doing it.  He was obviously very upset about these
20 allegations --
21     Q      Which are allegations are you talking
22 about now?
23     A      Mr. Selinger and all the other things
24 that were being said by Mr. Howard Walsh, the whole
25 smear of things.  He just felt that that was unfair

                        27

1  and -- anyway he actually, I gave him permission to
2  go but I didn't order him to go so.  There was never
3  any, I may say this:  As has been alleged, there was
4  never any quid pro quo here with regard to you leave
5  the society and, therefore, I will drop all the
6  charges or anything like that.
7          There was never anything like that and
8  that was alleged and I felt very strongly that that
9  was a most uncharitable and unfair and untrue.  This
10 letter explains why I gave him permission because he
11 asked for it.  Period.
12     Q      I'm going to show you Exhibit 9.
13     A      Yes.
14     Q      This was provided to us by the diocesan
15 attorneys and at the top it indicates that it was a
16 draft of a letter that was not sent, is that correct?
17     A      Right.  That's my writing up there.
18     Q      On page 2 it says, this is addressed to
19 Dr. Bond, If you're willing to start from where you
20 are, financially and otherwise, if you're willing to
21 stop attacking Father Urrutigoity and the Society,
22 publicly and privately, and leave these matters in my
23 hands and if I can convince the Society to do the
24 same, then I believe there is some hope for success
25 in the Society and the college.  Unquote.  Do I

                        28

**Page 29**

```
 1   understand you to say if you would do that and would
 2   stop criticizing Father Urrutigoity, he would be
 3   allowed to start the college?
 4       A    No.
 5       Q    What does that sentence mean?
 6       A    That sentence means if you would stop
 7   attacking everybody connected with the Catholic
 8   Church, for crying out loud, he was blasting at
 9   everybody, everybody and anybody and warring it, that
10   would be a proper word to use in that context, in
11   other words if he would stop these public
12   announcements and inflammatory messages to thousands
13   of people, that if he could just kind of sit down and
14   we could come, see if we could come to some kind of
15   resolution here.
16           That's a very interesting story and I
17   don't know whether you want to hear it now or not,
18   but that's what it means.  There's no, as I say no
19   quid pro quo, you know?  As I say, if we can resolve
20   this difficulty between you and the Society, and
21   there was a difficulty there, he wanted to separate
22   himself from the Society completely and have an
23   independent college all by himself, separate from the
24   college.
25           And I said, Well, it's all right with
```

**Page 30**

```
 1   me if it's all right with the Society.  It's their
 2   baby.  They're the ones, it's their Society and their
 3   college.  They're the ones, it's their idea and so
 4   forth.  And if it's all right with them, then it
 5   would be all right with me.  At that point, now
 6   things have changed since then, it was October, I
 7   believe October of that year, this came after, this
 8   is November, because I had talked to Father Munkelt
 9   and I said the same thing to him, that I would be
10   happy to resolve this thing in an amicable way if you
11   can do something about it.
12           I mean he could start a Catholic
13   college obviously, anybody can.  A college rather,
14   not a Catholic college.  He could start a college,
15   anybody can do that if they want to do that; it would
16   not be my concern.  Would it be a Catholic college?
17   No, it would not be a Catholic college.  But he could
18   start that and if things ameliorated, eventually it
19   could become a Catholic college possibly.
20           But it was not all right with the
21   Society for him to leave, and I tried to get the two
22   of them together to resolve the difficulty and see
23   what they could work out and they just were unwilling
24   to give permission, they just did not want him to
25   separate themselves from the college and start it.
```

**Page 31**

```
 1   And so I finally wrote a letter, you probably have
 2   that letter in October I remember and said I'm sorry
 3   that it's come to this stage, that we just can't
 4   resolve this matter and I cannot see, I regret to
 5   tell you I cannot see my way clear to give permission
 6   to start a Catholic college in Milford when things
 7   are so contentious that they're bordering on scandal,
 8   and that's when this thing went haywire.
 9       Q    I'll show you Exhibit 10.
10       A    Yes.
11       Q    Is that a statement authored by you?
12       A    Yes.
13       Q    Now in the second paragraph it talks
14   about, quote, immoral sexual behavior, unquote,
15   alleged against Father Urrutigoity.  Do you see that?
16       A    Um-hum.
17       Q    In the same paragraph it says, All the
18   allegations made against Father Urrutigoity have been
19   investigated.
20       A    Um-hum.
21       Q    Now, in fact, you did not investigate
22   the Argentina allegations, did you?
23       A    Well, we looked at them, we looked at
24   the thing that was brought to our attention.
25   Eventually it was brought to our attention that
```

**Page 32**

```
 1   that's what they were saying, so obviously we heard
 2   about them and looked at them and put them in that
 3   category as I explained earlier, that these are
 4   unsubstantiated as far as we were concerned again.
 5           And the Society and all who were
 6   connected with this were most cooperative in helping
 7   us to find out what we could.  So we came to the
 8   conclusion as we did with Mathew Selinger that there
 9   was no reason for us to do anything further than what
10   we did.
11       Q    With Mathew Selinger you testified that
12   it was inconclusive as to everything that happened?
13       A    We did not know what happened in
14   Argentina.  We were not in Argentina, we never heard
15   from anybody in Argentina.  Nobody ever said anything
16   to us at all about Argentina except what we read in
17   those other things.
18       Q    But you never wrote to anybody in
19   Argentina asking, did you?
20       A    Never.
21       Q    Now in the fourth paragraph it says,
22   Without going into great detail --
23       A    How about the third paragraph there,
24   the third paragraph.  You repeated these things I
25   think yourself and I'm still waiting for that
```

1 apology. Remember the statements were attributed to
2 Bishop Dougherty and myself and taken out of context
3 in those articles and twisted to support this
4 erroneous and inaccurate betrayal, and remember I
5 spoke to you about that and you said I'll correct
5 that. And you spoke to Bishop Dougherty, Bishop
7 Dougherty was outraged. You don't know Bishop
8 Dougherty, you'll see him tomorrow I guess, but I can
9 tell you that he was outraged that anything like that
10 would even --
11     Q     Bishop Timlin, I will never apologize
12 for anything I said to you or did in this case. I'm
13 quite proud of it, and on the judgment day I hope you
14 feel the same way before God.
15          MR. COGNETTI: All right, all
16          right.
17          MR. JAMES O'BRIEN: Let's stop this
18          nonsense.
19          THE WITNESS: I'll apologize for
20          something that. I've done that's wrong.
21          If you don't want to apologize, you don't
22          have to.
23 BY MR. BENDELL:
24     Q     I've never done anything wrong in this
25 case.
33

1 accuse me of saying something like that or doing
2 something like that. How dare you say that. I don't
3 care whether a boy is molested or not. How could you
4 come to a conclusion like that?
5     Q     Did you make any public statements that
6 you said the boy was unstable?
7     A     I said that someone told me he was
8 unstable. I don't know the boy.
9     Q     You said that publicly, didn't you,
10 Bishop?
11     A     I said it someplace, I don't know where
12 I said it.
13     Q     And you don't know the boy and yet you
14 made a public statement that he was unstable, didn't
15 you, Bishop?
16     A     I didn't say he was, I said I
17 understand, that's what I was told. Do I care about
18 whether that boy was molested or not? Absolutely, I
19 care much more than you care.
20     Q     Then why would you say that he's
21 unstable if --
22     A     Because that's a fact.
23          MR. JAMES O'BRIEN: Object to the
24          question, it's argumentative.
25 BY MR. BENDELL:
35

1     A     You said that Bishop Dougherty said
2 something to me and I disregarded that and I went
3 over his head, and you put that in print. And I
4 called about that.
5     Q     Everything I said was true.
6     A     That was not true.
7     Q     Then you need to sue me for liable.
8     A     No, I'm not going to sue people. I'm
9 not going to go out suing people, that's your
10 business but I am not going to sue anybody.
11     Q     Now getting to the fourth paragraph --
12     A     But I mean that's a point that I want
13 to make. Now if you get angry about it, that's your
14 business, too, and you can holler and shout about it.
15     Q     I'm not angry.
16     A     You're not? Okay. You sound angry but
17 go ahead.
18     Q     I'm angry that a boy was molested and
19 you don't seem to give a dam.
20     A     Don't you dare say that to me. Don't
21 you dare say that to me. Don't you say anything like
22 that to me. I'll get very angry if you accuse me of
23 something like that because that's not true. Never
24 mind why it's not true, you said something and I said
25 it's not true, and I'll not sit here and let you
34

1     Q     You said that you don't know that --
2          (Whereupon, more than one person spoke at
3          the same time and this reporter could not
4          decipher any testimony.)
5          THE WITNESS: I don't know the boy
6          but that's what I was told, that he was a
7          problem -- his own mother told me he was a
8          problem boy.
9 BY MR. BENDELL:
10     Q     And you felt that you should tell that
11 to the public?
12     A     No, well, I'm being questioned about
13 it, what am I going to say? I mean I tell the truth.
14 But to accuse me of something like that, I'm very
15 surprised that you would do anything like that as an
16 attorney, and as a Catholic that you would think for
17 one second that I would ever do anything like that.
18 How could you possibly say a thing like that?
19     Q     Because most of the bishops in this
20 country have the same --
21     A     Don't you dare say that, either.
22     Q     It's true.
23     A     It's not true.
24          MR. JAMES O'BRIEN: We're going to
25          adjourn this deposition. We're going to
36

1 adjourn the deposition if you don't ask
2 legitimate questions.
3     MR. BENDELL: I'm willing to ask a
4 question if he stops screaming.
5     THE WITNESS: I admit I'm screaming
7 and I apologize for screaming, but I feel
8 very strongly about this, much more
9 strongly than you do. Go ahead now.
10     MR. LEESON: Excuse me, Jim. I
11 have an objection to make, Jim, concerning
12 your comments. The purpose of a deposition
13 is for an attorney to ask
14 questions respectfully of a --
15     MR. BENDELL: You don't have to
16 lecture me what it's about, but he was
17 making charges --
18     MR. JAMES O'BRIEN: No, you've
19 changed it into an argument.
20     MR. BENDELL: No, he said --
21 (Whereupon, more than one person spoke at
22 the same time and this reporter could not
23 decipher any testimony.)
24     MR. LEESON: Excuse me, stop
25 interrupting me. I have an object to make
    about your conduct. In the Middle District

37

all the attorneys who come here to practice
2 and are licensed here to practice conduct
3 themselves in accordance with standards of
4 civility well recognized by the Bench and
5 Bar of this district. We expect no less of
6 you.
7     Your comments so far have been
8 argumentative and insulting. You may hold
9 your personal opinions but this is not the
10 forum to share those opinions and argue
11 with the witness. If this persists, I'm
12 going to suggested that remedial action of
13 some type be taken with the judges because
14 this is wholly inappropriate. And I
15 suggest that we proceed with the deposition
16 in a gentlemanly-like fashion with the
17 questions and the answers.
18     MR. BENDELL: Everything you told
19 me I already know. Let me say as counsel
20 for the Diocese, I'm going to ask only
21 questions. Before I asked a question about
    Paragraph 4, the Bishop made an editorial
23 comment about Paragraph 3. It will help
24 me --
25     MR. JAMES O'BRIEN: Let's just

38

stick with the
2     MR. BENDELL: It will help me to
3 accommodate Mr. Leeson's goals, which are
4 totally reasonable, if you can instruct the
5 witness only to answer questions.
6     MR. JAMES O'BRIEN: Bishop, just
7 answer the question that he's asked.
8     THE WITNESS: I'll be happy to do
9 that.
10     MR. JAMES O'BRIEN: Thank you.
11 BY MR. BENDELL:
12     Q    Okay, going to Paragraph 4 it says,
13 Without going into great detail, suffice it to say
14 that everything mentioned in the scurrilous materials
15 disseminated publicly and privately have been
16 thoroughly investigated. That's what it says, isn't
17 it?
18     A    **Yes.**
19     Q    Tell us how those allegations have been
20 thoroughly investigated at that time, which is
21 November of 2001?
22     A    **Which allegations are you talking**
23 **about?**
24     Q    Well, whatever ones you're referring
25 to. It says here, mentioned in the scurrilous

39

materials.
2     A    **One of the things was when they said**
3 **that Bishop Dougherty and I were at odds about these**
4 **things. That certainly was scurrilous and that was**
5 **untrue, and I know Bishop Dougherty very well and he**
6 **would deny that categorically. I don't remember what**
7 **other scurrilous things there were at that particular**
8 **time.**
9     Q    Okay. I'm going to show you Exhibit
10 11.
11     A    **Okay.**
12     Q    Is that a copy of the letter that you
13 wrote to Papal Nuncio in November of 2001?
14     A    **It is.**
15     Q    In the fourth paragraph it says, quote,
16 The allegations about Father Urrutigoity have all
17 been thoroughly investigated and found to be without
18 merit. Unquote. Was that a true statement?
19     A    **Yes.**
20     Q    And so what allegations were you
21 referring to?
22     A    **The allegations about Mathew Selinger**
23 **and the obligations that came out about -- what other**
24 **allegations were there? About money and so forth, I**
25 **don't remember anything else.**

40

1      Q      It's a matter of... About Michael

2  Prorock at that time?

3      A      **We didn't know about Michael Prorock at**

4  **that time. There was nothing at all about that at**

5  **that point that we knew. Will you forgive me for**

6  **hollering at you? I apologize for hollering at you.**

7  **I holler but I calm down very quickly. No**

8  **forgiveness?**

9      Q      No, I didn't feel it's up to me to

10  forgive you. I'm not offended by --

11      A      **You can, you can. You don't have to if**

12  **you don't want to but you can.**

13      Q      I hold no ill will.

14      A      **Well, thank you. I don't hold any ill**

15  **will against you, either.**

16      Q      Thank you. All right, we're all

17  friends again. I'm going to show you Exhibit 12.

18      A      **Yes.**

19      Q      This is a letter plus another letter

20  attached, so I'm mostly interested in the first

21  letter. I'm not going to ask you detailed questions

22  about the second letter, just that it refers to

23  Michael Prorock's dad.

24      A      **I remember this letter.**

25      Q      Now the cover letter on Exhibit 12 is

41

---

from the Papal Nuncio, is that correct?

2      A      **Right, yes.**

3      Q      And it says, this is dated December 31,

4  2001 is the date, and it says here, Upon review of

5  this material you will note that the content pertains

6  to two priests of the Society of Saint John; namely,

7  Father Eric Ensey and Father Carlos Urrutigoity. I

8  am aware of your letter of November 28 in which you

9  address the earlier concerns expressed about Father

10  Urrutigoity. Nevertheless, the recent correspondence

11  seems to raise other issues worthy of consideration.

12  Do you remember getting this letter?

13      A      **I do.**

14      Q      I'm going to show you Exhibit 13.

15      A      **Okay.**

16      Q      The first paragraph, the second

17  sentence says, I thank you very much for your

18  pastoral judgment in sending me Mr. Prorock's letter

19  and I want to assure you that I have taken it very

20  seriously. Now you were writing this to the Papal

21  Nuncio, is that correct?

22      A      **Yes.**

23      Q      When you talk about his pastoral

24  judgment, was it your understanding that the letter

25  that Mr. Prorock wrote to him was supposed to be

42

---

confidential?

2      A      **I don't know whether it was**

3  **confidential or not.**

4      Q      In the second paragraph it says, On

5  Monday, January 14 in keeping with our diocesan

6  policy, I spoke to Father Ensey and Father

7  Urrutigoity of the Society of Saint John and told

8  them I wanted them to leave the Society's home in

9  Shohola, Pennsylvania and move to our diocesan home

10  for retired priests until we can find out where this

11  is going. Unquote. Now you asked them to leave the

12  Shohola property, is that correct?

13      A      **Correct.**

14      Q      And to go to Scranton?

15      A      **I had to get them in someplace, they**

16  **had to live someplace and I told them to come to**

17  **Scranton to get away from their home there, yes,**

18  **according to our policies.**

19      Q      What were the conditions or

20  restrictions that they were to operate under while

21  this was pending?

22      A      **They were not to engage in any public**

23  **ministry; they were not able to celebrate mass**

24  **publicly or anything like that, but they could say**

25  **mass privately. That's about it.**

43

---

1      Q      Were they allowed to wear clerical

2  garb?

3      A      **Yes.**

4      Q      Was there any restrictions against them

5  being with boys?

6      A      **I don't recall specifically saying**

7  **that. Obviously that was implied if it wasn't**

8  **explicitly said, that they not be engaged in any kind**

9  **of Apostolic ministry with boys or adults.**

10      Q      But were they specifically restricted

11  from being with minors?

12      A      **I don't recall it specifically but that**

13  **was certainly the indication. They were not to be**

14  **involved in any ministry with anybody.**

15      Q      But aside from ministry, I mean just

16  having a cup of coffee, could they have a cup of

17  coffee with a minor?

18      A      **Well, that's a matter of judgment I**

19  **suppose. Some people could say yes, some people**

20  **could say no, but that's a judgment call. What do**

21  **you mean by having a cup of coffee with somebody?**

22  **They certainly were not restricted from living, they**

23  **had to live.**

24      Q      Okay, I'm going to show you Exhibit 14.

25      A      **That letter from Nuncio was the first**

44

**Page 45**

```
 1   word that I ever received about Michael Prokopiuk, I
 2   never heard about that before, and we took action
 3   immediately.
 4        Q     Okay.  This appears to be minutes of
 5   the Clergy Review Board meeting of January 22, 2002,
 6   is that correct?
 7        A     Yes.
 8        Q     Have you seen these minutes before?
 9        A     No.
10        Q     Do these minutes at least to your
11   recollection accurately reflect that meeting of the
12   Review Board?
13        A     Yes.
14        Q     Let me ask you about the first
15   paragraph.  To your recollection is this an accurate
16   list of the members of the Review Board?
17        A     Right.
18        Q     Mr. O'Brien at one point said that
19   there was an error, that there should be another
20   attorney's name?
21              MR. JAMES O'BRIEN:  No, no, I said
22              another attorney went out to Minnesota, not
23              on the Board listed.
24              MR. BENDELL:  I'm sorry, I got
25   confused.
```

**Page 46**

```
 1   BY MR. BENDELL:
 2        Q     Going to page 2, the last large
 3   paragraph starts out, Members of the Board expressed
 4   concern that Father Urrutigoity has again been named
 5   in a complaint involving the practice of sleeping
 6   with young men.  Unquote.  What was the previous
 7   allegation or allegations regarding sleeping that
 8   were made?
 9        A     Well, Dr. Bond told me that at one
10   point.  He mentioned that that was going on, and I
11   don't remember who else said it but I remember it
12   came to my attention.  And as soon as it came to my
13   attention, the whole members of the aldermen of the
14   Society, that is except the students perhaps, but the
15   people who were in charge, they were all called to
16   the Chancery and we had a meeting with them and
17   talked to them and they said, and they denied any
18   wrongdoing, of course, no wrongdoing.
19              But I said you have to avoid even the
20   appearance of something like that and that has to
21   stop.  You can't possibly do anything like that that
22   would give anybody the impression that something was
23   wrong.  That has to stop absolutely.  And they agreed
24   with me, no question.  And the same thing with
25   alcohol.  See, these are allegations that are being
```

**Page 47**

```
 1   made about you and you must understand what the law
 2   in Pennsylvania is with regard to serving alcohol to
 3   minors, any kind of alcohol, even parents serving
 4   alcohol to minors.  You must not do that at all.
 5              And I made it, you can see that I can
 6   get a little bit fiery at times.  And I had made that
 7   very clear, as clearly as I could possibly make it
 8   that that must stop, you can't do that.  And they
 9   agreed wholeheartedly, always were very cooperative
10   with me.  And if I asked them to do something, they
11   immediately put it into practice, never any question.
12   And so we did that.
13        Q     So did you verify that, indeed, some of
14   the priests of the Society of Saint John were
15   sleeping with young men?
16        A     I never verified it with them nobody --
17   I can't verify that because I was not there.  Some
18   people have said that they did, I know Dr. Bond has
19   said that many times and several others apparently
20   have said it in different contexts, but they denied
21   that there was anything wrong.  I can't say that they
22   ever said, yes, we sleep with boys.  I don't remember
23   them ever admitting anything like that.
24        Q     Did they ever deny that they sleep with
25   boys?
```

**Page 48**

```
 1        A     Well, I can't remember the exact words
 2   of the conversation but to my knowledge they implied
 3   that they were not sleeping with boys or if they did
 4   it was certainly innocent.  I can't recall the exact
 5   words.
 6        Q     It was one of the two, either it was
 7   innocent or they implied that they did not sleep with
 8   boys?
 9        A     Either one of those, yes.  I mean that
10   they -- not even say that it was innocent, they
11   didn't try to verify it and said that this was okay,
12   they never did that to me, never said that to me.
13        Q     Did you ever ask them point blank is it
14   true that you've been sleeping with boys?
15        A     I'm sure I did.
16        Q     What was their answer?
17        A     And I don't recall the exact answer
18   that they gave and they said, well, you know, maybe
19   sleep with boys on a trip or something, were in a
20   room with them or something like that, in sleeping
21   bags, and they went onto something like that.  I
22   said, That has to stop, whatever you're doing along
23   those lines has to stop because it's highly imprudent
24   especially in this day and age.  In itself it's
25   imprudent, and they said, fine, no problem we'll do
```

1  that.

2   Q    Now later in the paragraph it says, The
3  Board unanimously recommended that both priests
4  should be sent for a comprehensive evaluation at a
5  facility where priests have been treated in the past.
6  Unquote.

7   A    Yes.

8   Q    What was that facility that the Diocese
9  has --

10         MR. JAMES O'BRIEN:  I think we're
11         into the whole area now --
12         MR. BENDELL:  No, I'm asking for
13         the name of the facility where priests were
14         treated in the past.
15         THE WITNESS:  Is it okay to answer
16         that?
17         MR. JAMES O'BRIEN:  I think the
18         whole area is covered under the privilege
19         or at least we're going to talk about that,
20         so I would ask that no questions be --
21         THE WITNESS:  They did go to a
22         facility.
23  BY MR. BENDELL:
24   Q    Okay, right now I'm not asking about
25  any evaluation per se of these two priests, I'm

49

1  merely asking the name, not where these priests were
2  sent, but the name, it says a facility in the past.

3         MR. JAMES O'BRIEN:  Yes, I don't
4         know the relevance of that.  If you can't
5         get information about these priests, what's
6         the relevance of where the other priests
7         went?
8         MR. BENDELL:  I think it's relevant
9         and this is discovery, it's not trial.  So
10         I think it -- if you're instructing him not
11         to answer, I'll just move on.
12         MR. JAMES O'BRIEN:  Well, I think
13         at this point we will, we'll reserve the
14         right to --
15  BY MR. BENDELL:

16   Q    What I'm going to do is depending on
17  what happens in our 11:15 conference, I'm going to
18  set Exhibit 14 aside, and, Bishop if I can ask you to
19  set that aside so depending on what the judge -- just
20  14, yes, and we can come back to that, if necessary.
21  I'll show you Exhibit 15.

22         (Whereupon, a brief recess was taken from
23         10:34 o'clock a.m. until 10:45 o'clock
24         a.m.)
25         AFTER RECESS

50

1   Q    Do you recognize Exhibit 15?

3   A    I do.

4   Q    Now was that a statement issued by the
5  Diocese in January of 2002?

6   A    It was.

7   Q    The fourth paragraph, second sentence
8  says, These priests deny these allegations.  In
9  accord with diocesan policy, however, they have left
10  their posts until the investigation is completed and
11  appropriate action is determined.  Unquote.  Now when
12  you referred to left their posts, that talks about
13  this removal to Scranton that you mentioned before?

14   A    That's right, they were taken out of
15  the place where they were living.

16   Q    I'll show you Exhibit 16, and is
17  Exhibit 16 I guess an official announcement that you
18  released in February 15 of 2002?

19   A    Correct.

20   Q    I'm going to show you Exhibit 17.

21   A    Okay.

22   Q    Exhibit 17, the top letter is from the
23  Chancellor to Gallagher Bassett Insurance Services
24  dated February 19, 2002, is that correct?

25   A    Correct.

51

1   Q    And it references some attached
2  documents.  Now I'm going to ask you about those
3  documents now.  The first attached document says,
4  it's entitled policy of the Diocese of Scranton
5  Concerning Clerics Accused of Sexual Abuse, and
6  that's dated March of 1993.

7   A    Correct.

8   Q    Now is that the policy that was in
9  effect when you first learned of the allegations
10  against Father Urrutigoity by Michael Prorock?

11   A    Correct.

12   Q    Now the next document -- I'm sorry.
13  The last document says, Key Dates Society of Saint
14  John.  Now this is one of the documents that was
15  provided by attorneys for the Diocese.  Do you know
16  who made up this timeline?

17   A    I do not know, I presume it was
18  somebody in our office.

19   Q    I'm going to show you Exhibit 18.

20   A    Okay.

21   Q    At the top it says, Not Used.  Is that
22  your handwriting?

23   A    No, it's not.

24   Q    Have you ever seen this document
25  before?

52

Page 53:

1     A    I don't recall seeing it but there's a

2 lot of stuff in there that I recall happening but I

3 don't recall this particular statement.

4     Q    Looking through the diocesan file that

5 was produced it appears that sometimes documents

6 would go through drafts before they would get sent

7 out and sometimes you might put a comment on or

8 somebody else and then there would be a final form.

9     A    Right.

10    Q    So it would not be uncommon to have an

11 unused draft in your file?

12    A    Not uncommon at all.

13    Q    Now in the first page under Section 2

14 at the bottom it says, On August 16, 2001 the Vicar

15 General of the Diocese of Scranton at my direction

16 met with a priest of the Society of Saint John. The

17 purpose of this meeting was to investigate a report

18 made by phone to the Vicar General a day or two

19 before that this priest was sleeping in the same bed

20 with different young men who were present at the

21 Society's location in Shohola. Unquote. Do you

22 remember that meeting?

23    A    I do not remember the exact meeting,

24 no, but we spoke about that earlier when this came to

25 our attention what we did.

53

Page 54:

1    Q    Well, you say this, but this is not

2 involving Prorock though?

3    A    No, no, before Prorock, this is before

4 Prorock ever happened we heard that allegations were

5 being made about sleeping. I remember I called them

6 in and told them it must not happen again.

7          MR. JAMES O'BRIEN: This bishop was

8          not present at this meeting according to

9          this document.

10 BY MR. BENDELL:

11    Q    Is that correct, you were not present

12 at the meeting?

13    A    No.

14    Q    Who was the Vicar General at that time?

15    A    Bishop Dougherty.

16    Q    Going to page 2 it says, The priest

17 admitted that such sleeping incidents did occur but

18 positively denied that any immoral conduct of a

19 sexual nature took place on such occasions. Which

20 priest does this refer to?

21          MR. JIM O'BRIEN: Again, this is

22          not this document, he was not present at

23          this meeting.

24 BY MR. BENDELL:

25    Q    Let me ask you this: Do you know which

54

Page 55:

1 priest this refers to?

2    A    No, I'm not sure whether it was Father

3 Urrutigoity or Father Ensey but, again, as I

4 indicated earlier that admitted that sleeping took

5 place in the sense that, but innocent sleeping, that

6 they were just three or four or five or six in a room

7 or something like that. That was not denied, but

8 they certainly denied any immoral conduct.

9    Q    Okay, the next paragraph says, I had

10 the most serious reason to be concerned about this

11 particular priest because on February 9, 1999 I

12 received a letter from his former superior advising

13 me that he may have had or attempted to have prior to

14 his coming to the Diocese of Scranton improper sexual

15 contact with a man. Unquote. Now the use of the

16 word I, does that indicate that had this been sent

17 out as a notice or in your paper that it would be

18 under your signature?

19    A    Probably would have been and from that

20 context it apparently refers to Father Urrutigoity.

21 I mean I don't remember this particular --

22    Q    I understand that. So would that lead

23 you to believe that the sentence above that says, the

24 priest, that that refers to father --

25    A    Yes, in this context it would be

55

Page 56:

1 referring to him, yes.

2    Q    Father Urrutigoity?

3    A    Yes.

4    Q    Going on to the third page at the top

5 it says, Upon hearing all this I expressed myself to

6 the priests of the Society of Saint John in the

7 strongest possible terms insisting that a priest

8 sleeping in the same room or bed with a young man was

9 at the very least extremely gross imprudence. Now my

10 question is: Did you address them altogether or did

11 you address it to their superior, how was this done?

12    A    It was done, I think there may be four

13 or five of them, the leadership in the Society was

14 there, not all twenty of them, no.

15    Q    I'm gong to show you Exhibit 19. As an

16 introduction to this question, let me advise you that

17 in the file there are a number of folks who wrote in

18 or E-mailed to you either positive or negative about

19 the Society of Saint John and then you sent them

20 responses. This one appears to be sent to a person

21 named Dale. Does this E-mail, does it look familiar

22 to you?

23    A    No, but we do answer all our mail. If

24 anybody sends us a letter of any kind with an

25 address, they get an answer. That's a policy we

56

1   have.

2   **Q**     This is dated February 20 of 2002 and
3   it's under your, well, it's not under your signature,
4   there's no signatures on an E-mail, but it's under
5   your name.  One of the sentences says, I am confident
6   the truth will come out.  Do you see that?

7   **A**     **Yes.**

8   **Q**     So would you say as of February of 2002
9   to your mind the truth had not yet come out about the
10  allegations against Father Urrutigoity?

11  **A**     **That's correct.**

12  **Q**     Or about Father Ensey?

13  **A**     **Correct.**

14  **Q**     I'm going to show you Exhibit 20.

15           MR. BENDELL:  Now, Counsel, I was

16        going to ask him about the Southdown

17        facility based upon your objection I

18        will set this exhibit aside depending on

19        what the judge rules in our conference, or

20        doesn't rule, either way.

21  BY MR. BENDELL:

22  **Q**     Okay, if you can just set that one
23  aside, Bishop, and I'll move onto 21.  Exhibit 21 is
24  a letter that you wrote to a Helen Lavelle on March
25  1st of 2002, is that correct?

                          57

1   **A**     **Correct.**

2   **Q**     And in there it says, second paragraph,
3   It is difficult to understand the motives behind all
4   this but I am confident the truth will come out.  I
5   mean you refer to the truth will come out, again,
6   you're talking about the Father Urrutigoity
7   allegations?

8   **A**     **The whole business, yes.**

9   **Q**     I'm going to show you Exhibit 22.  This
10  is an E-mail that you sent to somebody named Jim in
11  March 7 of 2002, and, again, you say, I am confident
12  the truth will come out and then we will act
13  appropriately.  Is that correct?

14  **A**     **Right.**

15  **Q**     Now as of 2002, March of 2002, how was
16  the truth going to come out?  I mean what process was
17  in effect?

18  **A**     **Eventually there would have to be a**
19  **trial and that will certainly be a big help as to how**
20  **the truth is going to come out.  I'm confident that**
21  **the truth will come out eventually, at least we**
22  **certainly hope that it will, how do I know?  But it**
23  **has not come out yet.  Even as of we speak it has not**
24  **been settled.**

25  **Q**     When you say trial, you're talking

                          58

1   about secular courts?

2   **A**     **Secular courts, if necessary, and we**
3   **can't even have a civil case, not a civil case but an**
4   **ecclesiastical trial unless we have a victim and we**
5   **don't have a cooperating victim yet.  Still we don't**
6   **have one.**

7   **Q**     Well, the young man in question,
8   Michael Prorock, has been deposed by your very
9   capable attorneys and there's lengthy deposition
10  testimony.

11  **A**     **Right, I'm not privy to all that.**

12  **Q**     Okay.  This will allow whatever
13  ecclesiastical process to go forward?

14  **A**     **It might but we can't, we have not**
15  **instituted that because they would not speak to me.**

16  **Q**     They being Mr. and Mrs. Prorock?

17  **A**     **That's right.**

18  **Q**     And you haven't seen their depositions,
19  either?

20  **A**     **No.**

21  **Q**     Okay, well let me ask you this:  What
22  if a person alleged that a priest had molested him
23  and let's say a month later he was hit by a car and
24  died.  Would you still not be able to go forward and
25  investigate the allegations?

                          59

1           MR. COGNETTI:  Object to the form

2        of the question.

3           MR. BENDELL:  It's a hypothetical

4        question.

5           MR. COGNETTI:  And he's not an

6        expert witness.

7           MR. BENDELL:  I'm not asking him as

8        an expert.

9           MR. COGNETTI:  Well, then what are

10       you asking him, are you --

11          MR. BENDELL:  I'm asking him as a

12       bishop.

13          MR. COGNETTI:  -- the whole

14       question.

15          MR. BENDELL:  I'm asking him as a

16       bishop.

17          MR. COGNETTI:  Well, then it's a

18       hypothetical question.  It's a leading

19       question and it's not --

20  (Whereupon, more than one person spoke at

21       the same time and this reporter could not

22       decipher any testimony.)

23          MR. JAMES O'BRIEN:  I'm sorry.  He

24       said that the ecclesiastical place has not

25       come forward because he doesn't have a

                          60

**Page 61**

```
1    willing to give the answer to it
2    now.  What does the other have to do
3    with --
4              MR. BENDELL:  It's very relevant.
5    Are you going to instruct him not to answer
6    the question?  Because I'll ask the court
7    reporter to mark it and I'll do a motion.
8    I mean it's a really obvious question.  You
9    would ask it if you were sitting here.
10             THE WITNESS:  I don't mind
11   answering the question.
12             MR. JAMES O'BRIEN:  Okay, you can
13   answer it.
14             MR. COGNETTI:  Just note my
15   objection.
16             THE WITNESS:  If you had a
17   hypothetical case?
18        (Whereupon, more than one person spoke at
19        the same time and this reporter could not
20        decipher any testimony.)
21   BY MR. BENDELL:
22        Q      I'll go through it again.  A young man
23   alleges he was molested by a priest.  He, a month
24   later, two months later was hit by a car and killed.
25   It has nothing to do with the molestation, he just
```

**Page 62**

```
1    dies from an accident.  Does that mean because there
2    was no victim coming forward you could never
3    investigate the allegation?
4        A      You can always investigate, there's no
5    reason why anybody can't investigate to find out
6    whether it happened or not.  I don't know how you
7    would ever come to any kind of a conclusion if the
8    person can't defend themself.  But, you know, you can
9    certainly investigate.  I have no problem with that
10   and I'm sure that it would be looked into.  But how
11   do you find something definitive when the person
12   can't defend themselves, especially if they denied
13   the allegation?
14        Q      I'm going to show you Exhibit No. 23.
15        A      Um-hum.
16        Q      Now this is an E-mail dated March 7 of
17   2002 that you sent to somebody named Jo Ann, and the
18   first sentence says, We certainly comply with all the
19   laws of Pennsylvania regarding background checks.
20   This applies to teachers not to parish priests.
21   These priests in question were never assigned to
22   teach in high school.
23        A      Correct.
24        Q      Now, in fact, the Society of Saint John
25   priests did teach classes at Saint Gregory's.
```

**Page 63**

```
1    They were never assigned by me to
2    teach, never.
3        Q      But you knew they were teaching there.
4        A      I didn't even know they were teaching
5    there.  You're telling me that now, I hear it now for
6    the first time.
7        Q      This is the first time you knew that
8    they were teaching classes?
9        A      Teaching classes there, yes.  I knew
10   they were there but.
11        Q      I'm going to show you Exhibit 24.  I'm
12   going to skip 24.  Just bypass --
13             MR. COGNETTI:  24 is skipped?
14             MR. BENDELL:  Yes, 24 is skipped.
15             MR. COGNETTI:  How many exhibits do
16        you have total, Jim?
17             MR. BENDELL:  Now if I tell you
18        you're going to get discouraged but it's
19        about 40-some but it's not at bad as it
20        seems.
21             THE WITNESS:  This is from James
22        Kramer, I know Mr. Kramer.
23   BY MR. BENDELL:
24        Q      I'm going to actually ask you about the
25   handwritten stuff, not the E-mail.
```

**Page 64**

```
1        A      Yes, okay.
2        Q      There's a handwritten note, it says,
3    Dear Jim:  Now that we are in court, hopefully we
4    will learn the truth, and it's signed Bishop Timlin.
5    Is that your handwriting?
6        A      Yes, it is.
7        Q      Who is Jim?
8        A      I don't know -- this wasn't sent to Jim
9    Kramer.
10        Q      Kramer, that's right because it's
11   reflected -- the next page is the actually typed out
12   E-mail.  Okay.  Apparently you would hand write the
13   answers but you --
14        A      I don't have a computer and I don't
15   have many ways of responding to E-mails.  I don't get
16   them myself, it takes a little while for them to get
17   to me because I don't have a computer and I don't use
18   one.  So when they give me these things, they're
19   usually forwarded to someplace else and they finally
20   arrive at my desk and I just write on the thing and
21   one of the persons in the office will send it out to
22   whoever --
23        Q      Okay.  I'm going to show you Exhibit
24   26.
25        A      I'm going to become computer literate
```

| | |
|---|---|
| 1 | now that I'm retired anyway the same thing |
| 2 | Q    This is an E-mail you sent March 25, |
| 3 | 2002 to a person named Kay? |
| 4 | A    I don't know who Kay is. |
| | Q    I'm going to show you Exhibit 27. |
| 6 | A    All my E-mails. |
| 7 | Q    Not all of them, some of them. |
| 8 | A    Okay. |
| 9 | Q    Now it says there -- first of all this |
| 10 | is a March 25, 2002 E-mail to a fellow named Gus, and |
| 11 | at one point the letter says, Now there is a lawsuit |
| 12 | in federal court so we should get to the truth. |
| 13 | Question, you're familiar with the Dallas meeting of |
| 14 | the bishops and the document issued? |
| 15 | A    (Whereupon, the witness moved head |
| 16 | vertically.) |
| 17 | Q    To your knowledge is there anything |
| 18 | about the protocol mandated by the Dallas Commission |
| 19 | as to what a diocese does investigating cases of |
| 20 | abuse where there's also a lawsuit pending? |
| 21 | A    I am familiar with the Dallas Charter |
| 22 | but I'm not familiar with the specific thing like |
| 23 | about what we're supposed to do with regard to a |
| 24 | lawsuit. If there's a lawsuit, we have to follow the |
| 25 | laws of the land; that's what we do. Whatever that |

65

| | |
|---|---|
| 2 | I understand that they have, obviously |
| 3 | they had a lawyer and lawyers generally tell them not |
| 4 | to speak to the other party, so, again, it's kind of |
| 5 | taken out of our hands. That's why we had to kind of |
| 6 | go along with whatever they do. The ball is in their |
| 7 | court as it were. |
| 8 | Q    Well, I'm only asking you about |
| 9 | Argentina now. |
| 10 | A    Argentina or anything else. There's |
| 11 | nothing that would stop us from calling a grand jury |
| 12 | or anything as far as that goes, we can do whatever |
| 13 | we want to do. But have we done it? No, we have not |
| 14 | done anything like that. But could we? We could |
| 15 | possibly. |
| 16 | Q    But you have no intention of doing it |
| 17 | now? |
| 18 | A    I'm not the one that's going to be |
| 19 | doing anything now, I'm retired. It would be up to |
| 20 | the new bishop to decide what he wants to do. When |
| 21 | this case comes up before him, and it will come up |
| 22 | before him eventually, to see where we're going to |
| 23 | go. But it's an evolving case, it's in process, so |
| 24 | it's kind of stymied up to now, it's been stymied |
| 25 | pretty much and there's never any indication that we |

67

| | |
|---|---|
| | happens to be, it's out of our hands actually when it |
| 2 | goes into court. We have to follow the court; that's |
| 3 | my understanding of it. |
| 4 | Whatever we can do to settle the thing |
| 5 | beforehand, if it's possible to settle it, if there's |
| 6 | reasonable people involved, then we could probably do |
| 7 | that. But where we are now, we haven't gotten |
| 8 | through this yet, we're in the process. As I see it, |
| 9 | we're in the process of trying to get to the truth |
| 10 | and that's what we want to get to. |
| 11 | Q    Now at this point there's nothing that |
| 12 | would prevent the Diocese from now undertaking an |
| 13 | investigation of the Argentina allegations, is there? |
| 14 | A    Nobody would tell us not to do that, we |
| 15 | can do whatever we want with regard to that, sure. |
| 16 | Q    But have you decided to send somebody |
| 17 | down there to investigate it? |
| 18 | A    No, we have not done anything like that |
| 19 | yet at all. We're stymied at this point, that's our |
| 20 | position in this whole thing, that we have not been |
| 21 | able to proceed because first of all we didn't have a |
| | victim and then when we found the victim, one victim, |
| 23 | that's the only one that's ever come forward after an |
| 24 | exhaustive search, the only one that's ever made any |
| 25 | allegations of this nature, they refused to cooperate |

66

| | |
|---|---|
| 1 | would have to go to Argentina. |
| 2 | Again, at least as I said earlier, I'm |
| 3 | just repeating myself now, that we presumed -- and |
| 4 | it's been born out, they actually made the decision |
| 5 | that there was nothing to keep them from orders, the |
| 6 | Society of Saint Pious X, they decided that question |
| 7 | themselves by ordaining him and even putting him in |
| 8 | their seminary to be one of their seminary |
| 9 | professors. So that in our minds, that was pretty |
| 10 | conclusive that they didn't think it was all that |
| 11 | serious themselves. |
| 12 | Q    You say you're retired. Do you have |
| 13 | any official capacity with the Diocese now? |
| 14 | A    None. Not official but I can help out. |
| 15 | Q    You don't have a desk you have to go to |
| 16 | everyday and do work? |
| 17 | A    No. |
| 18 | Q    But you could perform confirmations and |
| 19 | do the other things that you do to help out? |
| 20 | A    Oh, yes. Are we finished with 27? |
| 21 | Q    27 is done, here's 28. |
| 22 | A    There's a typo in the first sentence. |
| 23 | Q    And Exhibit 28 is a March 25 E-mail |
| 24 | 2002 to somebody named Beatriz and, again, you refer |
| 25 | to, The facts will come out at the trial? |

68

1    A    **Something.**

2    Q    Let me ask you this:  What would happen
3    if a case settled and it didn't go to trial, how
4    would the facts come out then?

5    A    **Well, I'm confident that they will come**
6    **out, but if there is no further act -- there would**
7    **have to be a trial, an ecclesiastical trial before**
8    **anything could ever be done to any of these priests.**
9    **Whatever the civil courts do, that's their business,**
10   **but we would have an ecclesiastical trial and settle**
11   **the matter.  We couldn't let these priests hanging**
12   **out there to dry, you know, we have to settle the**
13   **matter one way or the other ecclesiastically, and**
14   **that would be done.  Again, we were stymied.  They**
15   **wrote to the Holy See, you're familiar with that I**
16   **presume?  Maybe that's in there, is that coming up?**

17   Q    I can't remember, we'll have to get to
18   it.

19   A    **Well, all right.  I have to answer your**
20   **question anyway.  Ask them.**

21   Q    But under this whatever protocol you
22   instituted when you took Father Urrutigoity and
23   Father Ensey and moved them to Scranton, is that
24   still in place?

25   A    **No, we did not keep them in the place**

69

1    we brought them here.  We had to do that quickly
2    **because we act immediately when that happened, they**
3    **had no place else to go.  So there was an arrangement**
4    **made where they would live privately and they lived**
5    **in separate places and so forth.  And more recently**
6    **they have moved back onto the grounds, the Society of**
7    **Saint John because, again, there are no children**
8    **there and they are just living there.  They're not**
9    **involved in any apostolate or anything like that.**
10   **They have to go someplace.**

11   Q    Well, they do, they wear clerical garb,
12   is that right?

13   A    **They can wear clerical garb, yes.**

14   Q    And they participate in liturgical
15   functions there?

16   A    **They have to go to mass, yes.  They're**
17   **obliged to go to mass.**

18   Q    Well not only go to mass, do they
19   actually wear some sort of clerical garb?

20   A    **They don't celebrate publicly as to my**
21   **knowledge, anyway.  They can attend, they can sing,**
22   **they can do whatever people do when they go to mass.**
23   **They certainly can participate in the mass to that**
24   **extent possibly, yes, they can do that.**

25   Q    Now you say that there are no children

70

2    A    **No minors, no.**

3    Q    There are no minors?

4    A    **Not that I know of, no.**

5    Q    So are they forbidden -- I already
6    asked that question.  A couple months ago we had a
7    formal discovery proceeding where the attorneys have
8    a chance to inspect the premises and we went out to
9    Shohola and there was a luncheon there where Father
10   Ensey was there, Father Urrutigoity was there and
11   there was a group of children having lunch.  Do you
12   know anything about that?

13   A    **I heard about that and, again, it's**
14   **impossible for them not to have some contact -- from**
15   **walking down the street with children, children can**
16   **be around, they can be there, but they would always**
17   **be never with children alone certainly.  It's**
18   **impossible for anybody who is living and walking**
19   **around freely --**

20        MR. JOSEPH O'BRIEN:  Excuse me.  We
21        need to go off the record for the
22        conference call.

23   (Whereupon, a brief recess was taken from
24        11:10 o'clock a.m. until 11:40 o'clock
25        a.m.)

71

1    AFTER RECESS
2         MR. BENDELL:  Before I continue
3    with questions, I'm just going to put on
4    the record how I'm going to proceed on the
5    issue that we just discussed with the
6    judge.  It was my intent to ask questions
7    both about the substantive content of the
8    psychiatric and psychological reports of
9    Father Ensey and Father Urrutigoity as well
10   as the procedural aspect about who got the
11   reports and who requested reports.
12        And it's my understanding that
13   counsel is objecting to these areas of
14   inquiry, and the judge had indicated that I
15   have the permission now to file a motion to
16   compel where this could all get briefed and
17   ironed out.  And so what I'm going to do
18   now is because of that objection and not to
19   waste time, I'm not going to keep asking
20   the same question over and over again.
21        I'm just going to put on the record
22   that I would like to ask the substantive
23   content of these reports.  I will, however,
24   ask procedural questions about who
25   requested them and who they went to so I

72

**Page 73**

1  have [illegible] the hearing.

2  MR. JAMES O'BRIEN:  I agree.  Go

3  ahead.

4  MR. COGNETTI:  Your last question

5  just contradicted what you said a minute

6  ago so go ahead.

7  MR. JAMES O'BRIEN:  I think I know

8  what you're saying and he certainly will

9  answer his involvement in it.  That's

10  really the answer.

11  BY MR. BENDELL:

12  Q    I show you Exhibit 29, and, again, this

13  is just, it's a March 25, 2002 E-mail that you sent

14  regarding the upcoming trial, is that correct?

15  A    **Right.**

16  Q    I show you Exhibit 30, okay.  Now

17  Exhibit 30, the first page is an E-mail from Donald

18  Cummings.  At the bottom you have a response and you

19  mention the fact that the truth would be learned at a

20  trial.  But on the third page there's another E-mail

21  to Don about Father Roberts.

22  A    **Right.**

23  Q    And it says, The word you have about

24  Father Roberts is absolutely false.

25  A    **Right.**

**Page 74**

1  Q    What are you referring to about the

2  word about Father Roberts?

3  A    **It was some kind of an allegation that**

4  **Father Roberts was involved in a homosexual**

5  **relationship with a man by the name of Zozack or**

6  **something like that, and we investigated that, talked**

7  **to Mr. Zozack and Mr. Zozack absolutely denied that**

8  **there was anything like that.  So I mean where do**

9  **they get this from?**

10  Q    What is Father Roberts' position with

11  the Diocese right now, if any?

12  A    **He's a member of the Society of Saint**

13  **John.**

14  Q    And is he at the Shohola property?

15  A    **He's at the Shohola property, correct.**

16  Q    Do you know if he was ever asked to

17  leave the institute of Christ the King?

18  A    **I've heard that someplace along the**

19  **line but I don't know for sure that that's true.**

20  Q    Have you asked someone to look into

21  whether it's true?

22  A    **No, I have not.**

23  Q    And why not?

24  A    **It didn't seem to be indicated at the**

25  **time it happened.  I didn't even know it actually**

**Page 75**

1  when he first came up here, that came up much later.

2  Q    But after it came up later, did you

3  look into it?

4  A    **No, I actually talked to him about it,**

5  **I remember doing that because I heard the allegation**

6  **and he denied that there was anything wrong, that he**

7  **ever did anything that was wrong.  And I don't know**

8  **that he was dismissed from that society, and I never took**

9  **it any further than that.**

10  Q    You never took it any further?  Why did

11  you not take it any further?

12  A    **I didn't think it was indicated.**

13  Q    What was the nature of the allegation?

14  Was it sexual to your understanding?

15  A    **With the other group that he was with?**

16  Q    Yes,

17  A    **I never knew anything about that; I**

18  **don't know what it was about.**

19  Q    You told me you had a conversation with

20  him about it.

21  A    **With him, I must have asked him, I**

22  **can't remember the exact conversation, but is it true**

23  **that he was involved -- I'm pretty sure it was**

24  **probably sexual because that's the only thing that**

25  **they're interested in it seems.  But he denied that**

**Page 76**

1  there was anything wrong.

2  Q    I'm going to show you Exhibit 31, and

3  this is a March 26, 2002 letter to Michael de Tar, a

4  physician.  And, again, you mention the federal

5  lawsuit as a source of finding the truth in this

6  case, is that right?

7  A    **Yes.**

8  Q    I show you Exhibit 32, and is that a

9  copy of a letter you received from the Papal Nuncio

10  in April of 2002?

11  A    **Right.**

12  Q    I show you Exhibit 33.

13  A    **Okay.**

14  Q    This is a letter you sent in May of

15  2002 to the Papal Nuncio, is that correct?

16  A    **Exactly, yes.**

17  Q    Turning your attention to page 2, third

18  paragraph in the middle, it says, As for the merits

19  of the case, both Father Ensey and Father Urrutigoity

20  maintain their innocence.  And then going to the

21  paragraph right after that, middle sentence says, As

22  I write this, no charges have been filed against

23  these priests but that still may happen.  Do you see

24  that?

25  A    **Yes.**

1 Q The following sentence that I want to ask you about.
2 the following sentence that I want to ask you about.
3 I do not know if these priests are guilty or innocent
4 but we maintain they are innocent until proven
5 guilty. The previous sentence that says, I do not
6 know if these priests are guilty or innocent, that
7 was your belief in May of 2002?
8 A Yes.
9 Q Is it also your belief today?
10 A Today, yes.
11 Q I show you Exhibit 34, and that is a
12 May 28, 2002 E-mail that you sent to somebody named
13 Steve Papp, is that correct?
14 A Right.
15 Q And I'm going to show you Exhibit 35.
16 Exhibit 35 appears to be an unsent letter from James
17 Earley to Reverend Levine at the Society of Saint
18 John, is that correct?
19 A Right.
20 Q And at the bottom it says, never sent
21 upon advice of bishop. JBE. Do you recall telling
22 Mr. Earley not to send this letter?
23 A Vaguely, yes.
24 Q And why did you tell him not to send
25 the letter?

77

1 A I didn't like the dismissive and
2 disrespectful. I didn't think that his response was
3 intentionally dismissive and disrespectful so I
4 think, I thought that was a little bit harsh.
5 Q Let me ask you this: As of this time
6 do you know if the Society of Saint John is indebted
7 to this company?
8 A As of today?
9 Q Yes.
10 A No. I know that they're not.
11 Q And when was that bill paid, do you
12 know?
13 A While I was still here in the Diocese
14 in charge. It would have been a couple of months ago
15 at least.
16 Q And who paid that bill?
17 A The Society.
18 Q As far as you know are there any other,
19 are there any outstanding debts the Society owes at
20 this time?
21 A Not that I know of. They may have some
22 incidental things, you know, recent ones, but I don't
23 know anything -- as far as I know they're debt free
24 in the sense that their major debts are all paid.
25 Now they have a huge debt on the property, the

78

1 mortgage if you will, they have to pay for that.
2 Q Have they been paying the mortgage on
3 the property?
4 A Yes.
5 Q During the last two years, has the
6 Diocese contributed any funds towards the payment of
7 Society debts?
8 A Not that I'm aware of, no.
9 Q Do you know if the mortgage is
10 currently, is it current now or is it behind?
11 A As far as I know they're current.
12 Q I'm going to show you Exhibit 36. I'll
13 let you take your time to read this one, it's kind of
14 long.
15 A Okay, this letter was not sent
16 obviously. There's no letterhead on this.
17 Q Yes, I'm going to ask you about that.
18 This appears to be a draft of a letter to Cardinal
19 Bertone, is that correct?
20 A Right.
21 Q And he is at the Congregation for the
22 Doctrine of the Faith?
23 A Not now.
24 Q But he was in July of 2002?
25 A He was then; he was the second in

79

1 command.
2 Q Now there are places here that have
3 little black marks, ink marks and corrections. Do
4 you recognize your handwriting there?
5 A No, it's not my handwriting.
6 Q Do you know whose handwriting it is?
7 A I am not sure. I can conjecture but
8 I'm not sure who it is.
9 Q Well, I don't want you to flat out
10 guess but does it resemble the handwriting of anybody
11 you know?
12 A It was obviously somebody in my office.
13 I would think that it might be Bishop Dougherty,
14 possibly, but I am not certain. There's no
15 indication, it could be anybody.
16 Q What I'm going to do is I'm going to
17 show you Exhibit 37 which is the actual letter that
18 went out and I'm going to ask you about both of them
19 at the same time, so if you can leave the other one
20 handy.
21 A This is not uncommon for us to write a
22 draft and go over it and change it. It's pretty much
23 the same, but there are a few little things that were
24 left out. Yes, go ahead now.
25 Q Let's take the draft letter which is

80

**Page 81**

1 Exhibit 36. On the next page, in that paragraph it says,
2 My personal judgment regarding the guilt or innocence
3 of Father Urrutigoity and Father Ensey is presently
4 suspended. Do you see that?
5        A    Yes.
6        Q    And you repeated that in Exhibit 37,
7 the actual letter, is that correct? Do you see that?
8        A    Yes.
9        Q    On page 2 it says, My personal judgment
10 regarding the guilt or innocence of Father
11 Urrutigoity and Father Ensey is presently suspended.
12 Okay. Now, but there is another sentence in that
13 paragraph that is contained in the draft and not in
14 the final copy that went to the Cardinal. I'm going
15 to quote the sentence --
16            MR. BENDELL: And before counsel
17       objects, I'm not going to ask him any
18       details about the contents --
19            MR. JAMES O'BRIEN: You certainly
20       can quote the sentence.
21 BY MR. BENDELL:
22        Q    Okay. It says, A psychological report
23 about Father Ensey, however, indicates problems with
24 pornography and other characteristics which concern
25 me given the allegations against him.

81

**Page 82**

1        A    That never made it to the final --
2        Q    And my question is: Why was that left
3 out of the final draft?
4        A    I'm not absolutely certain but my
5 recollection is that we have no -- I don't have any
6 recollection of this pornography business. There was
7 never anything that I ever saw about pornography or
8 anything like that, and that probably was something
9 that was thrown out someplace. This is a draft that
10 was prepared by somebody but not myself and they put
11 down the draft and the facts and so forth. It's my
12 letter, however, I signed it and before I sign
13 anything I'm sure that it's my letter.
14       But that indicates his problems with
15 pornography or other characteristics which concern
16 me. Now that's somebody else's, what they must have
17 heard some from somebody somewhere along the line.
18 There's been so much stuff that has passed our desk
19 about this whole business, and I presume that's where
20 it came from because I don't remember reading
21 anything about the psychological report about finding
22 pornography, so we left that out.
23        Q    Do you know who might have put that in
24 there to begin with?
25        A    Well, again, conjecture on my part. I

82

**Page 83**

1 don't remember. To tell you the truth, I'm not sure
2 who put it in there, but it could have been somebody
3 in our office.
4        Q    I'm done with those exhibits. I'm
5 going to show you Exhibit 38. Now this is an E-mail
6 over your signature sent September 4, 2002, do you
7 see that?
8        A    Yes.
9        Q    Now you say here, quote, I beg you not
10 to believe the outrageous accusations being made by
11 the enemies of the Society of Saint John until you
12 have the facts. These accusations are false as false
13 can be. Unquote.
14        A    Right.
15        Q    Well, I thought you said before that
16 you had suspended judgement, you didn't know if they
17 were false or not?
18        A    A lot of the things that they were
19 saying, I mean with the E-mails that were going on,
20 I'm referring to those things that were going out
21 saying all kinds of terrible things. And I realize
22 that the accusations that the Prorock family had been
23 made; that accusation is an accusation, that's true.
24 But some of the things that they were saying, I can't
25 remember exactly what they were now, but if I had

83

**Page 84**

1 them in front of me -- certainly I think we mentioned
2 some of them earlier -- accusations about
3 homosexuality all over the place and so forth and
4 they just never met.
5        Q    I'm going to show you Exhibit 39.
6        A    Okay. This is to Harry.
7        Q    This is to Father Harry?
8        A    I have no idea who Father Harry is.
9        Q    This is an E-mail over your signature,
10 and this is September 4, 2002 and, again, you say, I
11 show you that the outrageous allegations of one Dr.
12 Bond are completely false.
13        A    Yes.
14        Q    Now completely false would mean that
15 they're all false?
16        A    Well, you know, it's --
17            MR. JAMES O'BRIEN: What
18       allegations are we speaking of? This is in
19       such general terms.
20            MR. BENDELL: I asked the bishop
21       and he says he doesn't recall what they are
22       because he doesn't --
23            MR. JAMES O'BRIEN: He knows that
24       Father Sahd sent him an E-mail back, dated
25       August 23rd saying the allegations. Unless

84

**Page 85**

1    you  could  acknowledge allegations are

2    it's awful hard for him to answer.

3    BY MR. BENDELL:

4       Q       Well, let me ask you this:  Looking at
Exhibit 39 when you say that the allegations of Dr.
Bond are false, what allegations are you referring

7    to?

8                    MR. JAMES O'BRIEN:  If he knows.

9                    MR. BENDELL:  Well, he probably

10    wrote the letter, I'm just asking him.  If

11    he doesn't know, he doesn't know.

12                    THE WITNESS:  I don't know, that's

13    why Father Harry may have put something in

14    there, in his letter.  I don't have what he

15    said.  It's just that E-mail responses, as

16    you can see, are very brief and to the

17    point, just to respond to them, that's all.

18    BY MR. BENDELL:

19       Q       Here's Exhibit 40.

20       A       **Yes.**

21       Q       Is that a letter that you wrote to

22    Cardinal Tanner?

23       A       **Yes.**

24       Q       I show you Exhibit 41.

25       A       **Okay.**

**Page 86**

1       Q       Who is Maria Orzel?

2       A       **Maria Orzel is our diocesan director of**

3    **communications.**

4       Q       And is this a copy of a memo she sent

5    to you on February 6th of 2003?

6       A       **Yes.**

7       Q       And that's this year?

8       A       **Yes, and that's my writing.**

9       Q       Going down to Question 2, it says, Bond

10    raised the issue of Father Marshall Roberts who was

11    mentioned by name at the Cathedral protest, but whose

12    name was not used by the Times Leader in his coverage

13    of the event.  Bond said that Father Roberts was

14    kicked out of a Florence seminary for harassment in

15    writing homosexual letters.  Question:  Do we know of

16    any problem with him?  Was he kicked out of the

17    seminary for impropriety with a young seminarian, and

18    the handwritten answer which I believe is your

19    handwriting it says, Particular friendship but no

20    impropriety, no letters.  Did you write that?

21       A       **Yes.**

22       Q       Okay.  How did you come to formulate

23    that answer?

24       A       **I said earlier I spoke to Father**

25    **Roberts about the whole thing and I spoke to the man**

**Page 87**

1    true, not about that seminarian, but he said there

2    was never any impropriety and that I spoke to the man

3    that he's being alleged to be doing something with

4    now and he denied it absolutely.

5       Q       That was Mr. Zozack?

6       A       **That's right.  But I don't know**

7    **anything about that, he said something, they were**

8    **saying particular friendship perhaps.  I got that**

9    **from somebody, probably from Father Marshall himself.**

10    **There was an indication that they had a French**

11    **understanding with some of these things and I studied**

12    **with the French myself earlier and they would see all**

13    **kinds of things in a particular friendship, but they**

14    **would kind of indicate there's something wrong there,**

15    **you know, and indicated just because you're friendly**

16    **with somebody.  So that's where that comes from.**

17       Q       Okay.  Well, first of all we're going

18    to distinguish between Mr. Zozack is a situation here

19    in the United States.

20       A       **That's right; that's right.**

21       Q       This question goes to something that

22    allegedly happened in Florence, Italy.

23       A       **Yes.**

24       Q       Okay, you say they had a French

25    understanding.  Who is they, who are you talking

**Page 88**

1    about?

2       A       **Many of these people in that society**

3    **apparently that he belonged to before, and I don't**

4    **have anything specific to say about that actually,**

5    **it's an impression that I had from things that they**

6    **told me, you know?  They denied, the important thing**

7    **is they denied the allegation of any homosexual**

8    **behavior of any kind.**

9       Q       Who denied that?

10       A       **Father Marshall.**

11       Q       Father Marshall, but you didn't contact

12    the Institute of Christ the King?

13       A       **No, no.**

14       Q       When you wrote there, no impropriety,

15    that's based upon your interview with Father Roberts?

16       A       **Exactly.**

17       Q       And when you say no letters,

18    exclamation point, that's based upon your interview

19    with Father Roberts?

20       A       **I believe, now I don't remember exactly**

21    **but I think that no letters meant that nobody has**

22    **ever written to us about this.  We never got any**

23    **letters about that.**

24       Q       Have you been informed that in

25    discovery in this case letters written in French have

| | |
|---|---|
| 1 been obtained from the Institute of Christ the King | 1 BY MR. BENDELL: |
| 2 regarding -- | 2   Q   That was my question. As far as you |
| 3   A   **No.** | 3 know, this is the policy that went into effect March |
| 4   Q   When did you officially -- | 4 1 of 2003? |
| 5     MR. JAMES O'BRIEN: Let's back up a | 5   A   **It was revised March 1st, it's based on** |
| 6 minute. | 6 **the Charter.** |
| 7     MR. COGNETTI: Let's stop right | 7   Q   Now what has been the diocesan policy |
| 8 there because you're saying in discovery. | 8 with regard to cases that arose before March 1? Do |
| 9 Who? Where? When? How? | 9 you go by this or do you go by the previous policy of |
| 10     MR. BENDELL: Okay. I sent a | 10 '93? |
| 11 discovery question to the Institute of | 11   A   **Well, this is the policy that is in** |
| 12 Christ the King and about two months ago I | 12 **position right now and has been since March of 2003.** |
| 13 sent you all -- maybe it was a month ago -- | 13   Q   But if an allegation was made the year |
| 14 copies of those letters. They're in | 14 before, do you switch over to this? |
| 15 French. | 15   A   **We follow this policy now with any** |
| 16     MR. COGNETTI: I never got them. | 16 **allegations that come in now.** |
| 17     MR. JOSEPH O'BRIEN: Did anybody | 17   Q   I'm going to show you Exhibit 43. I'm |
| 18 get them? | 18 just going to ask you do you recognize this as the |
| 19     MR. LEESON: I would have noticed | 19 Dallas Charter? |
| 20 that. | 20   A   **I haven't read the whole thing but --** |
| 21     MR. BENDELL: I'll go back and | 21   Q   Take your time. |
| 22 check the record but I'm pretty sure, I | 22   A   **It's too long; I presume that it is the** |
| 23 remember having to Xerox all these French | 23 **Dallas Charter.** |
| 24 records. | 24   Q   I downloaded this from the USCC |
| 25     MR. COGNETTI: I don't know about | 25 website. |
| 89 | 91 |
| that. | 1   A   **I would take it probably is, yes.** |
| 2     THE WITNESS: I never got them, | 2   Q   What is your understanding of what the |
| 3 either. | 3 legal significance is of this document -- I'm talking |
| 4     MR. LEESON: Jim? | 4 about ecclesiastical law -- as far as all the bishops |
| 5     MR. JAMES O'BRIEN: I don't recall | 5 in the country, are you required to follow this? |
| 6 seeing anything. I know you did; I | 6   A   **We definitely follow it. Now whether** |
| 7 remember the subpoena but -- | 7 **we are obliged to follow it, that's a good question.** |
| 8     MR. BENDELL: I think I sent it but | 8 **I don't know for sure what we are absolutely, you** |
| 9 I'll just make a note here to make sure. | 9 **know, like it's church law, it's something that we** |
| 10     MR. COGNETTI: Maybe we did. | 10 **have to follow. Certainly we agree to follow it, so** |
| 11     MR. BENDELL: You ought to remember | 11 **we do follow it carefully and exactly, but you're** |
| 12 a letter coming in French. | 12 **asking an interesting question.** |
| 13     MR. JAMES O'BRIEN: No, the | 13     **I know that there are some bishops in** |
| 14 subpoena. | 14 **the country who refuse to have anything to do with** |
| 15     MR. BENDELL: No, the subpoena was | 15 **it, and they have permission from Rome to do this. I** |
| 16 in English, of course. | 16 **mean they checked it with Rome, not permission, they** |
| 17 BY MR. BENDELL: | 17 **checked and they says it's okay.** |
| 18   Q   I'll show you Exhibit 42. | 18   Q   But as far as you know Scranton Diocese |
| 19     MR. COGNETTI: Did you translate | 19 follows this? |
| 20 them, Jim? I'd like to know what they | 20   A   **Absolutely we follow it.** |
| 21 said. | 21   Q   I'll show you Exhibit 44. |
| 22     MR. BENDELL: I took high school | 22   A   **I remember this.** |
| 23 French. | 23   Q   And is this a document that you |
| 24     THE WITNESS: This is our new | 24 authored? |
| 25 policy. | 25   A   **Yes.** |
| 90 | 92 |

1    Q    And she says at the top, delivered to first
2    the Times Editorial Department. Is that a local
3    secular paper?

4    A    It's the local Scranton Times, yes.
The Editorial Department, I don't know whether it
6    went -- it went to the Scranton Times. I don't know
7    who put that on there, that's not my writing.

8    Q    But it went to the paper?

9    A    It went to the paper, yes, because he
10   made a public, he put something out in the paper and
11   gave something to the paper and it was billed as
12   Bishop Fails to Meet Duty in Abuse Cases, so we had
13   to respond to that.

14   Q    Now at the top part of the date was cut
15   off I guess in the copy machine. It looks like it
16   says 3, 04. Can I assume this is 2003?

17   A    That's 3/14 I would say.

18   Q    3/14, but I'm interested in the year,
19   is that '02 or '03, do you know?

20   A    I think it would be -- I'm not sure
21   myself now. I have to go back and think about when
22   it was. I think it was probably '03. The Dallas
23   Charter took place in Dallas of '02, correct? '02,
24   it was a year ago. It was '02, so this is saying
25   that we're not following the policy here; apparently

93

that's what he was saying. So that would have to be
2    '03. I'm going to put '03 there (indicated).

3                MR. BENDELL: Well, the record will
4         reflect that the bishop very kindly altered
5         Exhibit 44 so it accurately reflects the
6         date.

7    BY MR. BENDELL:

8    Q    I appreciate you doing that. I'm going
9    to show you Exhibit 45. Now it's going to be
10   difficult for me to ask questions about Exhibit 45 in
11   view of the objections. Let me just take a minute to
12   think. Okay. I'll let you read that and ask you a
13   few questions.

14   A    Yes.

15   Q    You've heard the dialogue with the
16   judge. Based upon the objection of the defense
17   lawyers, I'm not going to ask you the contents of any
18   psychological eval, I'm going to ask you procedural
19   questions. I think you testified before, did you ask
20   Father Ensey and Father Urrutigoity to have a
21   psychological or psychiatric eval?

22   A    I did.

23   Q    One of the previous letters refers to
24   an eval by Father Benedict Groeshal (phonetic). Now
25   did both the priests see Father Benedict Groeshal

94

2    A    Not to my knowledge, no.

3    Q    It was just one of them?

4    A    That's my recollection.

5    Q    But then you asked both the priests to
6    go to some other --

7    A    That was not in connection with this
8    second thing here, that was earlier.

9    Q    Why did you ask them to go see Father
10   Groeshal?

11   A    I think it was because of the visual
12   thing that happened, you know, that a man out in
13   Detroit --

14   Q    Winona. Selinger?

15   A    Selinger, yes.

16   Q    So then you asked Father Ensey and
17   Father Urrutigoity to go to a separate facility or a
18   separate doctor for an evaluation?

19   A    This was a preliminary thing, this is
20   not exactly what happened.

21   Q    This is just launching these questions.
22   So you did ask them to have an evaluation?

23   A    I did.

24   Q    Now is it your testimony that it was a
25   request, not an order?

95

1    A    Yes, I asked, I suggested that they go,
2    I asked them if they would go and they readily said
3    they would do it because I asked them.

4    Q    Now was the purpose of this request to
5    determine any aspect of the validity of the Prorock
6    charges?

7    A    It was in connection with that, of
8    course, it was connected with the whole business.
9    But that's the idea, I think there's something in the
10   Charter there that we have to do things like this to
11   find out what we can from a psychological report of
12   some type.

13   Q    Now, without asking you the contents,
14   did you get the -- let me finish the question. Did
15   you get the results of that evaluation?

16   A    I got a report somewhere along the line
17   but I never got the actual evaluation, no. I think
18   the attorneys for the priests said that they did not
19   want them to come to us, so that's okay.

20   Q    You say you got the report but not the
21   evaluation?

22   A    I heard something about the thing but
23   it was verbal, you know, that I said something in
24   there. I got some kind of a report about the thing
25   but it was not a written report, it was not anything

96

1   that ever came about as far as that goes, it was you know.
2   blocked.
3       Q       The purpose of these psychological
4   exams is to determine whether or not these men might
5   be a danger to children, is that correct?
6       A       Yes.
7       Q       And as your role of bishop and the
8   caretaker of souls, you want to make sure you find
9   out the results of that evaluation?
10      A       Eventually we will when this thing
11  comes to fruition and when it comes to a discovery of
12  the truth. This is all part of the process. The
13  process is an ongoing process. We haven't been able
14  to come to any conclusions yet because of all the
15  stuff that's been going on. I mean this whole
16  lawsuit has thrown the thing into a tizzy. That's
17  holding everything out.
18      Q       Are you saying that you have not
19  requested the results of these psychological
20  evaluations?
21      A       I have not gotten them. I don't know
22  whether I asked for them or not. I think I may have
23  asked for them, but when it was told that they did
24  not want me to have them, then I just said no
25  problem.

97

1       Q       So the priests told you that they
2   didn't want you to have them?
3       A       The attorney, I think their counsel.
4       Q       Did the reports go to the attorney?
5       A       I'm not sure about that; I don't know
6   where they went.
7               MR. JAMES O'BRIEN: Which attorneys
8           are you speaking of?
9               MR. BENDELL: Any attorney.
10              MR. JAMES O'BRIEN: Not to me, but
11          go ahead.
12  BY MR. BENDELL:
13      Q       Do you know if they went to Mr.
14  Cognetti?
15      A       I don't know that they went to Mr.
16  Cognetti; I don't know that.
17              MR. BENDELL: For purposes of
18          motion, Mr. Cognetti, could you tell us
19          whether you have copies of these reports?
20              MR. COGNETTI: No.
21              MR. BENDELL: Have you ever seen
22          them?
23              MR. COGNETTI: I'm not answering, I
24          not under the deposition. I have an
25          attorney/client relationship and I'm not,

98

2               MR. BENDELL: I'm just asking.
3   BY MR. BENDELL:
4       Q       So have you been given verbal summaries
5   of these reports?
6       A       I got some kind of a summary.
7               MR. COGNETTI: I believe we can
8           stipulate he has not.
9               MR. BENDELL: Well, I'm going to
10          ask him the question. I'm not going to
11          stipulate to it.
12  BY MR. BENDELL:
13      Q       Have you been given verbal summaries of
14  these evaluations?
15      A       I heard something someplace and I can't
16  tell you where or how I got some of it, but I did
17  hear something about the deposition. But I never got
18  a report, I never got an official report.
19      Q       You said you heard something about a
20  deposition?
21      A       I heard something about -- not a
22  deposition, about the report from the facility. I
23  don't remember getting any report in writing
24  certainly and I don't recall where I heard these
25  things, but I did hear something someplace along the

99

1   line, and it was okay. They were all right, the
2   reports that I got. That's enough for me to get -- I
3   shouldn't even say that.
4       Q       No, I just want the truth. Who gave
5   you reports that they're okay?
6       A       I don't know.
7               MR. JAMES O'BRIEN: He doesn't know
8           and I think he's --
9               MR. BENDELL: Well, I'm asking the
10          question.
11              MR. JAMES O'BRIEN: But he's
12          answered it a couple times that he doesn't
13          know where he got it, he doesn't know who
14          gave it to him.
15  BY MR. BENDELL:
16      Q       But you feel somebody reported to you
17  that it was okay, they were okay --
18              MR. COGNETTI: I object to the form
19          of the question. I think that falls within
20          the privilege.
21              THE WITNESS: I got something in my
22          mind of where I heard it from, I can't be
23          absolutely certain because obviously this
24          is a crucial point and I don't want to say
25          something that would be a misstep on my

100

1      part that would give wrong information, I
2      don't want to do that.
3          I want to give the right
4      information; I'm not withholding
5      information. But I don't want to
6      jeopardize a case because I make a mistake
7      and say something that is not true. So
8      that's where I am in the thing. I want to
9      be very careful that I don't say something
10      that would damage a person's case if it's
11      not true.
12          I just don't know about those
13      things. I'm being careful here, you can
14      see that and you can appreciate that, I
15      hope.
16 BY MR. BENDELL:
17      Q     But it was your intention when you
18 requested these priests to have the evals that you
19 eventually get the results of the evals?
20      **A**     **Yes, I would expect that I would**
21 **normally do that. But in this case because of the**
22 **legal ramifications of it, that didn't happen.**
23      Q     So after this case is over, however it
24 ends, do you expect that then you will be sent the
25 evals?

101

1      **A**     **If the persons involved release them to**
2 **them to me, sure I will get them, if they do it. I**
3 **mean if they decide that they don't want these things**
4 **to be out there, then I don't know that I can get**
5 **them.**
6      Q     So your position is that you sent
7 Father Ensey, for example, for a
8 psychological evaluation --
9          MR. COGNETTI: I object to the form
10      I sent. He denies that and father --
11          MR. JAMES O'BRIEN: He didn't send
12      anybody, he even told you that he --
13      (Whereupon, more than one person spoke at
14      the same time and this reporter could not
15      decipher any testimony.)
16          MR. COGNETTI: Let me speak. He
17      did not send Father Ensey or Father
18      Urrutigoity anyplace, he requested. It was
19      up to them after seeking whatever counsel
20      they wished to seek whether they would go
21      or not.
22 BY MR. BENDELL:
23      Q     You requested that they have these
24 evaluations?
25      **A**     **Right.**

102

1      And you previously testified that it
2 was your intent to get the results of these
3 evaluations?
4      **A**     **That's the usual practice, but as they**
5 **say in this case because there is a legal case**
6 **pending, it didn't happen the ordinary way. And**
7 **that's what I say when you get into the legal**
8 **ramifications like this it does hold things back.**
9      Q     You sent, you requested these priests
10 to have the evaluation before the lawsuit was filed,
11 is that correct?
12      A     **I guess it was, yes.**
13      Q     So before the lawsuit --
14      A     **They had a lawyer.**
15          MR. COGNETTI: I object to the form
16      because the allegations were made and there
17      was a pending criminal investigation at the
18      time.
19          MR. BENDELL: You're coaching the
20      witness. I ask that you --
21          MR. COGNETTI: I'm not coaching the
22      witness, you're misstating the historical
23      facts.
24          MR. BENDELL: No, it's not true.
25          MR. COGNETTI: You said lawsuit.

103

1          MR. BENDELL: The lawsuit. The
2      lawsuit was not filed.
3 BY MR. BENDELL:
4      Q     Was a lawsuit filed when you sent these
5 priests for the evaluation?
6      **A**     **I don't remember the timeline here. I**
7 **just know that -- certainly the Prorock letter had**
8 **come, I know that. Now whether, exactly when it took**
9 **place there, I don't really know that, I'd have**
10 **to go back and look at all these papers and find out**
11 **exactly when it took place, and the timeline. But I**
12 **know it happened after we found out about the Prorock**
13 **letter.**
14      Q     What was the purpose of requesting that
15 the priests have an evaluation?
16      **A**     **It's our practice, and you can read**
17 **through our practice there as far as what we put into**
18 **effect in 2003. We had it in effect in 2002 -- in**
19 **'93 rather, that we would get a psychological**
20 **examination. That's standard operating procedure.**
21 **When somebody is accused of something like this, we**
22 **send them for an evaluation.**
23      Q     You say we get, what does that mean, we
24 get?
25      **A**     **The Diocese of Scranton, when an**

104

1 allegation comes in, we investigate the

2 allegation, then we send the person for an

3 evaluation. That's standard operating procedure.

4     Q     With the goal of getting a copy of the

evaluation?

5     A     Yes, sure. We asked them actually to

7 sign a release. When the person goes, we ask them to

8 sign a release that I would get the results.

9     Q     I presume that these priests both

10 signed releases?

11     A     I presume they did, too, but we never

12 got them because they say, in this case there was a

13 flag on the --

14          MR. COGNETTI: They never signed

15          any releases.

16 BY MR. BENDELL:

17     Q     I show you Exhibit 46.

18     A     I wonder where this came from.

19     Q     That's what I'm going to ask you. My

20 first question is: Do you recognize the handwriting?

21     A     No, I do not.

22     Q     Could it be Bishop Dougherty's

23 handwriting as far as you know?

24     A     It doesn't look like it to me.

25     Q     Could it be Mr. Earley's handwriting?

105

1     A     No, I do not think so. I don't know

2 whose it is. I say I don't know who it is; I'd be

3 guessing if --

4     Q     No, I don't want you to guess; I don't

5 want you to guess.

6     A     I don't know who it is; I don't

7 recognize it. It's not mine.

8     Q     I'm going to ask you some questions

9 about the issues that are raised here to see if you

10 know anything about them. At the top in the

11 right-hand corner it says, Hicks warns Father U, and

12 then right next to it, I can't, I can't read that

13 handwriting. But do you know anything about Mr.

14 Hicks warning Father Urrutigoity?

15     A     No, I do not.

16     Q     Going down about two-thirds of the way

17 down the page it says, there's a No. 2 that's

18 circled.

19     A     Right.

20     Q     And it says Chris Manuele, dash, quote,

21 Yes, he sleeps with boys, unquote. Do you know who

Chris Manuele is?

23     A     I do not.

24     Q     And do you know where that quotation

25 comes from?

106

1     Q     Right under that it says, Father U does

2 what he wants to do. Do you know what that refers

3 to?

4

5     A     No, I do not.

6     Q     Going to the second page, the page is

7 divided into four sections by a horizontal line. The

8 third section on the right-hand side, it says, Mat

9 Selinger claims that Father U had hand on penis.

10 Quote, assault at best, unquote. Do you know what

11 that refers to?

12     A     I have no idea.

13     Q     You don't know if it refers to Father

14 Urrutigoity?

15     A     Well, it says Father U, I presume

16 that's Father Urrutigoity but I don't know anything

17 about what, Mathew Selinger saying this at all. And

18 I don't know who said, Bishop is not doing anything.

19 I have no idea.

20     Q     I don't know, that's why I was asking.

21 I don't know who wrote it, either.

22     A     I have no idea who would say that. But

23 you'd get an argument from me if he did say it.

24     Q     I don't know who wrote this and I was

25 hoping you'd recognize the handwriting. Here's

107

1 Exhibit 47.

2     A     Okay.

3     Q     Do you know whose handwriting this is?

4     A     That's my handwriting.

5     Q     Do you remember when you wrote this?

6     A     I have no date on the thing so it's

7 probably sometime within the last year or two, but I

8 have no idea what date, I didn't put a date on it. I

9 don't know where this came from, this is something

10 that must have wound up in the files --

11     Q     I'm sorry, this is from the diocesan

12 file. The first sentence says, Allegations of

13 embracing women while going to confession. Who does

14 that refer to?

15     A     It refers to either Father Ensey or

16 Father Urrutigoity, and I've discussed that with them

17 and it was absurd. I think it refers to them, again,

18 I can't remember, but I do remember an allegation of

19 that nature being made and I looked into it and it

20 was absurd. I took it up with the priests and they

21 just were, that's incredible, absolutely incredible.

22 Untrue, not true at all.

23     Q     You talked to the priests about this?

24     A     Yes, I talked to the people that I

25 thought were involved with it, the Society of Saint

108

1 John priests. I'm not sure which ones or how many,
2 but I certainly looked into it and it was just
3 ludicrous that anybody would ever say such a thing or
4 think of such a thing. Crazy.
5 Q Do you know if you talked to the woman
6 that it's referred to?
7 A I don't know, I don't know where it
8 came from, I don't know that any particular woman
9 came forward and said that. It was somebody -- you
10 know those E-mails that I've been getting from people
11 over there that are reading all kinds of stuff? It
12 could have come from something like that.
13 But when I saw something that was a
14 specific allegation, I checked it and, well, I mean
15 it was just laughed off the stage. How could anybody
16 possibly say anything like that. Untrue.
17 Q The second sentence says, Allegations
18 of sleeping with young men, dash, one boy in
19 particular, dash, also while staying at this person's
20 home.
21 A This is the allegation that was made
22 against Father Ensey, and that's where that came
23 from. And, again, somebody sent that in and I don't
24 remember where it came from. Whether it was Dr. Bond
25 or some E-mail that came in, we got a lot of stuff,

109

1 you know. A lot of stuff praising them to balance
2 this off, but there were stuff where people were off
3 the wall. And that's my writing, I just made a note
4 of that to look into these things again.
5 Q Did you ask Father Ensey about his
6 conduct towards Michael Prorock?
7 A Absolutely.
8 Q And what did Father Ensey tell you?
9 A He denied any wrongdoing.
10 Q Did he admit that Michael Prorock --
11 that he went to California with him?
12 A He did.
13 Q Did you see any problem with that?
14 A Not any problem with him going to
15 California, no, not in itself I wouldn't see any
16 problem with it, but certainly it would be a problem
17 if anything untoward took place, that's a big problem
18 obviously. But he denied anything like that.
19 Q He denied any sexual contact of
20 Michael --
21 A Absolutely.
22 Q The next sentence says, Father Carr
23 wants Father Roberts removed from Saint Michael's,
24 and you wrote that?
25 A Yes.

110

1 Q Why did Father Carr want him removed
2 from Saint Michael's?
3 A Because I think it was Jeffrey Bond who
4 came out with this allegation that he was a
5 homosexual molester of some kind and he even put
6 something on a sign down at the Cathedral, which was
7 outrageous. And Father Carr thought that it would be
8 better under the circumstances for him just to leave
9 Saint Michael's, which is a parish over at the place,
10 we didn't want any people coming up and saying is
11 this true or isn't it true or what's going on here or
12 something. He just thought it would be better if he
13 left, and he did, and that was okay.
14 Q And where did he go next?
15 A I'm trying to think where he went next.
16 He probably went back to Shohola, but I'm not
17 absolutely certain where he went from there. He had
18 no place else to go. He eventually wound up in a
19 parish in Dunmore living there and teaching actually.
20 Q That's where he is now?
21 A No, he's back in Shohola now.
22 Q How did he come to leave the Dunmore
23 parish?
24 A He was only there temporarily and he
25 was only a substitute teacher for somebody that got

111

1 sick. And so that was all over, and he was not able
2 to do anything at Saint Michael's because they're
3 restricted in their administration of the sacraments
4 and they would not be able to be of any help to them
5 at Saint Mary's in Dunmore.
6 So he was just living there in
7 residence and unable to celebrate the sacraments or
8 anything like that because they only did it in Latin.
9 So it was time for him to leave there, that's why.
10 It wasn't because of any allegations or anything like
11 that?
12 Q I'm going to show you Exhibit 48.
13 (Whereupon, a brief discussion was held off
14 the record.)
15 THE WITNESS: Are these the
16 questions or what?
17 BY MR. BENDELL:
18 Q I'm going to ask you whose handwriting
19 this is and then I'm going to ask you about --
20 A It's not my handwriting. It might be
21 Bishop Dougherty's handwriting, it looks something
22 like it. But, again, I can't be absolutely certain,
23 lots of people write the same way. But it looks to
24 me like Monsignor Dougherty's or Bishop Dougherty's.
25 Q So I should probably ask him more about

112

1  the details here, but I have a hard time reading some
2  of the handwriting but maybe I can figure out a few
3  questions, hold on.
4          A    **Okay.  You're going to see him**
**tomorrow?**
5    Q    Yes.
7    A    **I never saw this before actually.**
8    Q    Let's go to page one, two, three, four,
9  the fifth page.
10         A    **Okay.**
11   Q    Now having looked through this, does
12  this remind you of any kind of meeting that this may
13  reflect or the notes of a meeting?  Does it ring any
14  bells at all as to what the source of this
15  information is?
16         A    **No, I can't figure that out.**
17   Q    Now at the bottom it lists several
18  priests, one of them is Ensey and it says, weak.
19  Severely doubts R-E monastic life.  Not called,
20  wishy-washy.  Did anybody ever say that --
21         A    **Where is this?  I don't see it.**
22   Q    Right here (indicated).
23               MR. JAMES O'BRIEN:  What page is
24         this?
25               MR. BENDELL:  This is on page 5,

                        113

---

          the fifth page.
2               THE WITNESS:  I see Mary Schwartz
3          there.
4  BY MR. BENDELL:
5    Q    Maybe I counted wrong, hold on.  No,
6  it's the fifth page, it looks just like this
7  (indicated).
8          A    **No, that's not the same one I'm looking**
**at.  Okay, here we are.**
10   Q    See at the bottom there?
11         A    **Yes, I see that.**
12   Q    Did you ever hear anybody say that
13  about Father Ensey?
14         A    **What does it say?**
15   Q    It says, Serious doubts, R-E, monastic
16  life.  Not called, wishy-washy.
17         A    **No, that's obviously somebody's**
**opinion.**
19   Q    You've never heard that before?
20         A    **No.**
21   Q    Then under that it says, Fullerton,
      odd, it looks like it says impish insecurity, chronic
23  insecurity, psychological issues.  Then it says,
24  sadistic something.  And under that it says,
25  Sarcastic distant, indecisive or simple, I don't

                        114

---

1  understand that word.  Did you ever hear
2  any allegations about father --
3               MR. JOSEPH O'BRIEN:  Indecisive on
4          simple issues.
5  BY MR. BENDELL:
6    Q    On simple issues, I'm sorry.  Did you
7  ever hear any allegations like this about father --
8          A    **No, I never did.  O'Connor?**
9    Q    Says most stable.  Did you ever hear
10  anybody say that about Father O'Connor.
11         A    **There he is right down there.**
12   Q    Well, maybe you've heard that before?
13         A    **No, I didn't actually, but I'd agree**
**with it.  This is not my writing, I never saw this**
**before so I really --**
16   Q    I'll probably go through this one real
17  quick then.
18         A    **Are you finished with that one?**
19   Q    Yes.
20               MR. COGNETTI:  Can we take a moment
21          and we can go right through.
22         (Whereupon, a brief recess was taken from
23          12:23 o'clock p.m. until 12:33 o'clock
24          p.m.)
25               AFTER RECESS

                        115

---

1  BY MR. BENDELL:
2    Q    The Society of Saint John is not a
3  separate religious order, is that correct?
4          A    **It's not a religious order, it's a**
**public association of the faithful.  That's the**
**lowest rung of canonical --**
7    Q    So the priests who are members of the
8  Society of Saint John are priests incarnated into the
9  Diocese of Scranton?
10         A    **Right.**
11   Q    Now this meeting that took place when
12  Bishop Dougherty and several, one or two others went
13  out to interview Mathew Selinger, were any notes made
14  of that interview, do you know?
15         A    **I presume Bishop Dougherty had his own**
**notes but I never the notes.  He must have made notes**
**himself, yes, but I don't remember seeing the notes.**
**But he did talk to me about it.  We're right next**
**door to each other in the office and we see each**
**other every day, so it's not like we're communicating**
**at a distance.**
22   Q    Now the second year the Society of
23  Saint John was in Scranton, the Society of Saint John
24  priests were chaplains to the Boys of Saint Gregory's
25  Academy, is that correct?

                        116

---

1      A      **They never assigned as chaplains**
2  of Saint Gregory.  I never assigned them to anything
3  up there as far as that goes.  They were in residence
4  there and the idea was that they were to have a place
5  to live and that they were able to become regularized
6  in the Catholic Church because their situation when
7  they come into Saint Gregory's was that they were not
8  regularized and that was what happened.
9            I never assigned them to any duties
10 there.  Now the priests of the Fraternity of Saint
11 Peter may have asked them to do something here or
12 there.  When they were regularized, they had the
13 faculties of the Diocese of Scranton, then they may
14 have been asked to hear confessions or to say mass
15 for them or do whatever they wanted them to do for
16 them, but that was all kind of unofficial.
17     Q      Are you saying that the Fraternity of
18 Saint Peter was supervising the priests of the
19 Society of --
20     A      Well, they were under their umbrella,
21 they were under their roof and living there with them
22 so it was their house.  Obviously they had some
23 surveillance over them for that reason, but I mean
24 maybe surveillance wasn't the right word.  They gave
25 them hospitality.

117

1      Q      But as bishop of the Diocese, since the
2  society of priests are not a separate order, they
3  would be obedient to you, is that correct?
4      A      Oh, yes, and they've always been very
5  obedient.  Then the priests of the Fraternity of
6  Saint Peter would be, since they're located in the
7  Diocese, anything involved in the apostolate, they
8  would come under the bishop of Scranton, also.
9      Q      Other than the allegations by Mathew
10 Selinger, the Argentina allegation and the allegation
11 by Michael Prorock, has any other person made an
12 allegation against Father Urrutigoity involving
13 sexual misconduct?
14     A      Not that I'm aware of, no.
15     Q      How about Father Ensey, anybody --
16     A      Not that I'm aware of, no.  Father
17 Ensey was not in Argentina so --
18     Q      I was going to say other than Michael
19 Prorock has anybody alleged sexual misconduct by --
20     A      Not to my knowledge.
21     Q      Well, during the time that you were
22 bishop of the diocese, do you have a protocol set up
23 where if an allegation was made, the information
24 would be brought to you?
25     A      Absolutely.

118

1  Did any other persons complain about
2  Father Urrutigoity's, I'll say his alleged sleeping
3  with boys, other than you mentioned Jeff Bond's
4  E-mail, did anybody else --
5      A      Jeff Bond mentioned that to me and I
6  think Father Munkelt was there with him, also.  That
7  didn't come out -- at one time I should say this, I
8  suppose.  When this first came out, when Jeff Bond
9  first mentioned it to me, and he denies remembering
10 this but I remember it very well, he said something
11 about him sleeping with boys, and I said, Are you
12 accusing him of improper sexual activity?  And he
13 said, Oh, no, no, nothing like that.
14           I said, Well, then what are you talking
15 about, you know?  I mean he said they're sleeping
16 with boys.  But even so we stopped it immediately, as
17 soon as we heard that, anybody would say anything
18 like that, I just made it very clear and they were
19 very obedient.  The Society always was very obedient
20 and accommodating to anything I've ever asked them.
21 When I heard that, that's where it came from
22 originally, and Father Munkelt was working with
23 father, or Jeffrey Bond at that time so they were
24 together.
25           And they never brought this, this was

119

1  not the reason why they were separating from the
2  Society as they told me and Bishop Dougherty.  They
3  came to me and said it was all because of the
4  liturgy, not about this whole business of sleeping
5  with boys.  That came up eventually, but the first
6  word that came to me about separating from them came
7  because they felt that the Society was a little bit
8  progressive as far as the liturgy was concerned, that
9  they would use English, for example, in some areas.
10 And the purists, if you will, would not contribute to
11 the Society of Saint John for that reason, because
12 they were not sticking to the 1962 exactly.
13           And they wanted to found a college
14 where they would stick to the 1962 rights exactly,
15 and there are these people who are people of means
16 who would contribute to them but they wouldn't
17 contribute to the Society.  That's the reason they
18 gave for wanting to do this, that's what they gave
19 me.  I heard nothing about sleeping with boys or
20 anything like that.  And I said it's all right with
21 me if it's okay with the Society.  Now we've gone
22 through all of that, but it was not because of this
23 idea of sleeping with boys, that came out
24 incidentally.  They're sleeping with boys up there,
25 do you know that kind of thing.  I said, Well, no, I

120

1    don't know that, are you excusing them of this
2    Oh, no, no, nothing like that.
3         So that's where that all came from.
4    But you're saying have I gotten it from anybody else?
5    Once that got out there on the Internet, and it got
6    out there from Jeffrey Bond who sent all kinds of
7    stuff, then it got around. And it's kind of slogan,
8    you know, sleeping with boys has a terrible
9    connotation connected with it. And everybody jumped
10   on the bandwagon and, of course, they all thought it
11   was Sodom and Gomorrah up there, and they were
12   accusing them of all these things that just were not
13   accurate and were not true. But, anyway, it's a long
14   answer to a short question.
15       Q    That's all right, but can you imagine
16   any innocent reason why a priest would sleep in the
17   same bed with a boy?
18       A    Lack of space would be one I suppose,
19   but I can't tell you why they would do this. Again,
20   I agree that it's imprudent to say the least to do
21   that, especially in the climate that we live in 2003
22   or 2001. It's very imprudent and to say that it was
23   immoral or that they did anything wrong on those
24   occasions, it would be imprudent certainly. That's
25   as far as I could go.

           121

1    actually slept one or side in a bed for immoral
2    purposes especially. Now traveling and there was
3    only one room and one bed, I think they indicated
4    that that may have happened on occasion.
5         But, again, that is not in itself
6    unreasonable, but people can differ on that. I think
7    people can say even that's wrong and so forth, but
8    they never admitted that they did anything immoral
9    under those circumstances.
10      Q    Aside from the immoral part, did they
11   ever admit that they slept, that a priest slept with
12   a boy in the same bed?
13       A    They never actually came out and said
14   that they did.
15      Q    Did you ask them?
16       A    I probably did but the answer never
17   came forward that they did, they just said, Oh, we
18   don't do things like that, that's all.
19      Q    So when you said they never came
20   forward, they refused to answer the question?
21       A    No, no, there was nothing contumacious
22   or anything like that, that I refused to answer the
23   question. Our relationship with the Society priests
24   has always been very admirable and very congenial and
25   never adversarial. They were always very

           123

1    I can't say that anything happened
2   because they deny anything happened. If anything
3   happened that was untoward, that's wrong, very wrong,
4   and you saw my indignation earlier. I was twice as
5   mad as you would be on some of these things, no
6   question about that whatsoever.
7      Q    You would draw a distinction between,
8   say, if things were overcrowded -- let me finish the
9   question first, okay?
10      A    Okay.
11      Q    Let's say eight or ten people are in
12   sleeping bags on the floor and it's overcrowded, you
13   would draw a distinction between that and actually a
14   man, a priest and a boy in a bed, you see that as
15   different?
16       A    That's different, absolutely.
17      Q    When you were talking to the priests in
18   the Society, did you make an inquiry as to figure
19   out, you know, which it was, was it A or B, precisely
20   what type of sleeping that went on?
21       A    They deny that they were doing anything
22   like that, that it was anything wrong they were
23   doing. They didn't deny that they had been in the
24   same room sleeping and so forth, but they deny, I
25   don't recall them ever admitting, anyway, that they

           122

1    cooperative, of anything that I ever asked them to
2   do, very cooperative. So I could never fault them on
3   anything like that.
4         And as I say do I know that these
5   things happen? How could I know? I could only know
6   what Mr. Selinger says, I know what the Society says,
7   and they don't match. I can't, I just don't know
8   what happened. How could I be expected to know what
9   happened in a particular hotel room someplace when I
10   wasn't there? I don't know. I mean I can say that
11   they have never admitted to me that they did anything
12   like that; they have denied doing anything like that.
13      Q    Did Father Carr ever discuss with you
14   the issue of Society priests sleeping with boys?
15       A    Not as such, no.
16      Q    You say as such, did you discuss
17   anything related to that issue?
18       A    Not to that issue, we related to the
19   Society, to the men being there. Before I allowed
20   the Society of Saint John to begin, I went to the
21   Fraternity of Saint Peter and asked them if they
22   would have any objection to starting another group
23   and allowing another group to begin in the Diocese of
24   Scranton, so that it might look like they were in
25   competition with one another and I wouldn't want

           124

| | |
|---|---|
| 1 | anything like that. |
| 2 | So I went to Father Devillers who is |
| 3 | the local superior in the United States and he |
| 4 | assured me that they had no objection whatsoever to |
| 5 | the whole thing. And I went to the Holy See, to the |
| 6 | Ecclesia Day Commission which has oversight for all |
| 7 | these groups, and I asked the cardinal in charge of |
| 8 | there if he had any objection, if I had his |
| 9 | permission, if you will. Even to start, even to |
| 10 | start Saint Gregory's I asked him if it was okay to |
| 11 | do that, asked him if it was okay to start a |
| 12 | seminary, Our Lady of Guadeloupe Seminary. I didn't |
| 13 | do any of these things without consulting with the |
| 14 | proper authorities. |
| 15 | So the idea of starting another group |
| 16 | here, I got permission from cardinal -- what's his |
| 17 | name? I'll think of it in a minute, Angeloni? |
| 18 | Anyway he gave me permission to go ahead. So what |
| 19 | was the question now? I forgot what the question |
| 20 | was. |
| 21 | Q     You've answered it, don't worry. Next |
| 22 | question: Did Joseph Sciambra ever contact you about |
| 23 | any problems he had with the Society of Saint John? |
| 24 | A     Joseph Sciambra, you mean the boy or |
| 25 | the father? |

125

| | |
|---|---|
| 1 | Q     The father. |
| 2 | A     The father came to see me with his |
| 3 | wife, very happy. Everything was wonderful. His son |
| 4 | I guess was going to become a member of the Society |
| 5 | of Saint John and everything was fine. And I met him |
| 6 | one other time when the Society was founded, and he |
| 7 | came to see me in my office as a courtesy call and it |
| 8 | was a pleasant conversation, everything was wonderful |
| 9 | then. That's the only time I ever spoke to him |
| 10 | directly, and I think he may have called me on the |
| 11 | phone or wrote to me. His wife wrote to me, he |
| 12 | wasn't feeling too well I think. |
| 13 | And they didn't tell me at first that |
| 14 | there was a problem, but they had a property up there |
| 15 | that they allowed the Society to use, and they wanted |
| 16 | the Society -- his name was on a, what do you call |
| 17 | it, too, a note of some kind. |
| 18 | Q     A mortgage. |
| 19 | A     And he wanted out of that and they |
| 20 | didn't tell me why at the time. Now it came out |
| 21 | later on that they were upset about something that |
| 22 | their son said to them. |
| 23 | Q     And what was it their son had said, do |
| 24 | you know? |
| 25 | A     He said something about sleeping with |

126

| | |
|---|---|
| 1 | doing something to that effect. |
| 2 | Q     Did you talk to Joseph, the son? |
| 3 | A     No, I never talked to the son. |
| 4 | Q     Why not? |
| 5 | A     Well, he never called me and I never |
| 6 | talked to him, either, I just only talked to the |
| 7 | father and the mother. He never contacted me, |
| 8 | Joseph, the son never contacted me. |
| 9 | Q     But the parents told you that the boy |
| 10 | complained about priests -- |
| 11 | A     I think he wrote to Bishop Dougherty; |
| 12 | you can talk to Bishop Dougherty about that, but he |
| 13 | never talked to me. |
| 14 | Q     But did Bishop Dougherty investigate |
| 15 | whether or not there was sleeping? |
| 16 | A     He certainly talked to him about it, |
| 17 | yes. |
| 18 | Q     Do you know whether this Sciambra boy |
| 19 | told Bishop Dougherty? |
| 20 | A     I don't remember exactly what he told |
| 21 | him but I know he was not happy. |
| 22 | Q     Who was not happy? |
| 23 | A     Joseph was not happy, the boy, the son, |
| 24 | he was not happy about his experience at the Society |
| 25 | of Saint John, and that was clear, he was not happy |

127

| | |
|---|---|
| 1 | about that. And that's why the father and the mother |
| 2 | reacted the way they did, he wouldn't cooperate with |
| 3 | them after that. |
| 4 | Q     Did Alan Hicks ever contact you about |
| 5 | any concerns he had about the Society of Saint John |
| 6 | priests? |
| 7 | A     No. |
| 8 | Q     Did Gregory Mowat ever contact you |
| 9 | about problems he had with the Society -- |
| 10 | A     Never heard of Gregory Mowat. |
| 11 | Q     This poor lady's fingers will get tied |
| 12 | up unless I finish the question. |
| 13 | A     I thought you were finished, but go |
| 14 | ahead. Start all over again. |
| 15 | Q     Did Gregory Mowat ever contact you |
| 16 | about problems that he had with the Society of Saint |
| 17 | John? |
| 18 | A     No. |
| 19 | Q     Now the Dallas Charter, under the |
| 20 | Dallas Charter would a priest sleeping in bed with a |
| 21 | minor constitute abuse as defined -- your |
| 22 | understanding of the Dallas Charter? |
| 23 | A     I'm going to give you the exact here |
| 24 | now because we're talking about something specific. |
| 25 | Not specifically, I mean the sleeping with the boy |

128

| | |
|---|---|
| 1 would not be under the Dallas Charter unless | 1 happen for sure. But that we had no indication that |
| 2 something happened or unless he's sleeping with the | 2 there was anything immoral. |
| 3 boy with the intention of doing something wrong. | 3     Q    Do you remember saying to Father |
| 4 That would come under the Charter. But the fact of | 4 Munkelt and Dr. Bond that the problems with the |
| 5 just sleeping with a boy in itself would not come | 5 Society of Saint John were simply a matter of |
| 6 under the Charter. But if he did something wrong or | 6 imprudence and you wanted to keep things quiet? |
| 7 even tried to do something wrong or set him up to do | 7     A    I have no recollection of using those |
| 8 something wrong, that would come under the Charter. | 8 terms of keeping it quiet, but I do remember reading |
| 9     Q    Now you said that you told the Society | 9 where Dr. Bond would take something like that and |
| 10 priests that there would be no more sleeping with | 10 spin that out of control where I'm trying to cover |
| 11 boys, is that right? | 11 up. No way, no cover up, that's not what we're doing |
| 12     A    Right. | 12 at all. But I mean do we want to broadcast |
| 13     Q    Did you take any steps to assure | 13 everything out from the rooftops, I'll tell |
| 14 compliance with your request? | 14 everything we know about everybody? No, we don't |
| 15     A    I recall that we asked him to put | 15 want to do anything like that. That would be |
| 16 something in writing someplace, I thought Bishop | 16 imprudent in itself. |
| 17 Dougherty worked on that to see if they would let us | 17     But I don't recall, I may have said |
| 18 know what they had done, what policies they put into | 18 something like that, about keeping it quiet or |
| 19 effect to stop these things, the drinking and the | 19 something like that. I don't recall saying that but |
| 20 sleeping with boys or whatever it was, and I | 20 it certainly was not in the context of where we were |
| 21 understand that they did that. | 21 covering up anything, that's not the idea. It's just |
| 22     Q    Did you find out at some point that | 22 that, you know, what's the problem here? We wanted |
| 23 Society priests were giving alcohol to minors? | 23 to solve the problem, that's what we want to do. |
| 24     A    I heard that allegation. That's why we | 24     Q    Did you ever discuss the Michael |
| 25 called them in and said no way, and they completely | 25 Prorock allegations with Alan Hicks? |
| 129 | 131 |

| | |
|---|---|
| 1 complied with that and that was no problem. | 1     A    I don't remember. Let me see. Several |
| 2     Q    Did they deny the allegation? | 2 people discussed it with Alan Hicks, Alan Hicks was |
| 3     A    They didn't deny that they had wine at | 3 dealing mostly with other people in the office rather |
| 4 the one on occasion, but it was mostly just having | 4 than myself. And I'm sure that this whole allegation |
| 5 wine at a meal or something like that, which is a | 5 of Michael Prorock came up, you know. But I don't |
| 6 European custom, and they are actually inclined to be | 6 recall talking to him directly myself about it. |
| 7 involved with European customs and having wine at the | 7     Q    Now you earlier testified that over the |
| 8 table and so forth. And it was in those | 8 last two years day the Diocese has not been paying |
| 9 circumstances that that's what we understood. I said | 9 the debts of the Society of Saint John. Has the |
| 10 even that is unlawful in the state of Pennsylvania, | 10 Diocese, however, been giving cash or any type of |
| 11 you can't do that. You go to jail, I said, for doing | 11 other grants to the Society of Saint John? |
| 12 something -- parents would go to jail for doing | 12     A    No. |
| 13 something like that if they get a complaint. So | 13     Q    So they've been self-sustaining as far |
| 14 they, okay, okay. They stopped that. | 14 as you know? |
| 15     Q    Did Father Munkelt ever inform you that | 15     A    So far. Now they're heavily in debt, I |
| 16 he had concerns about Father Urrutigoity sleeping | 16 mean there's no question about that, but they didn't |
| 17 with young men? | 17 get any money from us. |
| 18     A    Yes. | 18     Q    Well, is the debt only the mortgage on |
| 19     Q    When was that? | 19 the property or is there some other debt? |
| 20     A    Well, sometime after -- well, it was | 20     A    It's on the property itself. It's |
| 21 around the time that they were negotiating to try to | 21 about the same as what the mortgage would be on the |
| 22 separate the college from the Society. | 22 property. They do have a debt that would cover the |
| 23     Q    And what was your response to this? | 23 cost of the property. If they were to sell the |
| 24     A    I told him that we had heard that and | 24 property, that probably as I understand it would |
| 25 that we have taken steps to see that that does not | 25 cover all their debts that they have now on that |
| 130 | 132 |



**133**

```
 1   mortgage, if you will, whatever you want to call it,
 2           Whether it's on the mortgage or not,
 3   I'm not sure, but the value of the property is close
 4   if not exactly the same amount of money that they
 5   would be able to pay off their mortgage.  I use the
 6   word mortgage and I don't know whether it's a
 7   mortgage or --
 8       Q       Mortgage, deed, or trust, I know what
 9   you're talking about; the debt related to the
10   property.
11       A       Right.
12       Q       What are the plans of the Society of
13   Saint John for their future in this diocese?
14       A       They have my approval, now there's a
15   new bishop, of course, and he's the one that's going
16   to have to make any decisions.  But as far as I'm
17   concerned they're a public association of the
18   faithful and doing what they said that they would do,
19   fulfilling their mission and their mission statement,
20   and I see no reason why they should not be able to
21   continue.  I don't think they've given up the idea of
22   founding a Catholic College, you'd have to ask them
23   about that.
24           But right now things are in a state of
25   suspension, if you will, holding, hold the phone, you
```

**134**

```
 1   know?  We're just not doing anything because you have
 2   to batten down the hatches, and we're in court for a
 3   large amount of money.  You just don't pretend that
 4   nothing has happened.  That has shaken everybody
 5   connected with them so they're holding the phone
 6   here.  But they're continuing to celebrate the
 7   liturgy which is one of their charisms as beautifully
 8   as they can and they have people go up there who come
 9   to them.
10           So education and the liturgy are their
11   two, my understanding anyway, those are the two
12   functions that they center on.  Education, that they
13   haven't given up on that.  Right now it's kind of
14   hard and they're up heavily in debt so they're going
15   to have to kind of hold everything until they could
16   get that debt down a little bit from where it is.
17   But it's a pretty substantial debt.
18       Q       Has the Diocese tried to help the
19   Society get loans?
20       A       We've helped them, yes, in the sense
21   that we have helped them get the loan for the
22   property in fact.  We didn't sign for the loan or
23   anything like that, we were not -- it was not
24   something that we were responsible for.  But we had
25   to, I think that the fact that they were an entity in
```

**Page 137**

1  him and I just don't remember him.
2      I couldn't tell you if he walked in the
3  door. I would not know him, and I never spoke to him
4  one-on-one ever that I know of. I couldn't say that
5  he was a homosexual; I don't know that.
6      Q      Did you ever tell Attorney William Rice
7  that you would make sure that Jeff Bond never worked
8  as a teacher or administrator again?
9      A      Who is William Rice?
10     Q      He's an attorney.
11     A      I don't ever remember talking to him.
12  I never heard that name before, no, so I don't
13  remember saying that to him.
14     Q      Did you meet with Dr. Bond and Father
15  Munkelt between August and October of 2001 regarding
16  the sexual and financial allegations against the
17  Society of Saint John?
18     A      I don't know about that date. I
19  couldn't confirm that date, that that's when it was,
20  but I do remember that we had spoken, yes. I know I
21  met Dr. Bond a few times. I'd say I know of two
22  times and possibly three times, and one of the times
23  it was at a big meeting, a whole group like this, not
24  quite this large but in a conference room like this,
25  and I had to leave, I was out going to confirmation

**Page 138**

1  or something and I had to leave. And it was a very
2  friendly meeting at that point. All of my meetings
3  with Dr. Bond have always been very friendly and we
4  got along well until that October 15th letter. From
5  then on --
6      Q      Which letter is that?
7      A      That's the letter when I told him that
8  I was unable to see my way clear to grant permission
9  for the college. From that time on he wouldn't even
10  talk to me. I tried to reach him by phone and I got
11  a message that you have to talk to his attorney
12  because he wouldn't talk to me. So he was unwilling
13  to speak to me or do anything after that letter.
14      Then he wrote me a letter because
15  Father Munkelt came to see me, and we went through
16  all that before, I don't want to go through it all
17  again. But Father Munkelt came and talked to me
18  about it, and I said, you know, I'm not ill disposed
19  to Dr. Bond or anybody up there. I would be happy to
20  solve this problem if we could, but right now it's
21  just off the troll, it's off the track.
22      And if it ever comes -- maybe you can
23  get it back on the track, then we would be open to
24  talking about it. And then Dr. Bond wrote to me and
25  then I answered that letter and I said, That letter

**Page 139**

1  that I wrote to you on October 15th is still in place
2  and that is there. But, yes, of course I would
3  assign a priest there to say mass; they have to go to
4  mass. Do you remember I said that? And they have to
5  do all those things and I'd be willing to do all --
6  and maybe eventually if we could work things out so
7  that we have peaceful resolution of the thing, not a
8  hostile takeover, then maybe it could be a Catholic
9  college some day. But then that was the end of that
10  and it went from bad to worse after that.
11     Q      So is it your testimony that up until
12  the October 15 letter that you sent to Dr. Bond, he
13  had no problems with the Society of Saint John --
14     A      I'm not saying that.
15     Q      But he had no problems regarding
16  misconduct on their part?
17     A      I don't even know that; he may have had
18  them. He didn't bring them to my attention.
19     Q      That's what I meant to say, he
20  didn't bring them -- okay.
21     A      We talked about the sleeping with boys,
22  that was around that time. And, again, I asked is
23  this something that's immoral -- oh, no, no, nothing
24  like that. And he denies that so I've been told but
25  I remember it very well.

**Page 140**

1      Q      Let me see if I can get the timeline
2  right. He discussed the sleeping with boys before
3  you sent the October 15 letter?
4      A      I can't be sure of the timeline there.
5  I just don't know exactly when it was. It was all
6  around the same time.
7      Q      Because there's a guest column by
8  Father O'Connor in September of 2001 that talks about
9  Dr. Bond's campaign against the Society of Saint
10  John.
11     A      There definitely is a campaign, that's
12  for sure.
13     Q      The letter, I guess column, whatever
14  you want to call it, says that the campaign began in
15  late September of 2001. Does that sound familiar?
16     A      It's about the same time I think that
17  we were talking about this, yes. He may, again, I
18  don't know the exact timeline there, you're getting
19  very specific. The end of September, I know my
20  letter went out on October 15th so it's pretty close.
21  He may have but I don't know. I don't recall him
22  bringing those things up, and I said he did bring it
23  up but he denied there was anything wrong.
24      But then he got very upset and carried
25  on a campaign of going -- and this is not about Jeff

**1** Bond, I don't care what he does over there.
**2** But I know he has tried to do a great deal of damage
**3** to the Society of Saint John, and to some extent he's
**4** been successful, so it's not something that I want to
**5** get into. I'm not -- I could sue Jeff Bond for a lot
**6** of things that he has said, but I'm not a suing
**7** person, I'm not going to sue anybody. Anyway, that's
**8** not what we're talking about here.
**9**     Q     Any of those meetings with Father
**10** Munkelt and Jeff Bond, was Vincent Cioci there?
**11**     A     Yes, I remember meeting him. He was at
**12** a meeting when that group that we had together, we
**13** were trying to figure out what to do with that
**14** property up there I think. And members of the
**15** Society of Saint John were there and they were trying
**16** to come about the financial situation, as to whether
**17** that property could be developed and things like
**18** that, and he was very active in that whole
**19** discussion. And he was very friendly, too.
**20**     Q     Did Mr. Cioci later call you and
**21** inform --
**22**     A     I remember calling him --
**23**     Q     If I could finish the question, and
**24** tell you that the Society of Saint John priests were
**25** sleeping with boys?

141

**1**     A     That was not really his area of
**2** expertise. He was talking more about the financial
**3** situation as I recall it. Sleeping with boys as I
**4** recall did not enter our discussion. His point was
**5** is this property a property that's suitable for
**6** development or not? And his opinion, of course, was
**7** it was not as I recall, so that was where our
**8** discussion was. It was not about sleeping with boys,
**9** it was more of the financial situation and what they
**10** should be doing with the property.
**11**     Q     Now as far as the college of Saint
**12** Chester Martyr, as I understand your testimony it's
**13** not that you're forbidding Dr. Bond from starting the
**14** college, it's just that you're not allowing him to
**15** call it a Catholic college?
**16**     A     That's correct. I have no jurisdiction
**17** over what he does as a person; he could start a
**18** college -- anybody can start a college if they want
**19** to, that's not my purview. But it would not be a
**20** Catholic college unless it has the bishop's approval.
**21** And I said that I was not able to give that approval;
**22** I told him in that letter. So if he wants to go and
**23** start a college, he can start a college, you know,
**24** anybody could do that, and it would not be under the
**25** jurisdiction of the Catholic church unless the bishop

142

**2**     Q     Did Bishop Dougherty ever express
**3** concern to you about the issue of Society of Saint
**4** John priests sleeping with boys?
**5**     A     We discussed that, certainly.
**6**     Q     Did he ever use the phrase, quote,
**7** dorming problem, unquote?
**8**     A     He's quoted as saying that, I read that
**9** someplace, and I think that's what Jeffrey Bond said
**10** something in discussions in the early part that --
**11** and, again, that's completely out of context. And
**12** this is one of the things that we would disagree with
**13** and the way they would take things and twist it. He
**14** described certain behavior, and Bishop Dougherty
**15** said, Well, that behavior is grooming. He didn't say
**16** that the Society of Saint John was grooming people,
**17** he didn't say that Father Urrutigoity or Father Ensey
**18** was grooming people. He said what he was describing
**19** as behavior, certain behavior, that would be
**20** grooming, which is a little bit different. Not a lot
**21** different, I'm sure.
**22**     Q     Now were you required by the Vatican to
**23** point, to appoint what they call an extra diocesan
**24** church official to investigate the allegations
**25** against Father Urrutigoity and Father Ensey?

143

**1**     A     Yes. Excuse me, not an extra diocesan
**2** official, they never told me that. They asked me to
**3** appoint two people that would be an investigative
**4** team, if you will. One would be a notary and the
**5** other one would be the investigator to contact the
**6** Prorock people in response to the letter that they
**7** wrote to the Vatican and the stuff that we wrote back
**8** to them, too. And this came to me from the
**9** congregation for the doctrine of the faith.
**10**     So I thought about it myself and I said
**11** I could very easily send somebody from Scranton, two
**12** people from here from the Diocese to go down and
**13** visit, to Raleigh and visit them and get the
**14** questions and so forth, and they were to send those
**15** answers directly to the Vatican. But they didn't say
**16** get somebody from outside the Diocese. I considered
**17** sending somebody from Scranton and I decided that
**18** rather than do that, I would send somebody from
**19** Raleigh, that would be independent of the Diocese of
**20** Scranton thinking that maybe they would rather speak
**21** to somebody outside the Diocese of Scranton since we
**22** were the ones that were taking to court.
**23**     So I did that, and I appointed two
**24** people, Vicar for Judicial Services in the Diocese of
**25** Raleigh and he was to pick a notary, somebody who

144

**145**

```
 1   would be able to see it, who happened, and now gain
 2   make a long story short, they closed the door firmly
 3   and said, no, they would not have anything to do with
 4   them, they would not talk to them.  So bang, that
 5   door closed.  That's what I mean by, I don't like to
 6   say they weren't cooperative, they were probably
 7   following their attorney's direction not to talk to
 8   anybody.  And so we were not able to -- and that word
 9   went back to the Holy See.  So that kind of slammed
10   that investigation shut for the moment at least.
11        Q     Did you ever discuss with Monsignor
12   Pratico, the head of the Scranton Tribunal, the fact
13   that Dr. Bond had filed a petition accusing Father
14   Urrutigoity and Father Ensey of abusing young men?
15        A     Yes.
16        Q     Did you tell him not to hear the case?
17        A     No.
18        Q     Did he hear the case?
19        A     No.
20        Q     Why not?
21        A     He made a judicial decision that he
22   could not according to the law.
23        Q     And why was that?
24        A     You'd have to ask him that.  That's a
25   judicial procedure.  I don't think anybody in the
```

**146**

```
 1   Diocese can take the bishop to court like that.
 2        Q     Did you ever receive correspondence
 3   from a seminarian of the Diocese of Scranton
 4   concerning the problem of homosexuality of the
 5   Theological College of Catholic University?
 6        A     I don't remember calling, receiving a
 7   letter, but I remember talking to a seminarian about
 8   that.
 9        Q     And what did you do about it?
10        A     I brought the matter to the authorities
11   at the theological college.
12        Q     And what, did they admit that there was
13   a problem like that?
14        A     No, they did not.
15        Q     What did they said to you?
16        A     They said that that's not a problem
17   that they're dealing with.  It's not something that
18   is exactly the way this person said it was.  And they
19   dealt with it and they dealt with the rector of our
20   seminary here, because we have seminarians there and
21   we were very concerned with any kind of an allegation
22   like that.
23             And so we did the best we could and
24   talked to them down there and put them on notice, you
25   know, that this is something that we're very
```

**147**

```
 1   take care of
 2   it.  So that was the end of that.
 3        Q     What year was this?
 4        A     Not too long ago, I'd say maybe two or
 5   three years ago, something like that.
 6        Q     And does the Diocese of Scranton still
 7   have seminarians there?
 8        A     Yes, we do.
 9        Q     And you're satisfied that there's no
10   problem of active homosexuality there?
11        A     I'm reasonably -- am I certain?  I'm
12   absolutely not certain of anything as far as that
13   goes, but I believe that it's safe to send
14   seminarians there.  This is a matter of prudential
15   judgment, of course, some people could disagree with
16   this.  And there are some seminaries that are
17   probably more lax in that area than others.  The
18   Catholic University seminary has a reputation, has
19   had a reputation for being, maybe, I won't say less
20   careless, that would be a wrong word to use, not
21   careless, but that there may be more homosexual
22   activity there than we would like to see.  I wouldn't
23   want to see any of it for that matter.
24             But, yes, they're still there.  We
25   don't have that many there but we've had some.
```

**148**

```
 1   Catholic University is a place where you would send
 2   students who are academically proficient.  There
 3   would be the place that they would have to carry on
 4   the course of studies there which would be more
 5   stringent than in some other seminaries because of
 6   the university setting there.  And that's why we
 7   would send people there, people who were academically
 8   blessed, who would be able to follow the course of
 9   studies, and we've continued to do that.  But not
10   that many, we don't send too many there.
11        Q     What other seminaries do you send the
12   students to?
13        A     We have them at Mount Saint Mary's in
14   Emmitsburg.
15        Q     Maryland?
16        A     In Maryland, and we have them at the
17   North American College.
18        Q     In Rome?
19        A     In Rome.
20        Q     Now let's start with Mount Saint Mary's
21   in Maryland --
22             MR. LEESON:  Can I just ask for the
23   record what's the relevance of all this?  I
24   know discovery is pretty broad --
25             MR. BENDELL:  Well some seminaries
```

1 have a seminary now where he sends, as the

2 bishop indicates, for homosexual behavior.

3 I'm just curious what seminaries he sends

4 them to.

5 MR. LEESON: I know, but these guys

6 were not seminarians, they're diocese --

7 MR. JAMES O'BRIEN: This isn't

8 really homosexual behavior we're talking

9 about, either.

10 THE WITNESS: Exactly, exactly.

11 MR. BENDELL: I'm going to ask the

12 question, you can instruct him not to --

13 well, you can't instruct him --

14 MR. LEESON: I can't instruct

15 him --

16 MR. JAMES O'BRIEN: Go ahead, go

17 ahead, let's keep --

18 BY MR. BENDELL:

19 Q What other seminaries do you send them

20 to?

21 MR. COGNETTI: Continue without me,

22 I'm going to leave for a couple of minutes.

23 I'll be back.

24 THE WITNESS: I'm trying to think

25 where else we have them. We have a couple

149

at Louvain.

2 BY MR. BENDELL:

3 Q At Louvain now?

4 A Right now, yes, we do. And when I say

5 that they're concerned about more homosexuality going

6 on there, I don't mean that there's homosexual

7 activity going on but that there's a reputation for

8 people there maybe being a little bit inclined in

9 that direction. I don't have any firsthand knowledge

10 of anything like that. We have some at Saint Mary's

11 in Baltimore, also, and I think that's it.

12 MR. LEESON: Can I also register an

13 objection to the extent that the witness

14 may be speculating on the conditions at the

15 other institutions. Unless there's

16 firsthand knowledge, unless there's eye

17 witness information or firsthand knowledge,

18 I think that speculation is not really what

19 he's being asked for under oath at this

20 deposition.

21 MR. JAMES O'BRIEN: Absolutely.

22 THE WITNESS: Can I respond? I

23 agree, I agree, I don't have firsthand

24 knowledge of any of those things, it's

25 speculation, it's hearsay at best.

150

true about all

2 your prior answers about the other

3 seminaries?

4 THE WITNESS: Yes, I have no

5 firsthand knowledge or anything like that.

6 Everything that I've investigated has

7 always been denied. If I hear of something

8 like that, I did hear that there was an

9 allegation made by a seminarian but they

10 denied categorically that there was

11 anything wrong that was happening, but you

12 say is there an allegation? There was an

13 allegation, yes.

14 BY MR. BENDELL:

15 Q Now have you ever, do you remember

16 telling Ann Cosgrove that you saw no moral problem

17 with men sleeping with each other?

18 A I remember Mrs. Cosgrove, if this is

19 the right person, she lives here in Scranton and had

20 a son who was up there but was not part of the

21 Society. Did I say there was nothing immoral about

22 sleeping with boys? It would have to be in that

23 narrow, what I'm saying here that in itself

24 specifically I suppose I could not say that there was

25 something immoral.

151

But as I indicated earlier, and we're

2 talking very specifically here, that if a person is

3 doing that with the wrong intention or in some kind

4 of, as you say grooming or whatever, that would be

5 very wrong, absolutely. But for a boy to sleep in a

6 bed with another male because they want to sleep,

7 period, and there's no place else to go or for

8 whatever reason, is that an immoral action in itself?

9 I couldn't say that that would be. Strictly speaking

10 now, we're speaking very strictly.

11 I'm not saying that it's the right

12 thing to do, I'm saying just the opposite, that it

13 would be imprudent for anybody to do that in this

14 day. But if you're going to be very specific and ask

15 me a technical question about something like that,

16 then I have to answer very technically. But I don't

17 want that to be misconstrued to the point where

18 people will say I'm soft on homosexuality or I'm soft

19 on immoral behavior in bed, I mean that would be

20 absurd. And I would fight that with every fiber of

21 my being, you know?

22 No question about it, that's not what

23 I'm saying and it's not true, and I'm saying it's

24 imprudent to do something like that. Now I would not

25 tolerate that, but to say whether it was, a person

152

```
 1   committed a sin, because, I don't, I don't
 2   know that they did that.  That's up to the confessor,
 3   themselves.
 4         Q      Do you remember telling Ann Cosgrove
     that the police said that Michael Prorock was not
     credible?
 7         A      I don't remember what I said to Ann
 8   Cosgrove actually, I remember talking to her.  She
 9   came to see me, she was more concerned about her son
10   and his relationship with Father Urrutigoity.  And I
11   don't remember what I said about anybody else, I
12   don't recall talking about that.
13         Q      Did any policeman ever say to you that
14   Michael Prorock was not credible?
15         A      Let me think now.  I do recall a
16   conversation with the police that investigated and
17   they did say that he was not a credible witness
18   because I think at the point in time he was not in
19   good condition.
20         Q      Which policeman was this, do you
21   remember?
22         A      It's one of the, one who went down
23   there and investigated and talked to him and
24   interviewed him down in Philadelphia.
25         Q      Did he tell you anything else about his
```
153

```
     investigation in the case?
 2         A      Not really, I don't remember what he
 3   said actually, but I do remember that it fit in
 4   because the father of the boy told me himself and
 5   it's in there, I read that just this morning here.
 6   And I do remember him saying that to me on my
 7   telephone conversation, I said, Would it be all right
 8   if we went down to see Michael to talk to him?  And
 9   he just kind of was taken back by the whole thing.
10         And he said, To tell you the truth, and
11   these were his exact words, To tell you the truth,
12   he's not in any condition to talk to anybody.  As you
13   know they were having trouble with the boy, he was
14   having his own problems and he was drinking
15   excessively and whatever else he was doing, and I
16   took that to mean that he was just not in any
17   condition to talk to anybody.  So I think that he was
18   probably in, not in good condition when the detective
19   talked to him and I think that's what he meant in
20   that context.  But I understand that he has turned a
21   corner, thank God.
22         Q      Now Michael Prorock's father never said
23   to you his son was not credible?
24         A      Oh, no, no.  The father never said that
25   to me, he said he was not in any condition to talk to
```
154

```
 1   anybody.  Now the mother, I talked to the mother and
 2   she's the first one that answered the telephone and
 3   she was kind of surprised to hear from me.  The
 4   father was not in, and she was a very lovely lady and
 5   surprised to hear from me but seemed pleased to hear
 6   from me.  And she told me that they've had difficulty
 7   with the boy all along, they were very upset, he's
 8   had so many problems and they thought -- they didn't
 9   know what the problem was.
10         So they kind of intimated that maybe
11   this was the problem, maybe this is what happened to
12   him and so forth.  And I told her how sorry I was and
13   so forth and that she said her husband would be in
14   later that day and I called back to talk to the
15   father.  When I got to the father, I don't even know
16   that I'm able to speak to you, or I should be
17   speaking to you.  Obviously he had been told
18   apparently -- this is speculation on my part -- that
19   he had been told by somebody not to speak to me.  I
20   got that impression anyway.
21         Q      Thank you.  Did the Diocese of Scranton
22   set up a financial review board to oversee the
23   Society of Saint John spending?
24         A      Not as such, not a review board as
25   such.  I asked Bishop Dougherty and sister from
```
155

```
 1   Marywood who is in the business department and good
 2   in financial matters, I asked the two of them to go
 3   up and help them with their financial difficulties,
 4   and they did.
 5         They were up there with the members of
 6   their team and to help them see if they could curve
 7   their expenses and bring in it line with their
 8   income, and they did.  But it was not a review
 9   board as such, it was just a couple of people that we
10   asked to go up there and help them.
11         Q      Do you remember saying to somebody that
12   Society of Saint John was spending money like drunken
13   sailors?
14         A      I may have said that as a facetious
15   remark, you know, off the cuff in something, like
16   they're spending money up there like drunken sailors
17   in a jocose kind of way.  But I realize now that
18   things like that could be taken out of context and
19   made to sound like that they are all drunk up there
20   and whatever is going on.  That was not my intention.
21         I don't recall saying it or even where
22   I said it.  I may have said that, that's possible, I
23   wouldn't deny that I said it.  But it's in that
24   context, you know, it was kind of a jocose, offhand
25   thing that, Gee, yes, they're spending money up
```
156