

**DIOCESE OF SCRANTON**
300 WYOMING AVENUE
SCRANTON, PENNSYLVANIA 18503-1279

OFFICE OF THE BISHOP

December 10, 2001



Mr. Christopher J.A. Grady
chrisgrady@hotmail.com

Dear Mr. Grady,



    In reply to your e-mail about the Society of St. John, I am pleased to tell you that the information you sent contains gross misrepresentation of the truth. You can be sure that there has been no "cover-up." And every allegation was thoroughly investigated and found to be unsubstantiated.

    Furthermore, Bishop Dougherty, myself, and other have been misquoted and maligned with abandon. These unwarranted attacks are very difficult for me to understand.



    In sum, what you sent to me is, to the best of my knowledge, not true. It is scandalous to say the least. I thank you for the opportunity to reply. If I can be of any further assistance, please do not hesitate to contact me.

Sincerely yours in Christ,

Most Reverend James C. Timlin, D.D.
Bishop of Scranton

EXHIBIT

# interoffice
## MEMORANDUM

**to:** BISHOP TIMLIN, BISHOP DOUGHERTY, JAMES EARLEY
**from:** MARIA ORZEL
**subject:** E-MAIL INQUIRY RE: FR. CARLOS URRUTIGOITY
**date:** December 10, 2001


I am enclosing a copy of a lengthy e-mail message, forwarded to us by Christopher Grady, which apparently is being circulated by Dr. Jeffrey Bond.

I realize that you are aware of such Internet messages, so you may already have seen this from another source.

Mr. Grady filled out our subject line, asking "How true/untrue is all this?"

I will await your consideration of a response. Many thanks.

**Subject:** Fwd: Diocese Visitor Comments
**Date:** Mon, 10 Dec 2001 01:55:57 EST
**From:** ScrantonDiocese@aol.com
**To:** dio21@epix.net



**Subject:** Diocese Visitor Comments
**Date:** Sun, 9 Dec 2001 00:41:15 -0500 (EST)
**From:** GCOS <dofs@celery.epix.net>
**To:** undisclosed-recipients:;

```
****************************************************************************
MessageType:       Question
Subject:           Bishop Timlin
SubjectOther:      How true/untrue is all this?
Username:          Christopher J A Grady
UserEmail:         chrisgrady@hotmail.com
UserTel:
UserFAX:
ContactRequested:  ContactRequested
Remote User:
HTTP User Agent:   Mozilla/4.0 (compatible; MSIE 6.0; Windows NT 5.1; DigExt)
Date:              Sunday, December 09, 2001
Time:              12:41 AM
```

Comments:

To All Concerned Catholics:

Many of you already know that a young seminarian testified in a diocesan inquiry in 1998 to having been homosexually molested by Fr. Carlos Urrutigoity, the Superior General of the Society of St. John. This seminarian is not the only young man who has claimed to have been homosexually molested by Fr. Urrutigoity. Moreover, I have received testimony from another young man who claims that he was homosexually molested by Fr. Eric Ensey, the Chancellor of the Society of St. John.

For the sake of those who are new to the sordid story of the Society of St. John, a clerical association in the Diocese of Scranton, Pennsylvania, I will offer below a brief chronology leading up to the most recent evidence of the misconduct of Fr. Urrutigoity and Fr. Ensey. I will also address how two other priests of the Society, Fr. Basel Sarweh and Fr. Daniel Fullerton, as well as Bishop James C. Timlin himself, the Ordinary of the Diocese of Scranton, have attempted to cover up the scandalous activity of the Society of St. John.

As President of the College of St. Justin Martyr, a liberal arts college established in association with the Society of St. John, it became apparent to me in late August 2001 that the College must separate itself from the Society of St. John. In brief, two reasons necessitated this separation: first, the Society had been using the College to raise money without giving any of the money raised to the

College; second, and even more decisive, I had learned on August 19, 2001 that Fr. Urrutigoity had a habit of sleeping with young men, and that a lawsuit against Fr. Urrutigoity and the Society was pending.

Parenthetically, the Society of St. John has raised millions of dollars by holding out the promise of a Catholic village and a liberal arts college of their own. The Society can no longer pretend to bring either of these into existence. Indeed, the Society's own land developer has informed them that their envisioned Catholic city is entirely infeasible. As for the liberal arts college, the Society has neither the education, nor the property, nor the financial wherewithal to establish, let alone support, such an institution. The Society's claim to the contrary, now posted on their website, is misleading in the extreme. In fact, the Society is on the verge of bankruptcy after having squandered hundreds of thousands of their benefactors' dollars. In all likelihood, the Society will have to put its 1,000-acre property up for sale. Lawsuits from creditors and defrauded donors will soon follow.

Given the above-noted revelations of misconduct, the Board of Directors of the College of St. Justin Martyr decided to remove from its Board the sole Society representative, Deacon Joseph Levine. In reaction to this decision, Bishop Timlin contacted me by telephone on September 10, 2001 to express his desire that the College not be separated from the Society. I explained to Bishop Timlin that our complete dissociation from the Society was necessary to protect the College for both financial and moral reasons. When I referred to Fr. Urrutigoity's immoral practice of sleeping with young men, Bishop Timlin vehemently objected to my use of the word "immoral." Bishop Timlin claimed that he, as a result of complaints made by others, had already investigated the matter and found that "no sin had been committed." Because I knew that no genuine investigation had taken place, I continued to insist that the College no longer be associated with the Society of St. John.

My first telephone conversation with Bishop Timlin was followed, over a period of five weeks, by many hours of face-to-face meetings with Bishop Timlin and his auxiliary, Bishop John Dougherty. Bishop Dougherty, who had apparently conducted something of an inquiry of his own, expressed his conviction that Fr. Urrutigoity was a "cult leader" who was "capable of pederasty." In light of abundant testimony that Fr. Urrutigoity was regularly plying minors with alcohol and sleeping with them in his private chambers, Bishop Dougherty acknowledged that Fr. Urrutigoity was "grooming" young men for sexual encounters. In consequence of this, Bishop Dougherty said that Fr. Urrutigoity should be deposed, if not laicized. Nevertheless, for his part, Bishop Timlin took no disciplinary action against Fr. Urrutigoity.

I did not know at that time - although both Bishop Timlin and Bishop Dougherty did - that Fr. Urrutigoity had already been accused of homosexual molestation in the 1998 diocesan inquiry mentioned above. At first I knew only of Fr. Urrutigoity's "sleeping sickness," as it has been euphemistically called. Thus, in an e-mail to the Society of St. John dated September 27, 2001, I asked the other members of the Society to repudiate Fr. Urrutigoity's habit of sleeping with young men. It was still my hope that the Society of St. John might be salvaged. However, none of the Society's members were willing to denounce Fr. Urrutigoity's reckless behavior, despite the fact that it was becoming widely known that Fr. Urrutigoity regularly slept one-on-one in his bed with young men in his private chambers.

I have been told by a number of young men who have slept with Fr. Urrutigoity that he sleeps "very close," meaning that he maintains full body contact with his arms around his sleeping partner. These young men have also informed me that Fr. Urrutigoity's modus operandi is to encourage them to come to his room for late night spiritual direction. He then invites them into bed with him under pretext of their being "brothers" with no need to concern themselves with any possibility of impropriety. This approach is

aided by Fr. Urrutigoity supplying these young men with alcohol to weaken their natural resistance.

By early October 2001, it had become clear that Bishop Timlin had overruled Bishop Dougherty's judgment. In fact, when Bishop Dougherty was asked if Bishop Timlin was being held hostage by the Society's huge debt, Bishop Dougherty responded "yes." It was now evident that Bishop Timlin would not intervene to prevent Fr. Urrutigoity from continuing his immoral practices. I therefore announced on our website on October 14, 2001, that the College of St. Justin Martyr was compelled to separate itself from the Society of St. John because the College could not endorse the policies and practices of the Society. When persons wishing to know the specific reasons for our separation contacted me, I informed them about both the financial mismanagement of the Society and Fr. Urrutigoity's habit of sleeping with young men.

On October 27, 2001, I wrote a letter to Bishop Timlin protesting his refusal to intervene in a principled manner and insisting that he canonically censure Fr. Urrutigoity. In that letter, I informed Bishop Timlin that, were he not to discipline Fr. Urrutigoity, I would be morally obliged to take this matter to Rome, the Catholic press, and even the District Attorney of Pike County.

At this time I continued to gather new and corroborative evidence about Fr. Urrutigoity's "sleeping sickness." My investigation has uncovered the following:

(1) When Carlos Urrutigoity was a seminarian at the Society of St. Pius X seminary in La Reja, Argentina, he was dismissed for homosexual behavior.

(2) After admission to the Pius X seminary in Winona, Minnesota, Fr. Urrutigoity again came under a cloud of accusations of homosexuality due to his particular and excessive attention to certain young seminarians.

(3) Fr. Urrutigoity was kicked out of the seminary in Winona as a result of his subversive activities undertaken to further his private agenda. Fr. Urrutigoity's project, begun in secret in Winona, eventually became the Society of St. John with the canonical approval of Bishop Timlin.

(4) Subsequent to his departure from Winona, Fr. Urrutigoity homosexually molested a former seminarian who had left Winona with Fr. Urrutigoity and his followers. That seminarian has testified that, once they left the seminary, Fr. Urrutigoity made an unwanted sexual advance upon him, which ended their friendship and led to the seminarian's return to Winona. Despite two years of carefully grooming this seminarian, Fr. Urrutigoity apparently misjudged the seminarian's aversion to homosexuality.

(5) When Bishop Fellay of the Society of St. Pius X learned of Fr. Urrutigoity's homosexual advance on the seminarian, he denounced Fr. Urrutigoity to Bishop Timlin for that advance, calling it "a grievously reprehensible action." Bishop Timlin then sent Bishop Dougherty, accompanied by a diocesan attorney and a priest, to Minnesota to take testimony from the seminarian. The seminarian claims that, after Bishop Dougherty heard his testimony, Bishop Dougherty told him "I believe you." Nonetheless, Bishop Timlin dismissed the charges against Fr. Urrutigoity.

(6) The seminarian claimed, furthermore, that he later revealed the incident to Fr. Eric Ensey, Chancellor of the Society of St. John. He added that Fr. Ensey in turn informed Fr. Daniel Fullerton, a founding member of the Society. According to this seminarian, when Fr. Ensey and Fr. Fullerton confronted Fr. Urrutigoity with the seminarian's story, Fr. Urrutigoity admitted the truth of the story.

(7) In addition to the seminarian mentioned above, another young man under Fr. Urrutigoity's spiritual direction has stated that Fr. Urrutigoity

homosexually molested him.

(8) A third young man has testified that he, while a minor, regularly slept with Fr. Urrutigoity after being plied with alcohol to the point of intoxication.

(9) Most recently, I have received testimony from a young man claiming that Fr. Eric Ensey homosexually molested him while he was a minor, and that alcohol was used to accomplish that purpose. This latest testimony helps explain why Fr. Ensey has refused to denounce the immorality of Fr. Urrutigoity.

On November 7, 2001, I sent a letter to Bishop Timlin presenting the additional information I had gathered since my first letter to him of October 27, 2001. Then, on November 19, 2001, I wrote to Bishop Montalvo, the Papal Nuncio in Washington, with a copy sent to Cardinal Hoyos, the Prefect of the Congregation of Clergy at the Vatican. Neither of these November letters mentions the immoral actions of Fr. Ensey because I did not know about his misdeeds until December 2001. I am currently investigating additional credible accusations against other members of the Society of St. John.

Many of you have seen my e-mail of October 31, 2001 to Fr. Basel Sarweh, and my e-mail of November 10, 2001 to Fr. Fullerton. I denounced both men for their lies and attempts to cover up Fr. Urrutigoity's immorality. Both priests, in response to those seeking to know the truth about Fr. Urrutigoity's "sleeping sickness," had claimed falsely that my accusations were due to a misperception stemming from the "overcrowding" on the Society's Shohola property. Fr. Fullerton went so far as to tell donors that Fr. Urrutigoity had merely acted in imitation of our Lord by receiving guests into his private chambers where they could sleep. My e-mails exposing these priests, as well as my letters, are available upon request to anyone who wants to know the truth about the cover-up initiated by the Society and perpetuated by Bishop Timlin.

In sum: it is clear that Bishop Timlin is covering up both the Society's financial misconduct and its gross immorality. Bishop Timlin has gone so far as to contact Society donors to assure them, falsely, that I have not accused Fr. Urrutigoity of immoral behavior; he has known, since 1998, of charges of homosexuality leveled against Fr. Urrutigoity, and yet has neglected to contact the young men involved, let alone speak with the parents affected; he has not asked Fr. Urrutigoity to recant his self-serving and aberrant theory of male intimacy; and he has ignored overwhelming evidence that Society members have plied young men and minors with alcohol, seeking to reduce their natural inhibitions, in order to lure these young men into bed. In short, the abuse of spiritual offices, both episcopal and priestly, is too manifest to be ignored.

Please feel free to pass this information along to concerned parties. Also, do not hesitate to contact me for further documentation concerning the above.



**DIOCESE OF SCRANTON**
300 WYOMING AVENUE
SCRANTON, PENNSYLVANIA 18503-1279

OFFICE OF THE BISHOP

February 15, 2002

TO WHOM IT MAY CONCERN:

    As the Bishop of Scranton, I continue to support the Society of St. John wholeheartedly during these very difficult times. I urge everyone not to come to any negative judgments regarding the allegations made against two of the Society's priests without verifying all the facts. It is confusing and difficult to arrive at the facts because of all the erroneous accusations being made by enemies of the Society. The Society at this point is alive and well and deserves the support of its friends.

    I should add that the so-called "College of St. Justin Martyr" does not have ecclesiastical approval and, therefore, is not authorized to solicit funds as if it were a Catholic College.

                                        *(signed)* ✠ James C. Timlin
                                   Most Reverend James C. Timlin, D.D.
                                        Bishop of Scranton



EXHIBIT

# AFFIDAVIT

I, Diane Toler, of 1020 Cardinal Lane, Cherry Hill, New Jersey, affirm the following:

On January 12, 2002, I wrote a letter to Father Dominic Carey of the Society of St. John. A copy of this letter is attached. At the time, my husband and I were continuing to receive requests for donations from the Society. My knowledge of the allegations of sexual misconduct prompted me to write the letter.

On February 12, 2002, I received a phone call from Father Dominic Carey. He expressed concern about the allegations and said he wanted to respond. He said the rumors about the Society were very damaging to their work and that he wished people would speak to the Society about these rumors instead of just assuming they were true.

Father Carey gave his explanation about the first two points in the letter regarding the misapplication of funds for the College of St. Justin Martyr and the inflated price of the Shohola property.

Father Carey then answered the third allegation. He stated that some Society priests did, indeed, sleep with young boys. He said that this was no secret and that they had no reason to hide this or deny this. Father said that this was Father Urrutigoity's method of having the Society priests bond with the boys. Father Carey said that there was nothing sexual about this. He said that in many societies in other times and places, including Ireland, it was common for men to share beds. He said that there is nothing wrong with this and we in America at this time are upset about it only because we are seeing it through the eyes of a sexually promiscuous society. I told Father Carey that, given the problems in the Church today with molestation of teenage boys by homosexual priests, this practice of sleeping with boys was not very prudent. He restated that nothing sexual was happening. When I told him that teenage boys were easily aroused sexually and that this sleeping with the priests was an occasion of sin, he replied that it would only be an occasion of sin if the boys were sleeping with women, since men are naturally attracted to women. For two men to sleep together is not an occasion of sin, since there is no natural attraction between men. Father Carey also told me that if I would go to St. Gregory's Academy on any given night, I would probably find boys sharing beds. He said he couldn't swear to it, but that it was just natural for the boys to do this: that two boys may be studying together and just naturally fall asleep with each other. He said that it was all very innocent.

These are my recollections of my conversation with Father Carey.

_____          May 6, 2003
Diane L. Toler                                    Date


Subscribed and sworn before me this 6th day of May, 2002, in Cherry Hill, New Jersey.


_____
Notary Public
                Cesar Lorenzana
        Notary Public, Camden County, New Jersey
        My Commission Expires December 27 2004

**EXHIBIT R**

Case 3:02-cv-00444-JEJ   Document 107   Filed 07/19/04   Page 9 of 19



## The Catholic Church's Abu Ghraib

No, there was no torture or interrogation involved. No women either. They were all allegedly willing participants—and, to a man, they were men. One among their ranks also took photos that were published on Monday by the Austrian news magazine *Profil*.



Fr. Wolfgang Rothe, vice rector of the Sankt Poelten seminary, in two compromising poses with unidentified student (*Profil*)



Sign up to receive the Cruxnews.com weekly updates by email.

The photos showed seminarians and priests from Austria's Sankt Poelten seminary fondling and kissing one another and engaging in sex games. *Profil* also reported that some 40,000 pornographic images and films were downloaded to the seminary's computers, including photographs depicting acts of pedophilia and bestiality.



Consequently, German-language media outlets have been saturated this week with reports of the Austrian seminary scandal chock o'block full of lurid details in what has become the Catholic Church's Abu Ghraib. Headlines such as "Seminary orgy rocks Church in Austria" (Irish Examiner), "Church probes perverse pictures" (Toronto Star), and "Porn case could torpedo bishop" (The Guardian), made news from Britain to Australia to America.

The scandal immediately prompted the resignation of two seminary officials, an internal investigation by the Austrian bishops conference, and calls for a criminal investigation since the



EXHIBIT 5

scandal involves a large cache of child pornography—illegal in Austria as in most other countries.

Church officials also told Austrian Radio that they will ask the Vatican to remove Kurt Krenn as bishop of the Sankt Poelten diocese. Martin Walchhofer, who supervises the nation's other Catholic seminaries, asserted that Krenn was ultimately responsible for the scandal and "must answer before the church and before God for all of this." (Krenn pulled Sankt Poelten's seminary from the Austrian system, claiming that the other Austrian seminaries were "too liberal.")

Helmut Schueller, the Archdiocese of Vienna's ombudsman for victims of sexual abuse, said that only if Bishop Krenn steps down as leader of the Sankt Poelten diocese "will an extensive investigation be possible."

Asked whether he intended to resign over this scandal, Krenn said bluntly: "No."

The 68-year-old bishop dismissed the *Profil* accusations as "groundless." He refereed to the photographic evidence in hand as "harmless pranks" that "have nothing to do with homosexuality."

In a nationally televised interview, Krenn said the seminary furor was overblown, calling the *Profil* report an "exaggeration." Referring to a photo of two seminarians French-kissing one another, the indignant bishop defended the young men by saying the photos were taken at the end of a Christmas party, and the seminarians and their instructors were merely partaking in traditional "Christmas kisses."

The bishop did admit, however, in a public statement that he "may have made some wrong personnel decisions" at the seminary.

Meanwhile, seminary rector Ulrich Kuechl and vice-rector Wolfgang Rothe resigned their positions at the school. According to *Profil*, Kuechl and Rothe, both appointed by Krenn, had homosexual relations with students, using pedophile photos for stimulation. Both men were pictured in compromising positions with their seminarian students, prompting some to wonder if the priests had abused their positions to pressure seminarians to partake in the ungodly activities that have allegedly been a staple of life at Sankt Poelten for at least several years now.



Rector Ulrich Kuechl (left) and Vice-rector Wolfgang Rothe (right)
resigned from the Sankt Poelten seminary earlier this week

Although now resigned, neither Kuechl nor Rothe admit to any guilt on their part. Kuechl characterized the *Profil* report as "pure lies" and threatened to sue for libel. When presented the photographic evidence, he, like his boss Krenn, said the photos were "open to interpretation." He compared the actions in the photos to the way soccer players handle one another after a particularly good play.

Explaining his resignation, Kuechl added: "The slander spread in the media by a former seminary member against myself has made such a negative impression on public opinion that my further conduct of office would probably be a great burden for the seminary and diocese."

The scandal doesn't stop there. In order to understand that the homosexual transgressions were not mere anomalies, *Profil* quotes one unnamed seminarian who claims that two fellow students considered themselves a 'same-sex couple' and received the 'sacrament" of marriage in a not-so-secret ceremony.

To that accusation, Kuechl also says balderdash.

Even Austrians who see no real problem with grown men kissing and fondling each other in the halls of a Catholic seminary (or anywhere else) seem scandalized by the revelation of child pornography.

Socialist party spokesman Hannes Jarolim, for example, urged Austria's Interior Ministry to launch a criminal investigation into the charges.

Reports in the U.S. media thus far have tended to downplay the gay sex parties and honed in on the charges of child pornography.

**Photos are the key**
Homosexual sex scandals are, regrettably, nothing new to Catholic seminaries. Denial, avoidance and cover-up are also old hat in these same circles. If it wasn't for an unnamed 33-year-old Polish-born priest who took photos of the misdeeds with his compact digital camera, there would have been no resignations, no calls for an investigation, no emergency meetings. There would only have been the characteristic obfuscation and denials on the part of Church leaders. Conservative Catholics would have defended the priests and bishop, calling the accusations false and vilifying the whistleblowers as psychologically unfit. At the same time, liberal Catholics would have dismissed the accusations of homosexual revelry as the product of an overactive conservative imagination. Or they may have simply ignored the whole issue.

That's certainly the pattern Church watchers have observed over the past decade on these issues. When my seminary exposé book *Goodbye, Good Men* came out in 2002, detailing similar incidents (for men kissing in seminary hallways, for example, see page 147), the claims made by dozens of former seminarians who had experienced the pressures of the so-called "gay subculture" at

seminary were dismissed in many cases as nothing less than pure fantasy.

Despite the fact that certain seminaries became widely known by nicknames such as The Pink Palace, Notre Flame, and the Faggot Factory, seminary rectors and bishops could think of nothing more original than to deny that anything was wrong, calling the charges scurrilous and groundless. Nothing less than compromising photos published in *Newsweek* would have made them eat their words.

### The Daughters of Trent

The Austrian scandal doesn't come as a shock to those who have been hearing the outrageous details of goings-on inside many Catholic seminaries. What does come as a surprise to many is that such bacchanalia fests would take place at seminaries known to liberals as "arch-conservative" (a completely meaningless label) and directed by priests and a bishop regarded as theologically orthodox.

Perhaps this speaks to a different state of affairs in Austria than in the United States. But then again, maybe not. The so-called Daughters of Trent, tradition-minded gay priests and seminarians, have their own foothold in the American Church. And so much more scandalous are they who practice the opposite of what they openly preach.

Tridentine groups, for example, have had their share of lurid homosexual scandals in recent years. Rev. Carlos Urritigoity, the founder and Superior General of the Scranton-based Society of St. John was suspended for sexual molestation of male students, but only after years of denials and obfuscation by the priest, his society, and Scranton's Bishop James Timlin, known as one of the more conservative American prelates. To be sure, candid photos would have spared a lot of needless scandal in this case.

The Institute of Christ the King, a venerable international order of traditional Catholic priests loyal to Rome, suffered the scandal of its North American superior, Fr. Timothy Svea, being sentenced to 18-months in jail for tying a 16-year-old boy to his bedpost in the interest of sex games.

"It's a wonderful thing to have priests who will say the traditional Mass," wrote Roger McCaffery, former editor of *The Latin Mass* in a 2002 editorial, "but let's stop the mindless cheerleading and face reality. The law of averages suggests that there are more scandals to come on the Catholic right."

In non-traditionalist but conservative circles, Fr. Marcial Maciel, the founder of the Rome-based Legionaries of Christ, has been accused by at least eight former seminarians of gross sexual abuse. Despite mounds of credible evidence stopping short of photographs, Maciel and his order have steadfastly maintained the now-octogenarian priest's innocence and attacked his accusers as anti-Catholic agitators, despite the fact that one of them is still a priest and not one has benefited either personally or financially by making the accusations. This whole sorry epic is recounted in Jason Berry's *Vows of Silence*, although the book risks being wholly dismissed as empty

polemic due to the author's thinly-veiled liberal agenda.

The Austrian scandal is just another chip away at the false sense of security many conservative and traditional Catholics once had in thinking they'd be safe in trusting the clerics they admire for their ostensible orthodoxy and commitment to the Catholic faith.



Bishop Kurt Krenn is at the epicenter of the Sankt Poelten scandal

**The ongoing scandal of Kurt Krenn**
It's not clear how many Austrian Catholics, conservative or otherwise, have ever admired Sankt Poelten's Bishop Kurt Krenn.

His defiance in such delicate matters is nothing new. Known as a conservative if reactionary prelate in a country of liberal bishops (most more liberal than their American counterparts), Krenn made headline news in Austria in 1998 when he staunchly defended Cardinal Hans Hermann Groer, also a conservative, against pedophilia charges. The cardinal was later forced by the Vatican to resign his post as the Archbishop of Vienna after it became clear he had been molesting students at an all-make boarding school for years.

The Groer affair came to a head during Pope John Paul II's 1998 trip to Austria. The Pope was greeted in Sankt Poelten by 1,000 black balloons in the hands of Catholics protesting Bishop Kurt Krenn. They also distributed leaflets urging the Pope to sack the bishop. Krenn's defiant support of a guilty pedophile cardinal was, for them, the last straw.

Needless to say, these Catholics now have more ammunition to use against the unpopular Krenn. They also have a lot more allies in the campaign to oust the defiant bishop.

An open rift between Krenn and Cardinal Christoph Schoenborn has been ongoing for years, and judging from statements coming out of various Church officials in Austria, Krenn is not going to enjoy much support from his fellow churchmen. Homosexual orgies and child pornography at Krenn's seminary is over the top—even for them.

There is, of course, a silver lining to this scandal, as with most that play out in this way: reasonable people can no longer deny the

sickness. It's exposed now and needs more exposure, until the situation heals properly. That means a thorough cleaning of the Augean stables.

*Michael S. Rose is the author a several books including the New York Times bestseller                . He is Executive Editor of Cruxnews.com.*

Email author:



# Society of Saint John

February 18, 1999

Dear Paul,

Just a few words regarding the camp trip this past weekend. First, let me express my satisfaction with and admiration for the good work and organization you put into this trip. In particular, I was impressed with the way you handled giving responsibility to the boys in areas like food, itinerary and timing, etc.

Second, I would like to apologize for and explain my mind in a matter that came to my attention recently. At the request of some of the boys, I have given them some cigars for the trip. To use a distinction that we learn in Canon Law, I did not think this to be directly "against the law," but "beyond the law" of the school. I mean that because this camping trip was an extraordinary activity whose end was the fostering of good camaraderie, the normal prohibition for smoking did not hold as in the school. I thought that Mr. Hicks would not mind this, and that is why I got them those cigars. In no way did I intend to impose on you or the faculty, nor did I intend to put you in a difficult position. The very candidness with which this took place explains, I believe, my attitude, i.e. I did not want it to be a "hidden" or "against the faculty" affair. In fact, I did not think it to be an affair at all. I can see now that I was mistaken, and I apologize for this.

In any case, I thought that the trip was very enjoyable and well planned. Again, sorry for any inconvenience I might have caused.

In Caritate Christi, Radicati et Fundati (Eph. 3:17)

Sincerely,

Father Carlos R. M. Urrutigoity

Cc: Mr. Alan Hicks, Mr. Howard Clark.

P.O. BOX 183 • ELMHURST, PENNSYLVANIA, 18416 • PHONE: (717) 842-9711
FAX: (717) 842-9509 • E-MAIL: INFO@SSJOHN.COM • WWW.SSJOHN.COM


EXHIBIT T



DIOCESE OF SCRANTON
300 WYOMING AVENUE
SCRANTON, PENNSYLVANIA 18503-1279

OFFICE OF THE BISHOP

June 3, 1998






UNITED STATES DEPARTMENT OF JUSTICE
IMMIGRATION AND NATURALIZATION SERVICE
Vermont Service Center
75 Lower Welden Street
St. Albans, Vermont 05470-0001

        Re: Temporary visa as a Minister of Religion
        Beneficiary: Father Carlos Bernardo Terrera

Dear Immigration Examiner:

  I am writing this letter to request a temporary visa as a Minister of Religion on behalf of Father Carlos Bernardo Terrera. We desire to have Father Carlos Bernardo Terrera assume the duties as priest with the Society of Saint John. The Society of Saint John is a new order established in our Diocese of Scranton as a new clerical association of Christian faithful.

  The Diocese of Scranton was formed and incorporated on March 3, 1868, as a religious corporation under the laws of the State of Pennsylvania. Our diocese has been granted exception from Pennsylvania income taxation by the State Department of Revenue. We are recognized as exempt under 501 (c) (3) of the Internal Revenue Code.

  The Society of Saint John is a group of Catholic priests and clerics dedicated to serve the community. Their mission is to offer liturgical apostolate based on a full liturgical life, create Catholic communities in close cooperation with interested laity, where the life of faith and nature can find a proper setting, and also offer intellectual and spiritual support to Catholic youth going to college through University chaplaincy.



  Father Carlos Bernardo Terrrera studied at St. Pius X Seminary, in Econe, Switzerland. He pursued his vocation as a member of the Society Saint Pius X, serving as a priest for four years in Buenos Aires, Argentina, and then for five years in Mendoza, Argentina, where he became the prior. Father Carlos Bernardo Terrera is now a founding member of the Society of Saint John where he will continue to serve as a Catholic priest.

UNITED STATES DEPARTMENT OF JUSTICE          Page Two
IMMIGRATION AND NATURALIZATION SERVICE    June 3, 1998





COPY

      Father Carlos Bernardo Terrera was ordained as a priest on June 29, 1989. By virtue of his ordination he is authorized to perform as a pastor of the church conducting worship, celebrating Mass, officiating at weddings, funerals and other sacramental functions.

      His duties at the Society of Saint John will be to carry out the tasks entrusted to the Society and described above. In addition, he will be of service to our community by serving as a chaplain at St. Gregory's Academy, a Catholic high school in our diocese. In this function, he will be required to say Mass, hear confessions, and offer spiritual guidance to the youth.

      Father Carlos Bernardo Terrera will receive $20,000.00 a year. As a full-time priest, he will not be dependent on any kind of supplemental employment or solicitation of funds for his support.

      Your prompt action on this petition is greatly appreciated.

      Sincerely yours in Christ,

Most Reverend James C. Timlin, D.D.
Bishop of Scranton

JOHN DOE, JOHN DOE, SR. and )
JANE DOE, )
  )
  Plaintiffs, )
  )
-vs- )Case No. 3:02-0444
  )
FATHER ERIC ENSEY, FATHER )
CARLOS URRUTIGOITY, DIOCESE )
OF SCRANTON, BISHOP JAMES C.)
TIMLIN, THE SOCIETY OF )
ST. JOHN, THE PRIESTLY )
Fraternity OF ST. PETER, and)
ST. GREGORY'S ACADEMY, )
  )
  Defendants. )
_____X

DEPOSITION TESTIMONY OF

RICHARD A. MUNKELT

THURSDAY, OCTOBER 23, 2003

LACKAWANNA BAR ASSOCIATION
338 N. WASHINGTON AVE., 3rd FLOOR
SCRANTON, PA 18503


COLLEEN C. LEE
COURT REPORTER



KEYSTONE COURT REPORTING AGENCY, INC.
4099 BIRNEY AVENUE, SUITE 9
MOOSIC, PA 18507
(570) 558-3011    (800) 570-3773

COUNSEL  PRESENT:

On behalf of the Plaintiff:
   LAW OFFICES OF JAMES BENDELL
   BY:   JAMES BENDELL, ESQ.
   2535 Ivy Street
   P.O. Box 587
   Port Townsend, WA  98368

On behalf of the Defendants Bishop Timlin and
Diocese of Scranton::
   KENNEDY, O'BRIEN, McCORMACK & MULCAHEY
   BY:   JAMES O'BRIEN, ESQ.
   Scranton Life Building, Suite 504
   538 Spruce Street
   Scranton, PA  18503-1808

On behalf of the Defendants Priestly Fraternity of
St. Peter and St. Gregory's Academy:
   LEESON, LEESON & LEESON
   BY:   JOSEPH F. LEESON, JR., ESQ.
        JOSEPH GAUGHAN
   70 East Broad Street
   P.O. Box 1426
   Bethlehem, PA  18016-1426

On behalf of the Defendants Society of St. John,
Father Ensey and Father Urrutigoity:
   FOLEY, COGNETTI, COMVERFORD & CIMINI
   BY:   SAL COGNETTI, JR.
        VINCENT B. CIMINI
   700 Scranton Electric Building
   507 Linden Street
   Scranton, PA  18503-1666

ALSO PRESENT:  Father Eric Ensey
               Father Dominic O'[...]

EXHIBIT V

STIPULATIONS

It was agreed by and between counsel that all objections, except as to the form of the question, will be reserved until the time of trial.


INDEX OF WITNESSES

EXAMINATION                               PAGE NUMBER
Richard A. Munkelt
   By Mr. Cognetti. . . . . . . . . . . . . . 4, 162
   By Mr. O'Brien. . . . . . . . . . . . . . . . 122
   By Mr. Leeson . . . . . . . . . . . . . . . . 145


4

1  RICHARD   A.   MUNKELT,
2  WAS CALLED, AND HAVING BEEN DULY SWORN,
3  WAS EXAMINED AND TESTIFIED AS FOLLOWS:
4
5  EXAMINATION BY MR. COGNETTI:
6     Q.    Will you please state your full name?
7     A.    Father Richard Allen Munkelt.
8     Q.    And what is your Social Security
9  number?
10    A.    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.
11    Q.    Where do you reside?
12    A.    719 Route 434, Shohola, Pennsylvania.
13    Q.    Do you have a telephone number?
14    A.    Yes.
15    Q.    And what is that, sir?
16    A.    570-685-8868.
17    Q.    Did you ever see Father Urrutigoity
18 perform a homosexual act on any individual?
19    A.    No.
20    Q.    Did you ever see Father Ensey perform a
21 homosexual act on any individual?
22    A.    No.
23    Q.    What is your relationship to James
24 Bendell?
25    A.    You mean Bendell?

**Page 41**

A. Well, turning the clock back -- I mean, I'm just being a little facetious.
Q. Well, tell us --
A. I liked the Latin Mass. I thought it was important to preserve the Latin Mass as part of the liturgical heritage of the church. I believed that the liturgical situation within the Catholic Church was in disarray and that the preservation of the Latin Mass was a good antidote.
Q. Do you believe it was since 1962? Was that the year with John Paul?
A. The Tridentine mass was '62.
Q. '62?
A. Yes.
Q. Do you think that the church has gone downhill since then?
A. I believe that the Church is in a confused state, yeah. I accept the Council and I believe there are many good things in the Council, but I believe that the implementation of the Council has had sorry effects, interpretation, and implementation of the Council.
Q. Do you believe that the Catholic Church encourages homosexual priests?
A. I don't believe at all that the Church

**Page 42**

encourages homosexuality in the priesthood. In fact, it is quite clear, based on documents, that homosexuals are not fit for the priesthood, and I totally concur with.
   In practice, there appears to be, from many reports, that homosexuality is a problem in seminary life that is overlooked or condoned, and I could give you a specific example which is kind of ironic. Should I?
Q. Okay.
A. I had a recent conversation with the new pastor in Shohola, at St. Ann's in Shohola, which is the parish in which the Society is located. His name is Father Thomas Petro. So this past summer I went to introduce myself, because I also had keys to a church of the parish. There is a parish church and then there are two mission chapels, and I had keys to one of the mission chapels in Greeley, Sacred Heart, which I had gotten from the previous pastor so I could say my daily mass. I don't have a parochial assignment. I am not in the parish.
   So I went down to introduce myself to the new pastor, this Father Thomas Petro, and basically to make sure I still had his permission to say my daily Latin Mass. We also -- and at this very

**Page 43**

first meeting we got into a long discussion about the Society of St. John. And --
Q. I don't want to cut you off, but you were going to tell us about a homosexual experience that you encountered --
A. I will give you an example.
Q. -- that you witnessed or --
A. I'm getting to the point.
Q. Okay.
A. I am almost there. So we got into a long conversation about the Society of St. John and I told him I thought that they were a homosexual cult and I thought that Bishop Timlin was -- let us put it this way for the moment -- ignoring that fact. So Father Petro said, Well, that doesn't surprise me because I've had a similar incident with Bishop Timlin. And I said, Well, what is that?
   He said, I was at Theological College, which is the seminary of Catholic University in Washington. I wrote Bishop Timlin a letter saying there was a gay problem at Theological College and it is serious and I am concerned about. Bishop Timlin took the letter and sent it to the rector of Theological College. The rector got the letter, called Tom Petro in who was a seminarian at the time

**Page 44**

and read him the riot act and told him he had to basically keep his mouth shut or leave. So Tom Petro kept his mouth shut.
   And I recently asked Bishop Timlin about this, and he did not deny that happened. In fact, he said to me, Well, what could I do? I had to send the letter to the rector. Now that kind of story is pervasive. I mean, when you are in this business and you're a seminarian, you get these stories all over the place, all over the place. It is an absolute disaster.
Q. Okay.
A. There has been an infiltration of seminaries and seminary life by homosexuals.
Q. Let's go back to your contact with the Society of St. John then in 1998. You get a brochure?
A. Yes. Well, the pastor got the brochure, and he showed it to me.
Q. Then what happened after that?
A. Well, it looked great. It was flashy and they had, you know, emphasized the importance of the Latin Mass, the Latin liturgical tradition, and music and also other things which were very interesting.