IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE, JOHN DOE, SR. and JANE DOE, | Case No.: 3 CV 02-0444 |
| Plaintiff, | AFFIDAVIT OF DR. WILLIAM FOOTE |
| vs. | |
| FATHER ERIC ENSEY, FATHER CARLOS URRUTIGOITY, DIOCESE OF SCRANTON, BISHOP JAMES C. TIMLIN, THE SOCIETY OF ST. JOHN, THE PRIESTLY FRATERNITY OF ST. PETER and ST. GREGORY'S ACADEMY, | |
| Defendant. | |

Dr. William Foote, being first duly sworn, deposes and states as follows:

1.      I am a psychologist licensed in the State of New Mexico.

2.      Attached hereto is a copy of my curriculum vitae which accurately sets forth my education and credentials.

3.      Also attached hereto is a copy of the report I prepared in this case.  The statements in that report are true to a reasonable degree of medical certainty.

Dr. William Foote

SUBSCRIBED AND SWORN to before me this 14 day of July, 2004.


AFFIDAVIT OF DR. WILLIAM FOOTE - 1

EXHIBIT

X

*Rhia Clothier*

NOTARY PUBLIC residing at *Albuquerque* N M
My commission expires  2 / 6 / 07

AFFIDAVIT OF DR. WILLIAM FOOTE - 2



**William E. Foote, Ph.D.**
Forensic and Clinical Psychologist
Diplomate in Forensic Psychology, A.B.P.P.

215 Gold Avenue SW, Suite 202
Albuquerque, NM 87102-3364
Email: forNpsych@aol.com
Phone: 505-243-2777
Fax: 505-243-2776

### Psychological Evaluation Report

**Client** Michael Prorock

**Date of Birth** May 16,1981

**Dates of Evaluation** September 29 and
September 30, 2003

**Date of Report**: December 23, 2003

**Evaluative Procedures.** Mr. Prorock was seen for psychological evaluation on September 29 and September 30, 2003 in my office in Albuquerque, New Mexico. On September 29, 2003, he was administered the Personality Assessment Inventory and the Minnesota Multiphasic Personality Inventory-2. He was also administered the Trauma Symptom Inventory. On that same date I met with him for 3. 5 hour interview. He returned to my office on September 30, 2003, and met with Jordan Bell, my testing assistant, for a cognitive battery. This battery included the Wechsler Adult Intelligence Scale III, the Wechsler Memory Scale, the Wide Range Achievement Test and Trails A and B. On that same date, I conducted a 2.5 hour clinical interview. On November 14, I conducted a 1.0 hour telephone interview with him. I have also spoken for about an hour with Michael's father, Thomas Prorock.

In addition I have had an opportunity to review a number of documents related to this case. These include a copy of the Complaint in the case of John Doe v. Father Ensey, et al., the depositions of Thomas J. Prorock, Michael Prorock, Shayne Prorock, Father Carlos Urrutigoity, Dr. Father Eric Ensey, Patrick McLaughlin, Father Daniel Oppenheimer, Stephen Fitzpatrick, Matthew Selinger and Virgil Tethero. I have reviewed the records of Dr. Phillip Hillsman, the Holly Hill Charter Facility, Dr. Steven More, Pathways Counseling Center, Transitions Recovery Program and the school records from St. Gregory's Academy. I have also reviewed the video of Michael Prorock's interview with Police detectives on April 29, 2002, and the video taped depositions of Matthew Selinger and of Joseph Sciambra.

and one was to respect them and never question or criticize them.

Michael Prorock first went to grade school at Odell School in Concord, North Carolina, and then to the Caverras Academy. He started there and stayed there through the 4th grade. He found that he had smaller classes there than he had in public school. He recalls, "In school, I got along reasonably well. I don't remember having any major problems– except not doing homework. My grades were As and Bs."

He attended Sacred Heart Parochial School in Raleigh, North Carolina, in the 5th grade. His family moved in the summer between the 5th and 6th grades. He recalls, "I did fine grade wise. I did not have many friends and was in an outsider group. Got made fun of a lot. I was not happy there by any means." He made As and Bs there and recalls that he was picked on for "being a dork. Reading too much. Being too religious." He liked and really enjoyed Communion. He recalls, "I had been taught that it was the presence of God. I liked that a lot. It seemed kind of ceremonial and other worldly almost." He served as an altar boy and he does not recall any untoward events happening between himself and the priests or the nuns while he was there. He completed the 8th grade in that setting. He played baseball and basketball there and also served as part of the Science Olympiad. He started a chess club at that school.

He attended St. Gregory's Academy in Moscow, Pennsylvania. His parents thought that it was going to be a better school than the Catholic school in Raleigh which had some drug problems. It was a school with sixty students and had much smaller class sizes than the other schools that were available to Michael Prorock in his local area. The school was also recognized to be religiously conservative, maintaining the Mass in Latin. When his parents suggested that he might go there he gave it significant consideration. "I thought it was a chance to start over. Also to have some freedom." He recalls that his parents were strict with him and he was not allowed to watch a lot of TV. His father did not like him reading fantasies and science fiction and insisted that he read biographies. He was not allowed to go on a number of school trips, especially those that required sleep overs.

He started at St. Gregory's in 1995. He recalls that his first impression of the school was

<div align="center">

Michael Prorock
December 23, 2003
Page 3

</div>

that it was small and seemed backward in some ways. It also impressed him that school was rather "close minded" in part because the faculty considered the reforms of Vatican II to be evil and cleaved to what Michael considers to be "ultraconservative views." It was an all-boy school and there were no dances at school and they were not allowed to listen to any music aside from classical or church music. They were not allowed to own Walkmans, Gameboys and other kinds of electronic equipment. They were occasionally allowed to watch a movie as a school function on weekends and Michael recalls that it was a treat when movies were in color.

Michael recalls that he got along well with other boys in school because, to a certain extent, all of them came from strict families. Some of the seniors who were "big on hazing freshmen. My 14th birthday, I was stretched out between two beds and beaten with a shillaly. I had a tennis racket for my birthday beating." He recalls that he got along well with the priests and recalls that a Father Carr was the main chaplain and religious teacher and he got along well with him.

In the summer of 1996 Michael worked at the local K-mart in Raleigh and mowed lawns. He enjoyed being back home and having more freedom, but he did not really connect with his friends. In the fall of 1996 he recalls that school seemed alright and he did not have a lot of problems. Although he still got picked on the hazing decreased. He had some problems because he had injured his knee in rugby at the end of his freshman year. He hurt his knee again that year in wrestling. That was the only thing that really marks that year as distinctive from his freshman year. Again, in the summer of 1997 he returned home and work at Kmart and started dating a girl in Raleigh. He quit his job with K-mart and started working for his girlfriend's father doing electronic repairs.

He recalls that when he returned St. Gregory's in the fall of 1997, "Everything started to change that year. The religious order running the school changed that year and the Society of St. John's came in. Virtually all of the priests who had been in the St. Peter's Order, except for Father Carr, were gone." At the time that the Society of St. John's took over, he had a relatively minor alcohol history. He said, "I had drank before but had been tipsy only three or four times before

Michael Prorock
December 23, 2003
Page 4

this." The summer between his freshman and sophomore years he drank maybe once a week with some older people from work and got tipsy twice that summer. He had an impression that alcohol may be affecting him less than it did other people, an observation also made by his friends. He smoked marijuana for the first time in the fall of his junior year when he was 16. The marijuana was laced with PCP and he recalls that he had hallucinations with it.

He also recalls that in terms of his sexual behavior, that he had no sexual experiences prior to that year, except for masturbation, and he did not start that until late in his 15th year. He found that he was not attracted to other boys and "liked girls a lot."

He first started having extensive contact with Father Ensey at the end of October or early November of his Junior year, 1997. At this time Michael was considering going into the priesthood. Michael Prorock asked Father Ensey one day if he could go to confession. After Michael confessed his sins to Father Ensey, Father Ensey suggested that Michael see him for spiritual direction█████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████

He started meeting with Father Ensey in the faculty dining room one or two nights a week. Then, before long, they were meeting every night, going for walks or meeting in another office on the third floor in the corner of the building. It was a guest bedroom and office and isolated from the other spaces. He would meet with Father Ensey for a half hour or a couple of hours every night. They talked about everything under the sun. They talked about the importance of very close friendships and the platonic notion of friendship. Michael was hesitant to open up at first but Father Ensey kept saying that he would be much happier if he would open up. A couple of weeks into the meetings Father Ensey started offering alcohol to Michael in order to help him "open up." Father Ensey began by providing Michael with beer and wine and then moved on to whiskey and vodka. Michael was fine about having the alcohol, although he thought it was little odd for the

<div align="center">
Michael Prorock<br>
December 23, 2003<br>
Page 5
</div>

priest to be giving it to him. Father Ensey often had a flask with him. By Christmas of that year, it had seemed like Ensey had become his only friend and he encouraged Michael to spend more and more time with him. By that time, Michael was mocked by other students for spending so much time with a priest. They would make fun of him for drinking with the priest. And at the same time Michael was restricted from participating in sports because of his knee injuries.

Michael recalls that he went home for Christmas break and then went back in January for the spring semester and things continued as they were. Ensey started giving him back massages, initially with Michael wearing his clothing. Then, Ensey asked Michael to take off his shirt. Although Michael did not feel good about what was going on, he recalls that Father Ensey was the only close friend he had. When Michael complained about this circumstance, Father Ensey said it was just because Michael was such a "puritan" that he did not want to take his shirt off in front of another man.

By the spring of 1998, Michael was staying drunk more and more. He was taking pain pills in the morning to hold him through the evening. He had started taking pain pills some time that spring, following another injury he had sustained in the fall of 1997. He was taking two different pain medications, one of which was a codeine derivative. That spring, he started taking the pills not just for pain but "for effect." He liked taking the drugs because they would give him the same effect as alcohol. Michael is aware that Father Ensey knew Michael's family had a history of heavy alcohol use on both the Irish and Polish sides of the family. By May or June of that year, Michael was staying high virtually all of the time. He recalls, "I don't know if I saw a sober day between May and June. I had alcohol poisoning at the end of May. They were having a graduation ceremony. The night of the graduation, I downed a full liter of tequila and kept drinking. I ended up throwing up blood all over the wall." He recalls that the dorm father kept him throwing up and hydrated and kept him from going to the hospital the next day. Although Michael recalls that he had "the shakes" all the next day and had to start drinking again to stop shaking. After this bad experience he told himself that he was not going to return to drinking, but he did the very next day.

Michael Prorock
December 23, 2003
Page 6

On the night of his birthday, May 16, 1998, Father Ensey and Michael got drunker than usual. That evening they were drinking some grappa that the priest had brought back from Italy several years before. That morning Ensey had said a private Mass for Michael's birthday and after the Mass Ensey had written up a "vow of friendship" for them to say. This was a consecration to Our Lady. Father Ensey had Michael kneel down and say the consecration while holding his hand. Then that night, after they had been drinking for a while, Ensey explained to him that this was a medieval ceremony when a knight would kneel before his lord, hold his hand between the lord's folded hands, and then kiss him on the mouth, and he asked Michael to do that. Michael was eventually convinced to kiss Ensey on the mouth after the priest explained that this kiss was not a sexual one. However, when they did kiss, Ensey forced his tongue into Michael's mouth. Michael then drained the rest of the bottle of grappa, left to go to his room without saying another word. He recalls, "I did not really know what to do or say. I said we were both drunk. I did not bring it up and neither did he. I did not want to get cut off from my booze and he was also buying me cigarettes. I continued to spend time with him, kept meeting with him through the end of that school year." Immediately after school that year, Michael went to France on a school trip and stayed drunk the whole time. This was something that was noted by his teacher who was on the trip. His teacher reported the drinking to his father, and that was the first awareness that Michael's father had of his developing drinking problem.

Michael went back home that summer and worked at EMI Electronics and dated his former girlfriend, Amber. That summer, Father Ensey came and stayed with his family. While Father Ensey was there they drank every night. Michael's dad complained about their beer in the refrigerator and that summer Michael cut back on his drinking and drank perhaps twice. However, his interest in drinking appeared to have been replaced by an interest in sex with Amber. He felt guilty about it. He avoided going to confession the whole summer and did not go back to confession until school in the fall.

When he returned to school for his senior year, he had different roommates and bragged about all of the great sex he had that summer. One of his roommates went to the headmaster and it

somehow got back to Father Ensey, who forced Michael to break up with Amber. Father Ensey told him that this was on the authority of the headmaster, but that has never been confirmed. Michael did as the priest required, albeit reluctantly. This command was put into the language of devotion. Amber was Protestant and this was an occasion of sin, so he had to break up with her. Amber did not take it well and he was upset about it. He did it anyway and felt guilty about it.

In the fall of 1998 Michael went to visit Thomas Aquinas College near Ventura, California, at Father Ensey's expense (although Thomas Prorock states that he paid for the trip). This was the school Ensey wanted him to attend and both he and Ensey stayed at Ensey's parent's house, probably over the Thanksgiving break. The first night they were there they camped out on the beach and Michael was very drunk. At the beach, Father Ensey forced Michael, as a sign of his decision to break up with Amber, to throw away a ring that she had given him. Michael had a bottle and half of wine that night and woke up with Ensey's arms wrapped around him the next morning.

The second night they stayed with Ensey's parents and Michael asked to sleep on the couch, but his mentor and priest insisted that they share a bed. That night they got really drunk, and when Ensey said that it was time to go to bed, Michael took off his shoes and socks and crawled into bed in his pants and T shirt. Father Ensey said that he was being a "Puritan" and took off his shirt and his pants. Michael was in his boxers and laying facing the wall away from Father Ensey. Ensey put his arms around Michael and said that if he felt anything that night not to worry, he was only human. Through the night he could feel Father Ensey's erection pressing into his buttocks. He recalls at that point he blacked out from the alcohol.

He recalls, "I came to, I don't know how much time later. He (Father Ensey) had one hand on top of my head and the other hand was forcing his penis into my mouth. I blacked out again. Then came to the next morning and I immediately went to the shower and found blood encrusted on my anus. I could feel the pain there. When I was in the shower, he (Father Ensey) came into the shower and put his arms around me in the shower." Ensey offered him a stiff drink of vodka and grapefruit juice and Michael recalls that he drank himself into oblivion the rest of the trip. The other mornings while he was there he woke up with blood on his anus, but does not recall having

Michael Prorock
December 23, 2003
Page 8

anal intercourse with him at any of those times. When asked what he made of it, he said, "Initially I came back to the room in the morning after the first thing and all I said to him was that I think it would be better as best friends and that you should see Father Urrutigoity (for spiritual direction). I kind of told myself that nothing could have happened since it was a priest. Whatever did happen it could not have been too bad. I remember when I woke up and he was forcing his penis into my mouth, I said I did not want to. I remember him saying something about them being good friends. You are my friend. You should do this for me. I remember later that day that our age difference was the same as Christ and St. John and how close that relationship was."

After the Thanksgiving break, he and Father Ensey continued "to hang out." Michael does not recall anything much happening with him in the sexual realm. He says, "I pretty much stayed drunk from then to my graduation. I stayed plastered as much as I could. There were a couple of times when he would ask me to stay at least part of the night in his room and in his bed, but I don't remember anything happening. I remember at least once, he tried to reach around and grope me. I remember getting up and going back to my room. There were a couple of times when he was giving me back massages and would massage my chest as well as my back. He would have me lay down and he would masturbate against my butt while he was rubbing my back"

In the fall of his senior year, he was introduced to Father Christopher Clay who served at a church an hour away from the school. Father Clay had Michael come and serve Mass with him and have dinner with him. Michael stayed in the guestroom and he recalls throwing up and the next thing he recalls is waking up in the guestroom naked. He does not know if anything actually happened with Father Clay.

The summer after he graduated, he returned to North Carolina and traveled around doing some fund raising for St. Gregory's with Father Ensey. He does not recall much from that time because he stayed drunk.

In the fall of 1999, Michael attended St. Thomas Aquinas College. In his freshman year there in November or December, he was coming back one night after he had been drinking off of campus. Three other students grabbed him and pulled him into his room. They pinned him down on the bed and one of them shoved his genitals across his face and rubbed them around Michael's

<div align="center">
Michael Prorock<br>
December 23, 2003<br>
Page 9
</div>

face. Then they turned him over and the same one "dry humped my ass." This happened without penetration. Michael recalls that he was very drunk at the time and as soon as he sobered up he went to the man who had assaulted him and told him that he would kill him if he ever did anything like this to him again. He had a couple of nightmares after this happened and could see it happening all over again for about six months after this happened. He avoided the men who had done this to him. If they walked into a room he would walk out. He does not recall if he had specific anxiety about this event, but he recalls that through that same time he was uneasy about being around men in general. As things are now he thinks that this event and the events with Father Ensey feed him to the same group of reactions.

During his time at St. Thomas Aquinas his drinking continued and a couple of drinking buddies talked about taking him to an AA meeting but he did not want to go. He found that he did not have to study much at Aquinas because he had already read everything and was considering entering into the seminary that semester. When he left school he told everyone that he was actually going to enter the seminary. However, he was suicidal throughout the time he was at Aquinas and contemplating killing himself on many occasions. One time he had a pocket knife out and ready to cut his wrists when someone came. His drinking again increased and he was starting out with beer in the morning just so he could go to class. He would have some gin and tonics in the afternoon and vodka in the evening. He had several occasions where he passed out in his classes.

After a semester at St. Thomas Aquinas he came back to Raleigh and started dating a girl. He was continuing to drink heavily but held down three jobs: at a hardware store and several restaurants. He did not attend school at all in the spring of 2000 and lived at home for a while, but because he was drinking so much his parents had him leave. He started renting a camper in a friend's backyard and dating a girl named Millie, who was also a heavy drinker. Once he started dating Millie he reversed his decision to go to seminary.

The same religious society that had run St. Gregory advised him that they would be starting a college in the fall and he wanted to go because it was closer to his home. The fall of 2000 he started attending college, but they would not allow him to do so unless he was in seminary as well. However, he stayed on and worked for nothing but room and board and they told him they had no

Michael Prorock
December 23, 2003
Page 10

helping someone who has gone through the same thing. This has been a great consolation."

He finds that there are a number of things about the trauma that he cannot recall, mostly related to the blackouts from the alcohol. "I wonder if I cannot remember it because of alcoholism. I don't know if I can remember it for a reason. For a while, afterwards, in order to deal with it I would not think about it at all. But, over the last two or two and one-half years, being more able at times to look at it objectively."

The church was a huge part of his life prior to the experiences with the priests, but now he does not believe in Christ or any organized religion. He still meditates and prays to some extent, but he tries to get oriented to reality as much as possible. The closest he has been to a church is to drop into a Buddhist temple every now and then.

He finds that he feels estranged from other people. He says, "I have great difficulty entering into friendships with males. I don't trust other people. I'm not sure I trust others. I've opened up to my AA sponsor and that is more an act of will, a leap of faith. That is the closest I have come to opening up to anybody." He says, "I definitely feel more detached, almost have no ability to feel emotions. They are there sometimes but not that strong. I certainly feel very inaccessible to others. Incapable of being loved. Feeling almost separated."

He struggles with suicidal ideation and often finds himself seeing a suicide as a real option. He feels like he will not be able to accomplish anything worthwhile. These thoughts come especially times when he is feeling low. He says, "I am definitely more paranoid and not trusting anything. A pessimistic outlook. Not trusting any government, any school authorities. Very suspicious of motives. He does not like to have physical contact with other people, even with somebody he knows really well. He says, "Almost gives me a sharp pain. I will get a sharp shooting sensation and the point of contact or sharp pains in my head."

He also experiences occasional panic attacks. During these times, he has rapid heart rate and feels pressure on his chest as though everything is constricting. It causes him to feel dizzy, almost like he is drunk.

The experience with Father Ensey has left Michael Prorock with a pervasive sense of confusion. He says, "I don't think I'm homosexual at all. I find myself attracted to women. The

<div align="center">
Michael Prorock<br>
December 23, 2003<br>
Page 16
</div>

room for him. He ended up in Father Urrutigoity's room. By this time, which was August of 2000, he attended his first AA meeting and stayed sober for about six months. Through that time he was contemplating suicide on a frequent basis and was very depressed. The first times he stayed in Father Urrutigoity's room nothing happened. The third night he woke with Father Urrutigoity trying to grope him. He rolled over on his stomach and Father Urrutigoity rolled over with a fake snore. After that first time Michael asked to get a room of his own and Father Urrutigoity stalled that move. So Michael stayed at Father Ensey's room. When there, Father Ensey tried to grope him and finally Michael got a room of his own and stayed for another month or so and then he went back to Raleigh.

By that time he was disgusted with the whole thing. When he returned to Raleigh he went back to work at the hardware store and stayed sober for a couple of months. He lived with his parents for a while and then moved into an apartment with a friend. He quit his job at the hardware store and started working at an office supply store and started drinking again. Millie had gone into AA about the same time he had and then came back from Europe and went into rehab. He went into a really bad drunk himself and tried to kill himself. He was in detoxification for several weeks but then went right back to drinking. This time he was also shooting heroin and doing cocaine. He was diagnosed as a manic depressive at that time. A friend picked him up and took him to an AA meeting and he went into DT's. Somehow he got back to his apartment even though he was hallucinating. He took a lot of different medications and he recalls that he came to with paramedics resuscitating him. He then went into detox for a week and rehab for a couple of months. That was in the spring of 2001.

He was then able to take a summer session at North Carolina State, but he was not able to go to class because he was so heavily medicated. He started smoking pot again and dropped out of school that fall. He took hallucinogens over that time. He went to Georgia and hiked a lot of the Appalachian Trail. Through that time he was thinking of killing himself. He stopped drinking and quit smoking pot and stayed sober for a couple more months and bounced through a couple of jobs and did odd jobs. He ended up with a job where Millie was working in February of 2002.

In the spring of 2002 he started drinking again. He stayed drunk through much of the

<div style="text-align:center">

Michael Prorock
December 23, 2003
Page 11

</div>

summer of that year. He recalls that he had his last drink on August 6 or 7, 2002. Since that time he has been working the Twelve Steps as part of a commitment to the AA program, and he has been working in a bagel shop in Raleigh. He went back to school in spring of 2002 and did OK that first semester back. He has continued since then and will be graduating in May of 2004 with an English major. He plans to go to graduate school, but may teach for a while first. He is currently applying for graduate school in journalism at a number of schools and would like to go to Great Britain or Ireland for his college training.

When asked about suicides he said that the closest he ever had was the time that he overdosed on a number of medications. He recalls that he slashed his wrists once in the summer of 2001. He thinks that this was more from drinking than from real suicidal intent. He is not currently taking medication. He says, "I have a lot of mood swings, highs and lows without any real cause. I think that there may be something to it. I find that if I keep my head right and ride out the extreme lows I am fine." He had a period of "rapid cycling" with Bipolar Disorder but now they stretch out into longer periods of time and he will just have a couple of days at a time when he is really up or down. He finds that going to AA meetings on a regular basis helps him a lot.

As for posttraumatic symptoms Michael finds himself occasionally thinking about Father Ensey. He says, "I don't think about the other things so much. Just because so much was involved with it. Not just the abuse but the complete betrayal of trust. Also, just flashes pop into my head a lot. I have nightmares about it. Now, maybe occasionally I'll have about two a week. Now, about one a week. Before while I was at St. Thomas Aquinas College it was almost every night. In the dreams, pretty much the same thing. It was as though I was not drunk. I would remember everything like him putting his penis into my mouth and anal penetration. It would be variances of that. I would be afraid that it was somehow my instigation rather than his. Something like that. They would wake me up sometimes. I would wake up in cold sweats feeling–really sick. My stomach all clenched up and up tight, disgusted. Almost a feeling like I had done something wrong and I could not do anything to get forgiven. Lately it's been more for fear that it would happen again. In some irrational way or that it was happening again and I was right there."

He finds that he is reminded of his experiences with Father Ensey by certain songs that they

<div style="text-align:center">

Michael Prorock
December 23, 2003
Page 12

</div>

used to listen to. He says, "For a long time, I could not time I could not read Cicero. He had me read Cicero on friendship. I have not been able to set foot in a church. Even Protestant churches are too much. With AA, if anything, my understanding of God, it is not that there is a personal God, but I am just aligning myself with the reality. In effect, I am kind of an atheist."

He also has recollections and reactions associated with sex. The summer after his experiences with Father Ensey he would get sick if he tried to kiss someone. [redacted]

He recalls that he has been very angry and has had violent thoughts. He thought for a long time about killing Father Ensey and even purchased a gun in 2001. He was dissuaded from that plan once he became aware of others concerned about goings-on at St. Gregory's.

Looking back upon his alcohol use and his alleged abuse history, Michael Prorock says, "I never drank everyday before that (incidents with Ensey) and after that I did. Also trying to escape reality–the things I was not comfortable with reality. Drinking was a way of forgetting about the abuse. For example, the last drunk was one where that was the only way to get it out of my head. I could not deal with it." He recalls that it was not until he had gone through the "5th step" in AA that he began dealing with the resentment about what happened to him. He does not like to talk with others about what happened. With Father Ensey, "I don't like the pain and the flood of emotions that come with dealing with it. It has become more generally easy since my 4th and 5th step, but I don't like to because it puts my head in a bad place."

Michael Prorock was asked about presence or absence of depressive symptoms. He goes through short periods of time when he experiences a depressed mood. He says, "I feel dead inside, inaccessible. Incapable of discussing what is going on. It causes strains in my relationship. I can't say what is going on. I just feel like shit." During these times he finds, "I am

generally less interested. Classes, reading, writing. Sometimes I withdraw from following politics." During these times he says, "I generally won't eat unless someone reminds me to. Now, I remind myself to eat but I'm not usually hungry. My cigarette intake goes up." He reports, "My sleep is very erratic. It takes me a couple of hours to get to sleep–eight, four, two hours per night. Typically, when I was in high school and at Thomas Aquinas College I would sleep almost constantly. I would oversleep. Over the last year or year and a half, it has been going over to the opposite." He finds that his energy level swings from next to nothing to extremely high. His hands will shake out of nervousness when he was high. He finds that during these times he is "going way down. Generally I feel a lot shame or guilt. Mostly just a feeling of worthless–that I feel an inability to feel worthless or valuable." He does not usually experience impairment of concentration or indecisiveness during these intervals. However, he does experience recurrent thoughts of death. He says, "That is about the only time I think about it. I will get very suicidal about it for a while, then I will come back to a flat space. I will usually go from feeling intense suicidal feelings to euphoria. I just have to ride it out."

His periods of depression have alternated with periods of euphoria which have been over the past a rapid cycling pattern of an hour or two of each. Recently, it has been three or four days, bottoming out, then peaking for usually a day. He also had longer cycles of two or three weeks, with more downs that ups. During these times he has had periods of abnormally and persistent elevated or expansive moods, which last as long as two or three months or only a few days. During the up periods he typically finds himself running over philosophical arguments. He feels incapable of being wrong and very sure of himself. He says, "I feel like there is no topic too great that I cannot understand." In these time periods he averages about five hours of sleep per night. He says, "Certainly a lot of times I feel like I cannot shut up when I should. A lot of times, it feels like a real effort to stop talking when I should. I feel like I cannot get off of a specific topic." He finds that his thoughts are racing. He says, "It seems like I cannot keep up with my thoughts or my words, cannot keep up with my thoughts. I almost have to stop thinking." He says, "I will bounce between topics. Bounce from book to book. Do a sketch and a book at the same time. Now I can at least focus on something for a few hours and then focus on something else. He says, "I get most

<div align="center">
Michael Prorock<br>
December 23, 2003<br>
Page 14
</div>

of my work done during my ups. I will get a week ahead in my reading during these times." He has not had much of a problem with engaging in pleasurable activities with a high potential for a painful consequence. In the past he has gone out and spent his whole paycheck on books.

Michael Prorock reports that he also experiences some posttraumatic symptoms. He has recollections of the events with Father Ensey. He says, "It pops into my head at least once a day. Especially if I am depressed it is hard to keep it out of my head. I feel an incessant need to apologize for everything. I feel like I have done something wrong and I cannot place it. I apologize so much sometimes it becomes annoying." He experiences distressing dreams about the event about once a week. These have decreased from happening several times a week. At times it has been every night. He says, "In the dreams I see everything from start to finish. It is like a replay of the little bits that I remember. I don't remember any sound. It is almost like I am looking at it from the outside."

He has had five or six "flashback" experiences. He said, "I was at work and it flooded over me. It was like I could physically almost feel it. I felt paralyzed. There was a lot of pain inside me. Almost like spiritual pain. Fear. Just like nameless fear. It was almost overwhelming me." He is reminded of what happened with Father Ensey by a particular triggers. When he sees a rosary or clerical collar, or a full cassock. A certain band will remind him because he and Father Ensey used to listen to a certain band all of the time. He says, "I cannot listen to 'Be Thou My Vision.' Whenever I hear it, it sends me into a tailspin." When he is reminded of the events his hands will get shaky and he gets really scared. He experiences chest pain going down from his chest to his arm. "Sometimes I feel like I cannot breathe. A big cement bag on my chest–most often a sharp chest pain. Feels like my stomach or throat are closed up."

He finds that he does things to avoid thinking about what happened. He says, "I mean I stay busy. If I actively avoid them it crowds in. I try to stay passive about it. I deal with it if it comes up but I'm not aware of doing anything actively to avoid it. The drinking has been part of it. Since I've been sober I've had to come to terms with it. Okay, it happened. There's nothing you can do about it. My 5th step has certainly helped a lot with that." He is consoled that he has been strong enough to fight through everything associated with the abuse. He says, "It can be an asset if I'm

showed a large elevations on scales related to physical concerns. His score on the scale reflecting manic reactions was above the clinical range and reflects a degree of grandiosity and irritability often seen in individuals who are prone to manic phases. He also shows significant elevations on scales sensitive to posttraumatic stress reactions. He shows a significant degree of social detachment and problems in emotional stability. He has a tendency toward egocentricity and reports a history of antisocial behaviors. Overall, it is a pattern of an individual who experiences serious problems with alcohol and other drugs who may have a diagnosis of Posttraumatic Stress Disorder. This measure also suggests that the diagnostician rule out Bipolar I Disorder and the most recent episode manic. This measure also suggests that the diagnostician rule the presence of personality disorders.

In the Minnesota Multiphasic Personality Inventory-2, Michael had a pattern often seen in individuals experiencing a great deal of cognitive disruption and lack of behavioral control. Elevations on scales reflecting antisocial thinking are based primarily upon problems with his family and problems with authorities. He is also an individual who experiences a great deal of alienation from other people. This measure also show elevations on persecutory ideas and a tendency to be very sensitive to threat or put-downs. His social alienation carries over to a number of other scales as well and is coupled at times with a degree of egocentricity often seen in individuals who are prone to manic trends.

The Trauma Symptom Inventory administered to Michael Prorock produced elevations on scales reflecting intrusive experiences and anxiety. He also has a number of sexual concerns often seen in individuals who have had traumatic experiences.

**Summary and Conclusions.**   Overall, Mr. Prorock reports a history of a long period of seduction followed by sexual assault by Father Ensey. He also reports one episode of sexual contact by Father Urrutigoity. Some aspects of this history seem remarkable. First, if Mr. Prorock is truthful about his experiences, this is an instance in which Father Ensey embroiled this young man a very intense and exclusive emotional relationship for a long period of time prior to the initiation of overtly sexual acts. Its emotional intensity in its own way may have been as

<center>
Michael Prorock<br>
December 23, 2003<br>
Page 18
</center>

destructive as the later sexual assault, in that it prevented Michael from developing and maintaining relationships with his peers at the time and, in fact, caused him to be alienated from his peers because of his special status. The intensity of this relationship transcended that of a normal student/teacher relationship, in part, because it also had physical elements open (frequent massages) and also because it involved the use of alcohol. Alcohol appeared to be an integral part of this relationship from the beginning, and it was Michael's first real introduction to heavy drinking. He has been grappling with alcohol abuse and alcoholism since that time.

Second is the issue of alcohol use with Father Ensey. While it appears that he have a biological tendency toward alcohol abuse, given the family factors involved and given his initial reactions to alcohol intake, this introduction and fusion of alcohol into his relationship with Father Ensey creates another level of disturbance which has complicated his recovery from alcohol abuse. His recollections of the incidents in which Father Ensey transmuted the teacher/student relationship into a sexual one serve as a significant stimulus for alcohol intake. This has been part of what has made his recovery from alcohol addiction very difficult for him, in that alcohol is an effective (at least in the short term) means of stifling intrusive recollections and the emotions generated by those thoughts.

As is common with victims of clergy abuse, Michael Prorock claims that he has lost his spiritual anchoring in the Catholic or any Christian faith. He has become cynical about religion in general, and responds to a number of the trappings of Catholicism with post-traumatic responses. He has tried to fill this void with eastern religions, such as Buddhism, but is pretty much a non-religious person at this time. For a young man who was seriously considering the priesthood as a vocation, this is more than a personal loss for Michael Prorock, it is a loss for the Church for whom such a bright and energetic priest would have been a real asset.

Another complicating factor in this case is Michael's diagnosis of bipolar illness. Bipolar illness would not normally stem as a consequence of sexual exploitation by teacher or priest. It is usually a biologically based illness which operates on its own timetable and may very well cause rapid changes in the person's mood and functioning over periods of time. This has certainly been the case with Mr. Prorock, as he has gone through many shifts up and down, sometimes in a rapid

<center>Michael Prorock
December 23, 2003
Page 19</center>

cycling fashion and other times in larger swings which are often more characteristic of Bipolar I
illness. This condition interacts with substance abuse in that it is quite common for people with
bipolar illness to experience substance abuse problems.

Thus, it is difficult to attribute all of Michael Prorock's alcohol problems to the events that
occurred at St. Gregory's. He probably had a biological predisposition to alcohol addiction, as
indicated by his response to the intake of large quantities of alcohol, even early in his "drinking
career." His bipolar illness also feeds into his alcohol use, as it is a common comorbid factor
with substance abuse. However, the early introduction and endorsement of high levels of alcohol
use by an authority figure such as Father Ensey could be expected to accelerate the addiction
process to the extent that Michael Prorock became a serious alcoholic before he could legally buy
a drink. As noted above, the association of alcohol with the alleged abuse that Michael
experienced would also add fuel to this addictive fire for this young man.

Michael would benefit from continued treatment to help him cope with the consequences of

#30 for psychology from the Territory of Nunavut, Arctic Canada

## DIPLOMA

In Forensic Psychology by the American Board of Professional Psychology, September
1984.

## PROFESSIONAL EXPERIENCE

Present:     Individual private practice in psychology, specializing in forensic applications
             of clinical and rehabilitation psychology.

             Clinical Director, Society for Northern Renewal, Nunavut, Canada

             Psychological Consultant, Incident Management Group
             Ft. Lauderdale, FL

## PROFESSIONAL EXPERIENCE (contd.)

1974-1976   Group Facilitator.  First Offender's Drug Abuse Education Program, Albuquerque, New Mexico

1974-1975   Psychological Counselor.  Penitentiary of New Mexico, Santa Fe, New Mexico

1970-1972   Personnel Psychology Specialist (E-5).  United States Army, Armed Forces Entrance and Examining Station, Cincinnati, Ohio

## INVITED PRESENTATIONS

FORENSIC PSYCHOLOGY: INTRODUCTORY AND ADVANCED COURSES.  A workshop sponsored by the American Academy of Forensic Psychology.  Denver, Colorado, October 23-25, 2003

INTRODUCTION TO CONFIDENTIALITY, PRIVILEGE, CIVIL COMMITMENT AND DUTY TO WARN.  Presentation for the Interns of the Consortium at the Veteran's Administration Hospital, Albuquerque, NM., October 22, 2003.

FORENSIC PSYCHOLOGY: INTRODUCTORY AND ADVANCED COURSES.  A workshop sponsored by the American Academy of Forensic Psychology.  Dallas Texas, March 20-23, 2003

FORENSIC PSYCHOLOGY: INTRODUCTORY AND ADVANCED COURSES.  A workshop sponsored by the American Academy of Forensic Psychology.  Minneapolis, Minn., October 2-5, 2002.

INTRODUCTION TO CONFIDENTIALITY, PRIVILEGE, CIVIL COMMITMENT AND DUTY TO WARN.  Presentation for the Interns of the Consortium at the Veteran's Administration Hospital, Albuquerque, NM., September 25, 2002.

FORENSIC PSYCHOLOGY: INTRODUCTORY AND ADVANCED COURSES.  A workshop sponsored by the American Academy of Forensic Psychology.  Atlanta, Georgia, April 18-21, 2002

PSYCHOLOGICAL EVALUATION IN SEXUAL HARASSMENT CASES.  Workshop presented for the American Academy of Forensic Psychology, New Orleans, Louisiana, January 14, 2002

## INVITED PRESENTATIONS (contd.)

RISK FACTORS FOR VIOLENCE AND AGGRESSION AMONG YOUTH. Presentation for the Staff of Albuquerque Public Schools. Albuquerque, New Mexico, March 15, 2000.

PSYCHOLOGICAL CONSULTATIONS IN AMERICANS WITH DISABILITIES ACT CASES. A workshop presented and sponsored by the American Academy of Forensic Psychology. New Orleans, Louisiana, March 10, 2000.

FORENSIC PSYCHOLOGY: INTRODUCTORY AND ADVANCED COURSES. A workshop sponsored by the American Academy of Forensic Psychology. San Diego, California, February 17-20, 2000.

POST-CONVICTION RELIEF: COMPETENCY ISSUES IN CAPITAL CASES. Joint American Psychological Association/American Bar Association Conference on Psychological Expertise and Criminal Justice. (Session Chair and Conference Chair). Washington, DC, October 14-17, 1999.

INTENSIVE FORENSIC PRACTICE WORKSHOP: VIOLENCE ASSESSMENT; PRESENTATIONS ON: ASSESSMENT OF VIOLENCE POTENTIAL, TESTAMENTARY CAPACITY AND UNDUE INFLUENCE; PSYCHOLOGICAL CONSULTATION IN RACE DISCRIMINATION CASES; PSYCHOLOGICAL CONSULTATION IN EMPLOYMENT DISCRIMINATION CASES. A workshop sponsored by the American Academy of Forensic Psychology. Washington, DC, September 30–October 3, 1999.

BEREAVEMENT, GUILT AND GETTING WHAT'S MINE: COMMON EMOTIONAL REACTIONS WHICH APPEAR ABOUT THE TIME THE WILL IS READ. The Probate Institute sponsored by the New Mexico Bar Association, September 10, 1999.

THE PSYCHOLOGY OF CHILD SEXUAL ABUSE: SUGGESTIBILITY AND SYMPTOMS. A workshop sponsored by the New Mexico Defense Lawyers Association. Albuquerque, New Mexico, July 7, 1999.

THE PSYCHOLOGY OF SCHOOL VIOLENCE: FOCUS ON PREVENTION. Presentation for the City of Albuquerque and Albuquerque Public Schools convocation on school violence. Albuquerque, New Mexico, June 29, 1999.

PREDICTION OF VIOLENT BEHAVIOR IN CLINICAL SETTINGS. A workshop sponsored by the New Mexico Psychological Association. Albuquerque, New Mexico, May 21, 1999.

## INVITED PRESENTATIONS (contd.)

PSYCHOLOGICAL ISSUES IN CLIENT/ATTORNEY COMMUNICATION (with William Carpenter, J.D.). New Mexico Bar Association Meeting: 1994 New Mexico Practice Skills Course. October 12, 1994; November 18, 1995.

PSYCHOLOGICAL EVALUATION OF RESPONDENTS IN DISCIPLINARY CASES. Invited presentation to the National Organization of Bar Counsel, at the meeting of the American Bar Association. New Orleans, Louisiana, August 5, 1994.

DOMESTIC VIOLENCE. Workshop for New Mexico Public Defenders Department. Albuquerque, New Mexico, July 12, 1994.

EVALUATION OF ALLEGED VICTIMS OF CHILD ABUSE: THE CURRENT RESEARCH. Workshop for Mental Health personnel, sponsored by Mesilla Valley Hospital. July 11, 1994.

PSYCHOLOGICAL EVALUATION IN SEX ABUSE CASES: THE ALLEGED PERPETRATOR. Workshop for Lawyers, New Mexico Bar Association. Albuquerque, New Mexico, June 4, 1994.

NEW MEXICO MENTAL HEALTH LAW WORKSHOP FOR PSYCHOLOGISTS. Albuquerque, New Mexico, May 20, 1994.

PSYCHOLOGICAL DISABILITY IN SOCIAL SECURITY: REAL, IMAGINED, MALINGERED. Workshop for Social Security Administrative Law Judges. Albuquerque, New Mexico, April 16 and 17, 1994.

THE "HOW TO'S" OF CLIENT/ATTORNEY COMMUNICATION (with Julianne Lockwood, Ph.D.). New Mexico Bar Association workshop "New Mexico Practice Skills Course." November 19, 1993.

MENTAL ISSUES IN CRIMINAL DEFENSE (with Barbara Bergman). Workshop for the National Legal Aid and Defender Association. November 12, 1993.

SECRETS OF EFFECTIVE CROSS EXAMINATION OF THE PSYCHOLOGICAL EXPERT - THE QUESTIONS THE EXPERTS HATE MOST . . . (with Frank Spring, J.D., Ph.D.). Presentation for the New Mexico Trial Lawyer's Association. November 5, 1993.

**INVITED PRESENTATIONS** (contd.)

MADNESS AND MURDER. Presentation to the Medical Staff of Santa Fe Indian Hospital. Santa Fe, New Mexico, April 1989.

HOMICIDE AND MENTAL ILLNESS. Presentation to the Staff of Presbyterian Hospital. Albuquerque, New Mexico, March 1989.

CHILD AND ADOLESCENT SUICIDE: MORE QUESTIONS THAN ANSWERS. Presentation to Survivors of Suicide. March 1989.

PARAMETERS OF PSYCHOLOGICAL EXPERTISE IN FORENSIC SETTINGS. Workshop for psychologists and lawyers. September 1988.

ALCOHOL AND CRIME: PREDICTION AND PREVENTION. Inservice training for Presbyterian Northside Treatment Center Staff. Albuquerque, New Mexico, May 1988.

MENTAL HEALTH AND THE LAW IN NEW MEXICO: THE EFFECT UPON PSYCHOLOGICAL PRACTICE. Discussion for psychologists. November 15, 1987.

NEW CONCEPTS IN PSYCHOPATHY. Discussion for Albuquerque Police Department sex crimes detectives. Albuquerque, New Mexico, May 21, 1987.

PERVERTS ON THE PHONE: THE PSYCHOLOGY OF PERVERSION IN A "HOTLINE" POPULATION. Albuquerque Contact. Albuquerque, New Mexico, April 23, 1987.

DUTY TO WARN: THE PERILS OF PRACTICE TEN YEARS AFTER TARASOFF. Grand Rounds for Charter Hospital of Albuquerque. Albuquerque, New Mexico, May 2, 1987.

THE PSYCHOLOGICAL EVALUATION OF SEX OFFENDERS. Presentation at Conference on the Sexual Abuse of Children sponsored by the New Mexico Department of Health and Social Services and University of New Mexico Psychology Department. Albuquerque, New Mexico, March 1986.

THE VOCATIONAL CONSEQUENCES OF PSYCHIC AND PHYSICAL INJURIES. Workshop in Tucson, Arizona, March 1986.

ADVANCED ASSESSMENT TUTORIAL. For students and faculty of the Psychology Department, University of New Mexico. Albuquerque, New Mexico, November 1985-May 1986.

<div align="center">

William E. Foote, Ph.D.
Curriculum Vitae
Page 10
</div>

## INVITED PRESENTATIONS (contd.)

PSYCHOLOGICAL ETHICS: A NEW LOOK AT AN OLD PROBLEM. New Mexico
Psychological Association Workshop. February 1986.

PSYCHOPATHOLOGY IN PRISON POPULATIONS. Training conducted for correctional
officers from the Penitentiary of New Mexico. August 1985.

DEPRESSION AND SUICIDE: DIAGNOSIS AND TREATMENT. Workshop for mental health
and hospital staff, Santa Fe Indian Hospital. Santa Fe, New Mexico, January 1985.

PSYCHOLOGICAL OVERLAY IN LOW BACK INJURIES: RECENT RESEARCH AND CURRENT
PERSPECTIVES. Continuing education for Vista Sandia Hospital. August 1984.

THE PSYCHOLOGY OF PERSUASION. (For lawyers) Sponsored by New Mexico Trial
Lawyers Association. June 1983.

POST-TRAUMATIC STRESS SYNDROME. (For lawyers and psychologists) Sponsored by the
New Mexico Trial Lawyers Association and the New Mexico Psychological Association
(NMPA). February 1982.

THE NEUROPSYCHOLOGY OF ALCOHOLISM. (For the medical staff) Sponsored by the Santa
Fe Indian Hospital. Santa Fe, New Mexico, July and August 1981.

TRAUMATIC NEUROSIS AND PHYSICAL INJURY. For physicians of the Santa Fe Indian
Hospital. Santa Fe, New Mexico, June 1981.

INTRODUCTION FOR THE COMPREHENSIVE SYSTEM FOR THE RORSCHACH. (For
psychologists) Sponsored by the New Mexico Division of Vocational Rehabilitation.
Albuquerque, New Mexico, February 1981.

NEUROPSYCHOLOGY AND VOCATIONAL REHABILITATION. Sponsored by New Mexico
Division of Vocational Rehabilitation. Albuquerque, New Mexico, January, 1981.

COPING WITH ON-THE-JOB STRESS. Sponsored by New Mexico Division of Vocational
Rehabilitation Continuing Education. January 1979.

William E. Foote, Ph.D.
Curriculum Vitae
Page 11

*SPPAs Versus Their Regulatory Boards–An Essential New Advocacy Role.* (Discussant).
American Psychological Association Annual Meeting, Boston, Massachusetts, August
1999.

*Americans with Disabilities Act and Psychological and Psychiatric Disabilities*, My presentation:
*Psychological Evaluation and the ADA: Between Qualification and Disability*. Symposium
presentation, American Psychological Association 106th Annual Convention, San
Francisco, California, August 18, 1998.

*Discussion: American Psychological Association and the Amicus Process*, My presentation:
*COLI's Perspective*. Paper presented at American Psychological Association 106th Annual
Convention, San Francisco, California, August 15, 1998.

*Addictions and Family Law.* Symposium presentation, American Psychological Association
106th Annual Convention, San Francisco, California, August 14, 1998.

## PUBLICATIONS (contd.)

Foote, W. E. (2002). The Clinical Assessment of People With Disabilities. In E. Ekstrom and J. Smith (Eds), Individuals with Disabilities in Educational, Employment and Counseling Settings. Washington, D.C.: American Psychological Association Press.

Foote, W. E. (2000). A Model for Psychological Consultation in Cases Involving the Americans with Disabilities Act. Professional Psychology: Research and Practice, 31(2), 190-196.

Foote, W. E. (2000). Commentary on "The Mental State at the Time of the Offense Measure": Should We Ever Screen for Insanity? Journal of the American Academy of Psychiatry and the Law, 28(1), 33-37.

Shuman, D. & Foote, W. E. (2000). *Jaffee v. Redmond's* Impact: Life After the Supreme Court's Recognition of a Psychotherapist-Patient Privilege. Professional Psychology, 30(5), 479-487.

Foote, W. E. (1999). (Book Review) Fatal Families: The Dynamics of Intrafamilial Homicide by Charles Ewing. Journal of Psychiatry and Law, 27, 729-730.

Foote, W. E. & Goodman-Delahunty, J. (1999). Same-Sex Harassment: Implications of the *Oncale* Decision for Forensic Evaluation of Plaintiffs. Behavioral Sciences and the Law 17, 123-139

Foote, W. E. (1998). Police Assisted Suicide Probed. The Forensic Echo, II(8), 23.

Foote, W. E. (1998). Abused: Can You Tell? Testimony on Sex Abuse Victims Challenged. The Forensic Echo, II(7), 5-6.

Foote, W. E. (1998). Faking Intellectual Problems After Whiplash. The Forensic Echo, II(7), 28-29.

Shuman, D. W., Greenberg, S., Heilbrun, K., and Foote, W. E. (1998). An Immodest Proposal: Is It Time to Bar Treating Mental Health Professionals From the Courtroom? Behavioral Sciences and the Law, 16, 509-523.

William E. Foote, Ph.D.
Curriculum Vitae
Page 16

— — — — — —

## PUBLICATIONS (contd.)

Foote, W. E. (1997). So Why Don't You Visit? Court Helps Daughter Overcome Stepfather's Block. The Forensic Echo, I(11), 21-22.

Foote, W. E. (1997). Police Can Be Incited to Violence: Profanity to Cop Are Fighting Words. The Forensic Echo, I(11), 21-22.

Foote, W. E. (1997). History of Pill Overdose Means Adios Amego: Therapist's Suicide Method Danger to Vulnerable Clients. The Forensic Psychiatry Echo, August, 5-7.

Foote, W. E. (1997). Was Death of Depressed Worker Causally Related: Court Raps Presumption of Ten-Year Link. The Forensic Psychiatry Echo, July, 7-8.

Foote, W. E. (1997) Male Boss Behaving Badly, But No Sex Harassment: Complaint Made by Male Employee. The Forensic Psychiatry Echo, May, 19-20.

**PUBLICATIONS** (contd.)

Foote, W. E., & Word, T. (1984, Fall).  The Role of the Vocational Expert in Workers' Compensation Cases. New Mexico Law Review.  Reprinted in Field, T., Grimes J., and Wees, R. (1985).  Vocational Expert Handbook, Tucson, AZ: Valpar International.  Reprinted in Workmen's Compensation Law Review (1986).

Roll, S. & Foote, W. E. (1984).  Psychological Aspects of the Inconsistent Personality Defense.  In D.J. Muller, D. G. Blackman, & A. J. Chapman (Eds.), Perspectives in Psychology and the Law.  New York: John Wiley & Sons.

Foote, W. E., & Laws, R. (1981).  A Daily Alternation Procedure for Altering Sexual Arousal in a Pedophile.  Journal of Behavior Therapy and Experimental Psychiatry, 12, 267-273.

Waybright, E., & Foote, W.E. (1978).  The Vocational Rehabilitation of the Psychosocially Disabled Client: A Sourcebook.  Hot Springs, AR: Arkansas Rehabilitation Continuing Education Program (limited distribution).

**HOSPITAL PRIVILEGES**

Presbyterian Hospital, Albuquerque, New Mexico

**HONORS**

Fellow, American Psychological Association, January 2002.

Presidential Citation for exemplary service to the American Psychological Association in Psychology and the Law.  Awarded by Patrick DeLeon, President of the American Psychological Association, August 6, 2000.

The Hugo Munsterberg Award.  Sacramento, California Forensic Psychological Association, May 1998.

1996 Award for Special Achievement, American Psychological Association Division 31, Toronto, Canada, August 11, 1996.

Persistence and Performance Award, New Mexico Psychological Association, April 1995.

<center>
William E. Foote, Ph.D.<br>
Curriculum Vitae<br>
Page 18
</center>

## PROFESSIONAL ACTIVITIES

American Psychological Association:
    Member, Committee on Professional Practice, 2003-2006
    President, Division 31, 1999
    Joint American Psychological Association/American Bar Association
        Conference: Psychological Expertise and Criminal Justice. Program
        Chair. Washington, DC, October 14-17, 1999
    Board of Governors, National College of Professional Psychology, 1998-
        2001
    Joint American Psychological Association/American Bar Association
        Conference: Psychology and Family Law. Program committee
        member. Los Angeles, California, April, 1997.
    Member, Test User Qualification Task Force, 1997-Present
    Chair, American Psychological Association Ad Hoc Committee on Legal
        Issues (COLI) 1996
    Member, American Psychological Association Ad Hoc Committee on Legal
        Issues (COLI) 1994-1996
    Member, American Psychological Association/American Bar Association
        Liaison Committee, 1995-1998
    Chair, State Association Caucus, American Psychological Association
        Council, 1995-1996
    Executive Board Member, State Associations Caucus, American
        Psychological Association Council, 1993-1995
    Executive Board Member, Division 31, 1994-1996
    Secretary, Rural Health Caucus, American Psychological Association Council
        of Representatives, 1992-95
    American Psychological Association Council Liaison--1985 to 1992.
    American Psychological Association Council Representative, 1992-1997

American Board of Forensic Psychology
    President, 2003-2004
    Vice President, 2002-2003
    Member, Board of Directors,1998-2004
    National Chair of Examinations, 2001-2003
    Recording Secretary, Board of Directors, 1998-2001
    Appeals Chair, 1996-1998

New Mexico Psychological Association
    American Psychological Association Council Representative--1992-1996

<div align="center">

William E. Foote, Ph.D.
Curriculum Vitae
Page 20

</div>

**PAPERS** (contd.)

*Reacting to Attorneys in Distress.* Discussion as part of Symposium at the Annual Meeting of the American Psychological Association, August 16, 1997.

*Practical Advice to Practitioners on Privileged Communications.* Symposium presentation, American Psychological Association Convention, Toronto, Canada, August 10, 1996.

*Clinicians' Interests in Maintaining Test Confidentiality.* Symposium presentation, American Psychological Association Convention, New York, New York, August 14, 1995.

*Male Victims of Clergy Abuse: A Preliminary Assessment.* Paper presented at the CHASTEN Conference on Clergy and Therapist Sexual Abuse, Toronto, Canada, October 14, 1994.

*Criminalization in New Mexico.* Paper presented as part of a symposium at American Psychological Association meeting, Los Angeles, California, August 15, 1994.

*Therapy and Testimony: A Dual Relationship?* Paper presented at American Psychological Association, Los Angeles, California, August 14, 1994.

*How Do Rural Practitioners Practice?* Paper presented as part of American Psychological Association Practice Directorate Miniconvention: Rural Practice: New Opportunities for Interdisciplinary Collaboration. American Psychological Association Annual Convention, Toronto, Canada, August 22, 1993.

*Psychological Evaluation in a Case of Double Filicide.* Society for Personality Assessment Annual Meeting, March 18, 1993.

Symposium chair: *Sexual Misconduct Malpractice-Standard of Care, Proximate Cause and Damages, My presentation: Determining the Long-term Impact of Sexual Misconduct on Psychotherapy Patients.* Presented at American Psychological Association Annual Conference, Washington, DC, August 1992.

*An Interdisciplinary Study of Cultural Bias: Hospitalization of a Blackfoot Indian, 1882-1914.* American Psychological Association Meeting, Washington, DC, August 1986.

*The Role of the Forensic Psychologist in Wrongful Discharge Cases.* Paper presented for the American Board of Forensic Psychology, American Psychological Association Meeting, Los Angeles, California, August 1985.

<div align="center">

William E. Foote, Ph.D.
Curriculum Vitae
Page 14

</div>