IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE, JOHN DOE, SR. and JANE DOE,<br><br>          Plaintiff,<br>vs.<br><br>FATHER ERIC ENSEY, FATHER CARLOS URRUTIGOITY, DIOCESE OF SCRANTON, BISHOP JAMES C. TIMLIN, THE SOCIETY OF ST. JOHN, THE PRIESTLY FRATERNITY OF ST. PETER and ST. GREGORY'S ACADEMY,<br><br>          Defendant. | Case No.: 3 CV 02-0444<br><br>Judge: Hon. John E. Jones |

## PLAINTIFFS' MOTION TO FILE BRIEF IN EXCESS OF 15 PAGES TO RESPOND TO THE MOTION FOR SUMMARY JUDGMENT FILED BY DEFENDANTS DIOCESE OF SCRANTON AND BISHOP JAMES TIMLIN

COME NOW plaintiffs, by and through counsel, pursuant to Local Rule 7.8, and request permission to file Brief in excess of 15 pages. These extra pages are necessary to respond adequately to the brief of the Diocese of Scranton and Bishop James Timlin which brief also being over 15 pages long.

I sought concurrence in this motion from opposing counsel and received no opposition.

////

////

PLAINTIFFS' MOTION FOR PERMISSION TO FILE
OVERLENGTH BRIEF - 1

Dated this 16th day of July, 2004.

_____
James Bendell, WSBA # 20820
Co-counsel for plaintiffs

I certify that I caused a true copy of this pleading to be mailed electronically to Joseph O'Brien, Joseph Leeson and Sal Cognetti on 7/16, 2004.

PLAINTIFFS' MOTION FOR PERMISSION TO FILE
OVERLENGTH BRIEF - 2