1              UNITED STATES DISTRICT COURT

2             MIDDLE DISTRICT OF PENNSYLVANIA

3       ------------------------------------------------

4    JOHN DOE, JOHN DOE, SR., et al,        **ORIGINAL**

5              Plaintiffs,

6    vs.                    Case No. 3-02-CV-0444

7    FATHER ERIC ENSEY, FATHER CARLOS
     URRUTIGOITY, et al,
8
9              Defendants.

10

11

12       ------------------------------------------------

13   **VIDEO DEPOSITION OF:  FATHER DANIEL OPPENHEIMER**

14       ------------------------------------------------

15

16       Video deposition of FATHER DANIEL OPPENHEIMER,

17   taken pursuant to notice at the University of

18   Wisconsin Extension, 1705 State Street, 102 Wing

19   Technical Center, La Crosse, Wisconsin, commencing

20   at 10:17 a.m. on the 25th day of March 2004, before

21   Julie A. Buehler, Registered Professional Reporter

22   and Notary Public in and for the County of Olmsted,

23   State of Minnesota.

24                              EXHIBIT
                                  *É E*
25

1   APPEARING TELEPHONICALLY ON BEHALF OF THE
    PLAINTIFFS:
2        JAMES M. BENDELL, ESQ.
         2535 Ivy Street
3        P.O. Box 587
         Port Townsend, WA 98368
4

5   APPEARING BY VIDEO CONFERENCE ON BEHALF OF THE
    SOCIETY OF SAINT JOHN'S, FATHER ERIC ENSEY, AND
6   FATHER CARLOS URRUTIGOITY:
         SAL COGNETTI, JR., ESQ.
7        VINCENT B. CIMINI, ESQ.
         Foley, Cognetti, Comverford & Cimini
8        700 Scranton Electric Building
         507 Linden Street
9        Scranton, PA 18503-1666

10

11  APPEARING BY VIDEO CONFERENCE ON BEHALF OF THE
    DIOCESE OF SCRANTON AND BISHOP JAMES TAYLOR:
         JAMES O'BRIEN, ESQ.
12       Kennedy, O'Brien, McCormack & Mulcahey
         Scranton Life Building, Suite 504
13       538 Spruce Street
         Scranton, PA 18503-1808
14

15  APPEARING BY VIDEO CONFERENCE ON BEHALF OF THE
    PRIESTLY FRATERNITY OF SAINT PETER AND SAINT
16  GREGORY'S ACADEMY:
         JOSEPH LEESON, ESQ.
17       Leeson, Leeson & Leeson
         P.O. Box 1426
18       Bethlehem, PA 18016-1426

19

    APPEARING ON BEHALF OF FATHER DANIEL OPPENHEIMER:
20       JAMES BIRNBAUM, ESQ.
         Davis, Birnbaum, Marcou, Seymour, and Colgan
21       300 North Second Street, Suite 300
         La Crosse, WI 54601

22

23

24

25

1

2                          EXAMINATION BY:
    MR. BENDELL                          MR. CIMINI
3   ------------------------------------------------
      6                                    34, 35

4

5

6
    EXHIBIT                                    PAGE
7   NO.         DESCRIPTION                    MARKED
    ------------------------------------------------
8
    A           Copy of E-Mail dated March 12,
9               2002                             4

10  B           Copy of E-Mail dated March 13,
                2002                             4
11

12

13
    ORIGINAL TRANSCRIPT FORWARDED TO MR. BENDELL
14

15  TWO EXHIBITS MARKED AND ATTACHED

16

17

18

19

20

21

22

23

24

25

1                    (Whereupon, OPPENHEIMER Deposition

2        Exhibits A and B were marked for identification.)

3                    FATHER DANIEL OPPENHEIMER,

4        called as a witness, having been first duly sworn,

5        testified as follows:

6                    VIDEOGRAPHER:  Good morning.  This is Bob

7        Metcalf, I'm the videographer this morning.  As I

8        said, my name is Robert Metcalf, 502 Main Street,

9        La Crosse, Wisconsin 54601.  I have my own business

10       so it's under Bob Metcalf, Commercial Photography,

11       at 502 Main Street in La Crosse, Wisconsin.  It is

12       March 25th and it's 10:17 Central time.  And we are

13       taking this deposition this morning at the

14       University of Wisconsin in La Crosse, Wisconsin at

15       1705 State Street at 102 in the Wing Technology

16       Center in La Crosse, Wisconsin.  The name of our

17       witness this morning is Father Daniel Oppenheimer,

18       and this is being taken -- I'm not sure who I'm

19       supposed to be using for who this is on behalf of

20       here this morning, gentlemen.

21                   MR. BENDELL:  Plaintiffs.

22                   VIDEOGRAPHER:  Okay, Plaintiff Doe.  Do

23       you need the case number read in?

24                   MR. BENDELL:  Yes.

25                   VIDEOGRAPHER:  Case No. 3-02-CV-0444.

1          MR. BENDELL:  You're supposed to identify

2     where it is and what time it is.

3          VIDEOGRAHER:  I did that.

4          (Discussion off the record.)

5          MR. BIRNBAUM:  Let me indicate my purpose

6     here.  I have been retained by Father Oppenheimer to

7     be here to represent him during the course of this

8     deposition.  I have had conversations with Counsel

9     for the Fraternal Society of Saint Peter of which

10     Father Oppenheimer has been incarnated, and we have

11     asked the fraternity to provide counsel, recognizing

12     that they acknowledge that it would not be

13     appropriate for their counsel to represent Father

14     Oppenheimer in this particular deposition.  But we

15     at least tendered that defense to them and I learned

16     yesterday that they have rejected that.  I want to

17     be clear that my participation in representation of

18     Father Oppenheimer does not in any way waive any

19     entitlement he would have to defense by the

20     Fraternity of Saint Peter.

21          The second matter I would like to state for

22     the record is I, prior to the deposition, have been

23     provided I believe by Mr. Bendell copies of two

24     documents that have been identified as exhibits.

25     Without knowing the total nature of the inquiry, I

1      might state that the documents contain

2      communications which really touch upon and are

3      related to internal church matters.  And to the

4      extent that those matters relate to internal church

5      governance, I would tender a general objection on

6      the basis of the First Amendment that these issues

7      are not appropriately before a civil forum.  And so

8      Father Oppenheimer's participation in this

9      deposition is not intended to waive any such claims

10     of privilege and/or First Amendment protection by

11     the nature of what's being asked.  So with that,

12     Father Oppenheimer is here pursuant to your

13     subpoena.

14                 MR. BENDELL:  Okay, can I begin

15     questioning now?

16                 MR. BIRNBAUM:  Yes.

17                      EXAMINATION

18     BY MR. BENDELL:

19  Q.  Father Oppenheimer, can you hear me?

20  A.  I can.

21  Q.  I would ask you to speak up a little bit because

22     we've got multiple electronic relays here so your

23     voice is a little faint.  First, do you have

24     Exhibits 1 and 2 before you?

25  A.  Yes.

1   Q.   Those are the same two documents you were shown the

2        last time you were scheduled for a deposition, is

3        that correct?

4                MR. BIRNBAUM:   Mr. Bendell, the problem

5        is that the exhibits have been marked not as one and

6        two --

7                MR. BENDELL:   You've got to slow down and

8        speak up.  I can't hear you.

9                MR. BIRNBAUM:   All right.  The exhibits

10       that you're showing Father Oppenheimer were not

11       marked Exhibits 1 and 2, they were marked Exhibits A

12       and B.

13       BY MR. BENDELL:

14   Q.   Oh, all right, well, excuse me, I'll change that to

15        A and B, and I'll restate the question.  Exhibits A

16        and B are the same two exhibits that you were shown

17        the last time your deposition was scheduled, is that

18        right, Father?

19   A.   Yes.

20   Q.   And they contain two e-mails that you sent to

21        Mr. Jeffrey Bond, one on March 12, 2002 and one on

22        March 13, 2002, is that correct?

23   A.   Yes.

24   Q.   Okay, I want to direct your attention to Exhibit A.

25        The second sentence of your e-mail, it says as

1   follows, "I wondered if it occurs to you that the

2   Fraternity of Saint Peter, in the person of its

3   present Superior General, is not more involved in

4   coverup than has been allowed by your recent

5   letter," unquote.  Do you see that?

6   A.   Yes.

7   Q.   Who was the present Superior General at that time?

8   A.   Father Arnaud Devillers.

9   Q.   Is he still the Superior General?

10  A.   I think so.  I don't know.

11  Q.   Are you a member of the Fraternity of Saint Peter?

12  A.   I am.

13  Q.   Could you tell us when you joined the fraternity?

14  A.   In 1988.

15  Q.   Okay.  When were you ordained to the priesthood?

16  A.   In 1991.

17  Q.   And who ordained you?

18  A.   Bishop Kurt Krenn, Wigratzbad, Germany, then

19       Auxiliary of Vienna, Austria.

20  Q.   Where did you go to seminary?

21  A.   I went to Saint Pius X seminary in Econe, Nicone,

22       Switzerland for four years, and Saint Peter seminary

23       in Germany for two years.

24  Q.   Can you tell us where you were stationed with the

25       Fraternity of Saint Peter commencing with your

1    ordination in 1988?

2  A.  I was stationed for three weeks in Versailles,

3    France, then transferred to Lyon, France where I was

4    for almost one year.  Then I initiated all the

5    contacts with Bishop James C. Timlin, and I was the

6    priest responsible for the implantation of the

7    Fraternity of Saint Peter and its subsequent works

8    in the Diocese of Scranton, Pennsylvania, and that

9    took place in the first week of July of 1992.

10 Q.  And how long did you continue to reside in the

11    Diocese of Scranton?

12 A.  I was there until August 1996.

13 Q.  And where did you go in 1996?

14 A.  I went for one semester to the International

15    Theological Institute in Gaming, Austria.  I then

16    transferred to the Pontifical University of Saint

17    Thomas in Rome in around January of 1997.

18 Q.  And where did you go after that?

19 A.  That's very complicated.  I received my degree --

20 Q.  That's all right, we have time.

21 A.  I received my degree in 1999, in February of 1999.

22    I then returned to the United States and was there

23    doing supply work as assigned by Father Arnaud

24    Devillers, who was at that time the District

25    Superior of the fraternity in the United States,

1    until I received permission to live outside the

2    community for one year.  That began I believe in

3    September or October of 1999.  And after that year,

4    I received a writ of -- I don't quite know what it's

5    called, but anyway, by Canon Law I was allowed to --

6    I was released from the fraternity ad experimentum,

7    without any time period attached, to the Bishop of

8    La Crosse, Wisconsin where I've been ever since.

9  Q.  Now, are you incarnated in the Diocese of La Crosse?

10 A.  I am not.

11 Q.  Okay.  Are you part of any type of priestly

12    association in La Crosse?

13 A.  I am a priest ad experimentum in the presbyterate of

14    La Crosse.

15 Q.  Is there an organization known as the Canons of New

16    Jerusalem?

17 A.  There's an organization known as the Canons Regular

18    of the New Jerusalem, yes.

19 Q.  Okay.  And are you part of that?

20 A.  I'm the founder of that.

21 Q.  Could you describe what that is?

22 A.  It is a public association of the faithful in the

23    Diocese of La Crosse.  It is priestly in nature and

24    it has as its purpose the perfection of charity

25    according to the rule of St. Augustine and a

1     prescribed set of constitutions and directory of

2     discipline.  It is a religious community, properly

3     speaking, in the beginning stages.

4  Q.  So is it the eventual intent to have this become a

5     religious order?

6  A.  As you understand the term religious order, yes.

7  Q.  Is this organization presently under the authority

8     of the Diocese -- of the Bishop, rather, of

9     La Crosse?

10  A.  We have no Bishop at the moment, but the answer to

11     your question, generally speaking, is yes.

12  Q.  Okay.  Now I'm going to refer you back to Exhibit A.

13     In the sentence that I referred to before, in what

14     manner was Father Devillers involved -- "more

15     involved in a coverup," unquote, as you mentioned in

16     there?

17          MR. BIRNBAUM:  Mr. Bendell, Father

18     Oppenheimer has requested an opportunity to ask me a

19     question.  I have no idea what he's going to be

20     asking me, so I would ask that we let him confer

21     with me in the event that it involves a privileged

22     communication.

23          MR. BENDELL:  He can confer with you,

24     that's fine.

25          (Discussion off the record.)

1          MR. BIRNBAUM:  We're ready to proceed,

2    Mr. Bendell.

3    BY MR. BENDELL:

4  Q.  Okay, Father, could you answer the question?

5  A.  Yes.  I'm a Roman Catholic priest and my principal

6      obligation is to God and his church.  And my

7      priesthood is such that I am very aware that it is

8      God who judges me in my behavior and what I say.

9      And therefore, I don't intend by what is to follow

10     to cast aspersions on the character of Arnaud

11     Devillers, whom I have known since 1982 deeply and

12     personally.  But this is generally known of his

13     character, the manner in which he behaves, the

14     manner in which he conducts himself, the manner by

15     which he administers those responsibilities which

16     have been given to him, are such that clarity, lack

17     of ambiguity, directness of communication, and plain

18     logic in their pursuit is absent.  I have seen this

19     for many, many years and finally departed the

20     Institute without lawsuits because it was clearly

21     obvious to me there was no operative channel of

22     redress.  Arnaud Devillers is difficult to work

23     with.  And therefore, when I speak of coverup, there

24     is a whole methodology which reminds me far more of

25     the way the Society of St. Pius X conducted its

1      internal affairs, that being an institute of

2      schismatic identity than what you characterize

3      priests of the Roman Catholic Church.  That's what I

4      meant.

5  Q.  I'm going to point you to the next sentence.  You

6      refer to Father Carr as an honorable man but then

7      you say, quote, "But his predecessor, someone I have

8      known well and closely since 1982, is more

9      adequately characterized by the brief exchange you

10     quote as having taken place between him and one of

11     the dorm fathers, the explanation of the Society's

12     techniques opening the Saint Gregory's boys up to

13     the word of God," unquote.  Who is the predecessor

14     you're referring to?

15 A.  I didn't hear the question itself.

16 Q.  You mentioned Father Carr's predecessor, who is it?

17 A.  Arnaud Devillers.

18 Q.  Okay.  And what are you referring to with regard to

19     Mr. Bond's recitation of a quote regarding the

20     techniques used by the Society of Saint John with

21     regard to Saint Gregory's boys?

22          MR. LEESON:  I object to that question

23     because you're asking for the intent of a third

24     party witness in making a statement.  That third

25     party witness is not here today to account for that

1    statement or to explain its intent.  And apparently

2    it's not a statement made by the witness.  So I

3    think it's an inappropriate question.  I object to

4    it.

5    BY MR. BENDELL:

6  Q.  Father, I'm not sure if you recall this, but the way

7    it works is the other lawyers can make an objection,

8    the judge rules on those at trial, but in the

9    meantime you go ahead and answer the question.

10 A.  If in fact Jeffrey Bond in the letter that I read,

11   that I was quoting from, if in fact Jeffrey Bond

12   quoted Arnaud Devillers correctly, that Arnaud

13   Devillers said of the situation that Bond was

14   describing, that these were techniques used by these

15   priests to open the boys up to the word of God, I

16   must say knowing the man as well as I do and dealing

17   with his method of administration, dealing with real

18   problems and everything else, this is typical.  And

19   in response to what was proposed as the cause for

20   this remark, this remark in proportion to what was

21   said causing the remark, this response is certainly

22   preposterous.

23 Q.  Now, going to the next sentence, it says, quote, "It

24   is characteristic of an entire nexus of human

25   dealings on Devillers' part that includes

1       significant moral evil," unquote.  What did you mean

2       by Father Devillers' dealings involving moral evil?

3  A.  Could you rephrase the question?

4  Q.  Well, you refer to Father Devillers' dealings as

5       being -- as including significant moral evil.  What

6       is that moral evil that you're referring to?

7  A.  The manner in which people were abused, not

8       sexually, but psychologically, that is to say,

9       justice that was run ragged and people whose lives

10      were injured in various and sundry ways.  The nexus

11      being, as I said before, indistinguishable from the

12      manner in which the Society of Saint Pius X governs

13      itself.

14  Q.  In the next sentence, it says, "I left the

15      Fraternity of Saint Peter because of criminal

16      conduct, public coverups, and accommodation of

17      immorality on the part of its superiors."  I want to

18      ask that in its component parts.  What was the

19      criminal conduct you were referring to?

20  A.  I use the word criminal in the sense that it is

21      understood in moral theology and in Canon Law, that

22      is conduct which is not in accord with the standards

23      of Roman Catholic Ecclesiastical law in its norms,

24      its ways of going about things.

25  Q.  And describe the criminal conduct you're referring

1           to?

2      A.   It would be too multiple to go into.

3      Q.   Well, just give me six examples?

4      A.   Six?  The lack of assuring community life according

5           to the code of Canon Law and the constitution of the

6           Fraternity of Saint Peter.  The lack of due process

7           of law within the institute itself and right

8           government and judgment on the part of superiors in

9           listening to their superiors, listening to their

10          subjects.  The misappropriation of my parish funds

11          in my work.  The psychological abuse heaped on one

12          particular nun that I can think of in specific.

13          Employing people and then terminating them without

14          training, without justice.  That's five.  Sending

15          me, for example, a deacon who had been refused

16          ordination in the seminary, who after being with me

17          for six months and was clearly problematic from the

18          most objective standards, and when I objected to his

19          ordination, vilifying me and, you know, passing him

20          on to ordination.  I think that's six.

21     Q.   Who was that deacon?

22     A.   Just a moment.

23                    (Discussion off the record.)

24     A.   Karl Pikus.

25          BY MR. BENDELL:

1   Q.   Okay.  And why was he rejected before?

2   A.   I have no idea.

3   Q.   Who was the nun that was abused?

4   A.   What do you mean by abused?

5   Q.   Whatever you meant by it.  You said there was one

6        nun who was abused.  I want to know her name.

7   A.   Well, I would use the word abused certainly not in a

8        sexual sense, but a psychological sense.  Sister

9        Anna Marie.

10  Q.   And what was her last name?

11  A.   I don't know.

12  Q.   And what order does she belong to?

13  A.   I don't know.

14  Q.   Was she in Scranton?

15  A.   Yes, she was.

16  Q.   The next thing you referred to with regard to the

17       fraternity is, quote, "public coverups," unquote.

18       What public coverups were you referring to?

19  A.   I was referring to falsified statement in the sense

20       of what was objectively the case that I encountered

21       in the Wanderer newspaper regarding the paroxysms of

22       internal problems in the Fraternity of Saint Peter

23       which had a spin on them that was not in conformity

24       with reality as I knew it.

25  Q.   Could you give me an example of some of the

1      paroxysms?

2   A.  The year 2000, the Fraternity of Saint Peter had a

3      very well-known and worldwide publicized internal

4      paroxysm.  That's it.

5   Q.  Well, for those of us who are not familiar with the

6      term paroxysm, would you describe it in less

7      polysyllabic terms?

8   A.  Upset.

9   Q.  Okay.  So what was the upset that occurred in 2000?

10  A.  The upset was that many people thought that there

11     was a schismatic mind-set afoot inside the

12     fraternity in operative, in governing things.  There

13     are various and sundry divisions in the community

14     which arise from a number of different sources.  All

15     of them, however, derive from a lack of sound

16     formation according to principles clearly laid out

17     in official magisterial teachings of the church.

18     And these upsets and divisions and dissensions and

19     everything else came to a fantastically public head

20     in the year 2000, after which a number of people

21     left.

22  Q.  Okay.  The next item you refer to is "accommodation

23     of immorality on the part of its superiors."  What

24     immorality were you talking about?

25  A.  Well, one instance that comes to mind is how many

1      times I drew attention to the mishandling of funds

2      regarding my administration of my parish to the

3      Superior General, who was Joseph Bisig, and

4      absolutely nothing was done whatsoever to deal with

5      that.

6  Q.  What was the nature of the immorality again?

7  A.  The manner in which my parish funds were

8      appropriated without any consultation with me in

9      regard to them and how they were being used by me as

10      the administrator of my work.

11            MR. LEESON:  Mr. Bendell, this is Joe

12      Leeson speaking.  I just need to put a standing

13      objection on the record rather than interrupt all

14      the questions and answers.  Do you mind if I make

15      that standing objection?

16            MR. BENDELL:  No, that's fine, Joe.

17            MR. LEESON:  My standing objection is

18      that all of the information that we're hearing today

19      in my view is inadmissible, scandalous, irrelevant,

20      and impertinent to the issues at hand in this

21      particular litigation.  I don't think any of this

22      stuff is admissible.  A lot of it is hearsay based

23      and there's certainly First Amendment issues as well

24      that Mr. Oppenheimer's Counsel has raised.  I don't

25      know if there's any other objection anybody else

1       has, but I'm not going to repeat them.  I think one

2       standing objection, if you give that, is enough.

3                    MR. BENDELL:  You bet.

4                    MR. LEESON:  So we can just move on.

5                    MR. O'BRIEN:  This is Jim O'Brien.  I was

6       going to wait until you mentioned Bishop Timlin, but

7       I might as well do it now.  I would argue that

8       there's no foundation been laid for any of this

9       testimony, certainly not a proper foundation laid

10      certainly, and it doesn't appear that there's any

11      relevancy in any manner to the charges of the Does.

12      And all of this testimony is prejudicial to the

13      Bishop and the Diocese, and I'd object and ask that

14      any references to Bishop Timlin and/or the Diocese

15      of Scranton be stricken for the above reasons.

16                   MR. COGNETTI:  This is Sal Cognetti.

17      I'll join in that standing objection and I will also

18      point out that his entire testimony as well as the

19      two exhibits you've marked will not lead to the

20      discovery of material that is germane or pertinent

21      to the underlying lawsuit.

22      BY MR. BENDELL:

23  Q.  Okay.  And I'll stipulate that those are standing

24      objections.  And, Father, sorry for the

25      interruption.  Going on to the next sentence, it

1      says, "I found in my many aggravated dealings about

2      the internal FSSP problems with Bishop Timlin, all

3      of which were, without exception, the result of the

4      priest you have referenced in your most recent

5      letter, that Bishop Timlin could be relied upon to

6      do nothing," unquote.  You wrote that, didn't you?

7   A.  Yes.

8   Q.  And the priest that Jeffrey Bond was referring to

9      was Father Carlos Urrutigoity?

10  A.  No.

11  Q.  Who was it?

12  A.  Arnaud Delvillers.

13  Q.  Okay.  And the next sentence says, "He was always

14     very good to me and I am grateful to him for that."

15     Are you referring to Bishop Timlin?

16  A.  Yes.

17  Q.  Okay.  Several sentences down it says, quote, "I am

18     unspeakably ashamed of what took place following my

19     initiative," unquote.  What were you ashamed of

20     specifically?

21  A.  The manner in which the proposal that I drew up

22     myself brought to the Bishop after three -- that is

23     Bishop James Timlin, after three different

24     interviews and encounters, what had -- what it had

25     turned into in the Diocese there.  It went far

| | |
|---|---|
| 1 | beyond what I asked him to do.  And why was I |
| 2 | ashamed of it?  Because what I proposed to do in |
| 3 | that Diocese was superceded by other things over |
| 4 | which I had no control whatsoever. |
| 5 | Q. Why don't you turn to the next page.  The fourth |
| 6 | line down says, quote, "Father Carr has inherited |
| 7 | the aftermath of an regime that was not honorable. |
| 8 | FSSP knowledge of what you have bravely and |
| 9 | tenaciously sought to expose certainly predates |
| 10 | Bishop Timlin's knowledge of the situation," |
| 11 | unquote.  What knowledge are you referring to there? |
| 12 | A. I can't remember the details.  Mr. Bond was -- had |
| 13 | his finger in a very complex stew that had to do |
| 14 | with the psychological makeup and manner of behavior |
| 15 | of the players.  At the time that I contacted him, |
| 16 | which was very early on in Bond's activities, I |
| 17 | thought that he was trying to do something that |
| 18 | would bring to light some things. |
| 19 | Q. Does that conclude your answer? |
| 20 | A. Yes. |
| 21 | Q. Okay.  Go on to the next paragraph, second sentence |
| 22 | says, quote, "The FSSP high school, its flagship |
| 23 | operation, was turned over to the SSJ by Arnaud |
| 24 | Delvillers without batting an eye and certainly |
| 25 | against common sense," unquote.  You're talking |

1      about Saint Gregory's Academy?

2   A.  Yes.

3   Q.  Why would Father Devillers doing that be against

4      common sense?

5   A.  The Fraternity of Saint Peter made its entry into

6      the United States in three Dioceses at practically

7      the same time.  One was in the Dakotas somewhere,

8      the other one was Dallas, and the third one was

9      Scranton.  Bishop Timlin, in response to my

10      canonical proposal and my initiatives, gave us the

11      most encompassing permissions which included also a

12      school.  The school was the flagship operation of

13      the fraternity in the United States and under normal

14      circumstances ought to have been a feeder institute

15      for vocations.  And it would seem to me that a

16      Superior worth his salt would not turn over the

17      chaplaincy of such a school to another institute.

18      That's why.

19   Q.  Okay.  Now two sentences later, it says, quote,

20      "Father Urrutigoity's taste for boys was known at

21      the FSSP headquarters and yet nothing was done, in

22      true FSSP style, to rectify the situation other than

23      covering it up," unquote.  You wrote that sentence?

24   A.  I did.

25   Q.  Could you tell me which individuals at FSSP knew of

1      Father Urrutigoity's, quote, "taste for boys,"

2      unquote?

3  A.  No.  No, I can't.

4           MR. COGNETTI:  I object to the form of

5      the question.

6           MR. BENDELL:  Anybody else want to object

7      to it?  I'll stipulate that everybody objects to it

8      on every known ground of evidence, fair enough?

9           MR. COGNETTI:  Fair enough.

10     BY MR. BENDELL:

11  Q.  All right, Father, go ahead and answer the question.

12  A.  I have no idea.

13  Q.  You don't know which person -- okay, let me break it

14      down even further.  What did you mean, "Father

15      Urrutigoity's taste for boys"?

16  A.  The sleeping sickness.

17  Q.  You mean the fact that he slept in bed with boys?

18  A.  That's what everyone --

19  Q.  -- is that what you mean?

20  A.  That is what everyone talked about.

21           MR. LEESON:  Well, I'm going to object

22      about what everyone talked about unless the witness

23      has direct eyewitness knowledge.  I object to any

24      hearsay, scandalous testimony by this witness.

25           MR. O'BRIEN:  This is Joe O'Brien.  I'm

1      stipulating that all these questions, every known

2      ground evidence, I acknowledge as being vague in

3      terms of an objection, because otherwise we're not

4      going to be able to get through this in the hour

5      that we have left.

6              MR. O'BRIEN:  You're stipulating that

7      every known ground of evidence is for any question

8      you ask?

9      BY MR. BENDELL:

10  Q.  No, I'm talking about this -- no, this critical one

11      about Father Urrutigoity.  It's critical questions

12      about Father Urrutigoity.  Now, let me ask you this,

13      Father Oppenheimer, when you talk about Father

14      Urrutigoity's taste for boys, you were referring to

15      a sexual appetite, weren't you?

16  A.  Not necessarily.  I was referring to his taste for

17      sleeping with boys, which was spoken of in a rather

18      wide circle.

19  Q.  What circle are you referring to?  Are you talking

20      about a circle of FSSP priests or Diocese priests?

21  A.  Certainly not Diocese priests.

22  Q.  Could you name any of the FSSP priests you heard

23      mention this sleeping sickness?

24  A.  No, I can't.

25              MR. LEESON:  I object to the form of the

1    question.  He never said sleeping sickness.

2    BY MR. BENDELL:

3  Q.  Father Oppenheimer just used the word sleeping

4    sickness.  He just used it.  Didn't you, Father?

5    Father Oppenheimer?

6  A.  I used it.

7  Q.  Okay.  Which FSSP priests did you hear talk about

8    either sleeping sickness or Father Urrutigoity

9    sleeping with boys or any other way of phrasing that

10    item?

11  A.  I cannot remember, and I'm not hedging.

12  Q.  What period of time did you hear these statements

13    being made?

14  A.  Before this e-mail and after I left daily day-to-day

15    living in that environment.

16  Q.  So it would be after you left living in what

17    environment?

18  A.  That environment, the Scranton traditionalist

19    scenario.  I left it in August 1996 and this e-mail

20    occurred when?  In 2002, so it must have been in

21    some time between them, those two dates.

22  Q.  Okay, but you don't know any date more specific than

23    that?

24  A.  I'm sorry, I do not.

25  Q.  Are you saying that Father Urrutigoity had a

1       reputation among FSSP priests for having a taste for

2       boys?

3   A.  No.

4   Q.  Did he have a reputation of sleeping with boys?

5   A.  There was certainly talk of it.  I don't remember

6       where it was because it did not interest me.  I did

7       not pursue it.  It pursued me.

8   Q.  And so was this by phone call, e-mail, or letter?

9   A.  I don't remember.  Certainly by personal visit in

10      one case.

11  Q.  And who was the person, that visit by?

12  A.  A boy who was friends with the high school boys.  I

13      don't remember his name.

14  Q.  Could it have been Joseph Schiambra?

15  A.  No, it was not.

16  Q.  You don't remember his name?

17  A.  I do not.

18  Q.  Do you remember where the visit took place?

19  A.  I do.  It was in the cloister of Saint Michael's

20      Abbey in Silverado, California.

21  Q.  Now, a few sentences down there you say, "Why should

22      anything have been done?  After all, the ordinances

23      of civil law are to be ignored, law being an

24      American disease that traditionalist European

25      priests generally endowed with arrogance and absence

1     of functional intellects, certainly know better than

2     law," unquote.  Which civil law are you referring to

3     being ignored, would that be pederasty?

4  A.  No.

5  Q.  Which law?

6  A.  Many.

7  Q.  Give me three examples?

8  A.  Father Joseph Bisig deliberately parked our car one

9     time in a handicapped zone in a restaurant and

10    looked at me and said, "You think that I should not

11    park here, don't you?"  And we got a $100 ticket and

12    of course that was one more manifestation of

13    something that I had lived with since 1982, in that

14    Americans are disease ridden with their obsession

15    with law.

16  Q.  Can you give us two other examples?

17  A.  Yes.  In the renovation of the Fatima Center, now

18    becomes Saint Gregory's Academy and the fraternity's

19    headquarter, a civil -- I don't know what it's

20    called -- warrant was issued to vacate the building.

21    And as soon as the inspectors came and left, Arnaud

22    Delvillers told everybody to move back in the

23    building.  They had been told to leave it until the

24    building was certified or whatever for occupancy.

25  Q.  Any other example you can think of?

1   A.   Not offhand.

2   Q.   A few sentences later there's a Latin sentence,

3        "Arnaud dixit ergo est."   What does that mean?

4   A.   Arnaud has said so, therefore it is.

5   Q.   Okay, a few sentences down you say, quote, "If

6        sexual impropriety was going on at Saint Gregory's

7        Academy, like the middle of the night underpants

8        seances, the onus sits with the leaders and

9        mouthpieces of the FSSP that did nothing to deal

10       with it," unquote.   Did you write that?

11  A.   I did.

12  Q.   And you believe that?

13            MR. LEESON:  I'm going to object to the

14       misleading nature of the question because the

15       sentence is prefaced with the word if it was going

16       on.

17            MR. BENDELL:  That's what I said.

18            MR. LESSON:  And you're assuming that it

19       was going on by that question.

20            MR. BENDELL:  No, no, no, I'm saying if

21       there was sexual impropriety going on, do you

22       believe that the onus sits with the leaders and

23       mouthpieces of the FSSP that did nothing to deal

24       with it.  I'm just quoting back his sentence.  I'm

25       asking the witness, do you believe this sentence

1   that you wrote.

2           MR. LEESON:  I still object.  The witness

3   can answer.

4  A.  In religious communities, lawful authority is

5   responsible for the conduct of subjects.  If

6   questionable conduct or imprudent conduct is going

7   on, it is ultimately the authority who is in charge

8   who is responsible, but there are lesser individuals

9   who are also responsible.  Everyone in human life is

10   responsible for their own conduct in one degree or

11   another.  If that conduct was going on, whoever was

12   doing it was responsible and his superiors were

13   responsible.  And if there was another institute

14   overseeing the institute in question, they were

15   responsible.  So my answer is yes, I agree with the

16   content of what I've said.

17  Q.  What were the middle of the night underpants seances

18   you refer to?

19  A.  Something that I have been told.

20  Q.  Told by whom?

21  A.  I can't remember.

22  Q.  Do you remember when you were told?

23  A.  Before this letter was written.

24  Q.  Okay.  Going to the last paragraph, the middle

25   sentence says, quote, "Things are worse yet than you

1      have discovered," unquote.  Would you explain which

2      things that were not discovered and yet are worse?

3   A.  This refers to a psychological environment in which

4      injustice, not on a sexual scale, but on a religious

5      level, was operative, particularly by which there

6      seemed to be never a channel of redress.  And that,

7      for me as a priest, is far worse than a moral fault,

8      grave as it is objectively, has not been determined

9      as having happened in this case.

10  Q.  If we go on to Exhibit B, the first page, two-thirds

11      of the way down, the following sentence states,

12      quote, "I have, therefore, no wish to jeopardize my

13      future with further contact with the demonic that

14      exist in Pennsylvania," unquote.  What did you mean

15      by the demonic?

16  A.  Well, Lord Jesus Christ said that the devil is the

17      prince of lies.  If what you're dealing with is a

18      nexus of lies out of which there is no channel of

19      escape, that is certainly from a theological point

20      of view indicative of wicked, of evil, which is what

21      demonic means.

22  Q.  Okay.  At the bottom of that page it says, quote,

23      "Last year, last spring, a young boy from

24      Christendom College sat in the cloister of the

25      monastery where I've been living these past two

1          years and explained to me, with a perfectly straight

2          face, why Carlos Urrutigoity's sleeping with teenage

3          boys was perfectly acceptable," unquote.  You wrote

4          that?

5     A.   I did.

6     Q.   And it's your testimony now that you can't remember

7          who that boy was?

8     A.   I don't remember his name.

9     Q.   Go on to the second page.  The fourth line down, you

10         write, quote, "In my situation the kid did come to

11         accept my take on the situation after a few

12         illustrations.  But more to the point, I had known

13         about this stuff for at least three years," unquote.

14         When you talk about this stuff, you mean Father

15         Urrutigoity sleeping with boys?

16    A.   The general syndrome.

17    Q.   What do you mean, general syndrome, what's that?

18    A.   The syndrome is a condition that prevails.  General

19         means in genere.

20    Q.   What are you talking about, the syndrome as relates

21         to sleeping with boys?

22              MR. LEESON:  I object, Jim.  He did say

23         that it referred to sleeping with boys.

24         BY MR. BENDELL:

25    Q.   Well, Father, can you give us more specificity about

1      what you mean by the general syndrome?

2  A.  The imprudence of behaving as so much behavior that

3      I saw as a senior priest who was responsible for

4      initiating this pastoral work in the Diocese as I

5      saw develop was a syndrome and it was general.

6  Q.  Do you remember any parents of St. Gregory's Academy

7      complain to you about the conduct of the Society of

8      Saint John priests?

9  A.  No.  I had no contact with any parents of any boy at

10     Saint Gregory's Academy.

11 Q.  Father, before you entered religious life, were you

12     an airline steward?

13 A.  Yes.

14 Q.  And what airline was that?

15 A.  American Airlines.

16 Q.  And what years were you an airline steward?

17 A.  I worked 1988, about a year and a half, that was it.

18 Q.  Now, at one point you moved from Chicago to

19     Scranton, is that correct?

20 A.  No.  What do you mean?

21 Q.  I'm sorry, I couldn't hear you.

22 A.  No, I never moved from Chicago to Scranton.

23 Q.  Did you ever live in Chicago?

24 A.  I did.

25 Q.  Did you have a friend in Chicago who was a

1    hairdresser?

2  A.  Not that I remember.

3  Q.  And when you left Scranton to go to La Crosse, that

4      was totally your decision, you were not ordered to

5      go by Father Devillers?

6  A.  I was not.

7            MR. BENDELL:  No further questions.

8                      EXAMINATION

9    BY MR. CIMINI:

10 Q.  This is Vince Cimini.  Father Oppenheimer, I just

11     have a few questions for you.

12 A.  Yes.

13 Q.  Father Oppenheimer, did you ever see Father

14     Urrutigoity ever sleep with any boys while at Saint

15     Gregory's Academy?

16 A.  No.

17 Q.  Did you ever see Father Urrutigoity perform any type

18     of sexual act on another boy while at Saint

19     Gregory's Academy?

20 A.  No.

21 Q.  Did you ever see Father Urrutigoity ever provide any

22     alcohol to any boys at St. Gregory's Academy?

23 A.  No.

24 Q.  There was a reference earlier in one of your e-mails

25     regarding an underpants seance, and my question is,

1       did you ever see or participate in any of these

2       underpants seances that may have occurred?

3   A.  I neither saw them nor did I participate in them.

4   Q.  And you indicated that this was told to you,

5       correct?

6   A.  It was.

7   Q.  And you don't recall who it was that told this to

8       you?

9   A.  I do not.  It was, however, someone there at the

10      time, but I don't remember who.

11             MR. CIMINI:  I think that's all that I

12      have, Father Oppenheimer.  Thank you.

13             MR. O'BRIEN:  I have no questions.

14                    EXAMINATION

15      BY MR. CIMINI:

16  Q.  Father Oppenheimer, just a few more questions.  Did

17      you know a Father Eric Ensey?

18  A.  Who is speaking to me, please?

19  Q.  This is Vince Cimini.

20  A.  I'm sorry, your question?

21  Q.  Did you know a Father Eric Ensey?

22  A.  I did -- do.

23  Q.  And while you were at Saint Gregory's Academy, did

24      you ever see Father Eric Ensey sleep with any boys?

25  A.  No.

1    Q.   Did you ever see Father Eric Ensey perform any type

2         of sexual act on another boy?

3    A.   No.

4    Q.   Did you ever see Father Eric Ensey provide liquor to

5         any boy at the Academy?

6    A.   No.

7              MR. CIMINI:  I have no further questions.

8         Thank you, Father.  That's it.

9              MR. LEESON:  This is Joe Leeson, no

10        questions.

11             MR. BENDELL:  I guess that's concludes

12        the deposition.  This is Jim Bendell again.  I'd

13        like the deposition transcribed.  And with regard to

14        the video, I'd like to ask the videographer to send

15        me the original plus one copy.  The other attorneys

16        may want to order their own separate copies and I'll

17        defer to them on that.

18             (Whereupon, the deposition ended at

19        approximately 11:05 a.m.)

20                            * * *

21

22

23

24

25