IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE, JOHN DOE, SR. and JANE DOE,<br><br>        Plaintiff,<br>vs.<br><br>FATHER ERIC ENSEY, FATHER CARLOS URRUTIGOITY, DIOCESE OF SCRANTON, BISHOP JAMES C. TIMLIN, THE SOCIETY OF ST. JOHN, THE PRIESTLY FRATERNITY OF ST. PETER and ST. GREGORY'S ACADEMY,<br><br>        Defendant. | Case No.: 3 CV 02-0444<br><br>Judge: Hon. John E. Jones |

**PLAINTIFFS' OPPOSITION TO THE MOTION FOR SUMMARY JUDGMENT FILED BY THE SOCIETY OF ST. JOHN, FR. CARLOS URRUTIGOITY AND FR. ERIC ENSEY**

For the convenience of the court plaintiffs will use the same numbering system as defendants.

I.    FACTUAL BACKGROUND

Local Rule 7.8 (a) states, in pertinent part:

**No brief may incorporate by reference all or any portion of any other brief.**

Accordingly, moving defendants have set forth no statement of facts requiring response. In the alternative, if this court accepts this format, plaintiffs' hereby incorporate by reference their response to said incorporated pages.

PLAINTIFFS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT
FILED BY FR. URRUTIGOITY, ENSEY AND SOCIETY OF ST. JOHN - 1

II.   STATEMENT OF ISSUES INVOLVED

A   Whether Defendants can be liable for the alleged actions of Fr. Carlos Urrutigoity when the allegations occurred while John Doe was an adult?

Suggested Answer:  Yes.

### ARGUMENT

Once again defendants have violated 7.8 (a).  Accordingly, moving defendants have set forth no argument requiring response.  In the alternative, if this court accepts this format, plaintiffs' hereby incorporate by reference their response to said incorporated pages.

B.   Whether Plaintiffs' claims are barred by the statute of limitations?

Suggested Answer:  No.

### ARGUMENT

Once again defendants have violated 7.8 (a).  Accordingly, moving defendants have set forth argument requiring response.  In the alternative, if this court accepts this format, plaintiffs hereby incorporate by reference their response to said incorporated pages.

C.   Whether the emotional distress claims of Plaintiff's parents are barred since they were not present at the time of the alleged abuse?

Suggested Answer:   Yes, in part.

### ARGUMENT

Once again defendants have violated 7.8 (a).  Accordingly, moving defendants have set forth no argument requiring response.  In the alternative, if this court accepts this format, plaintiffs hereby incorporate by reference their response to said incorporated pages.

////

Dated this 17th day of July, 2004.

_____
James Bendell, WSBA # 20820
Co-counsel for plaintiffs

I certify that I caused a true copy
of this pleading to be electronically
mailed to Joseph Leeson, Joseph O'Brien
and Sal Cognetti on _____, 2004.

_____

PLAINTIFFS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT
FILED BY FR. URRUTIGOITY, ENSEY AND SOCIETY OF ST. JOHN - 3