# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DOE, JOHN DOE, SR. and JANE DOE, | : | |
| | : | No. 3: CV 02-0444 |
| Plaintiffs | : | (Judge Jones) |
| v. | : | |
| | : | |
| FATHER ERIC ENSEY, ET AL., | : | |
| Defendants | : | |

## ORDER

### July 20, 2004

IT IS HEREBY ORDERED THAT:

Defendants' Diocese of Scranton and Bishop James C. Timlin's Motion for Permission to file Brief in Excess of Fifteen Pages (doc 110) is GRANTED. However, the brief shall not exceed twenty five (25) pages in length.

                                                   s/ John E. Jones III
                                                   John E. Jones III
                                                   United States District Judge