IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE, JOHN DOE, SR. and JANE DOE,<br><br>　　　　　Plaintiff,<br>vs.<br><br>FATHER ERIC ENSEY, FATHER CARLOS URRUTIGOITY, DIOCESE OF SCRANTON, BISHOP JAMES C. TIMLIN, THE SOCIETY OF ST. JOHN, THE PRIESTLY FRATERNITY OF ST. PETER and ST. GREGORY'S ACADEMY,<br><br>　　　　　Defendant. | Case No.: 3 CV 02-0444<br><br>Judge: Hon. John E. Jones |

## PLAINTIFFS' MOTION TO CONTINUE TRIAL

COME NOW the plaintiffs, by and through counsel, and move this court for an Order continuing the trial date presently set for September 6, 2004. This motion is based upon the memorandum below and the contents of the court's file.

Plaintiffs request this continuance because it would be extremely prejudicial for them to go to trial without the psychosexual evaluation of the priest defendants which was conducted by the Southdown Institute in Canada. This court has previously ordered Fr. Urrutigoity's psychological records turned over to plaintiffs' counsel. This has not occurred because Fr. Urrutigoity's attorney is appealing this ruling the Third Circuit Court of Appeals.

PLAINTIFFS' MOTION TO CONTINUE TRIAL - 1

This court also ordered Fr. Ensey's psychological records to be turned over to the court for *in camera* review. However, the Southdown Institute has refused to send the records, and plaintiffs' counsel has been forced to retain Canadian counsel to obtain these records. That proceeding is not yet completed.

All defense counsel have been contacted regarding this motion and all concur with the motion to continue the trial.

Dated this 27th day of July, 2004.

_____
James Bendell, WSBA # 20820
Co-counsel for Plaintiffs

I certify that I caused a true copy of
this pleading to be served by electronic
mail on Joseph O'Brien, Joseph Leeson
and Sal Cognetti on 7/27, 2004.

PLAINTIFFS' MOTION TO CONTINUE TRIAL - 2