IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DOE, et al., | : | No. 3:02cv444 |
| Plaintiffs | : | Judge Jones |
| v. | : | |
| FATHER ERIC ENSEY, et al., | : | |
| Defendants | : | |

## ORDER

AND NOW this 28th day of July, 2004, upon due consideration of Plaintiffs' Concurred Motion to Continue Trial (doc 119) said motion is GRANTED.

1. This matter shall be stricken from the September 2004 trial term.

2. The case shall be held in suspense pending final resolution of the pending appeal of our June 15, 2004 Order by the Third Circuit Court of Appeals.

BY THE COURT

s/ John E. Jones III
John E. Jones III
United States District Court