IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DOE, et al., | : | No. 3:02cv444 |
| Plaintiffs | : | Judge Jones |
| v. | : | |
| FATHER ERIC ENSEY, et al., | : | |
| Defendants | : | |

## ORDER

AND NOW this 30th day of July, 2004, upon due consideration of Defendants' Concurred Motion for Extension of Time to File A Reply Brief (doc 121) said motion is GRANTED. The Defendants, Diocese and Bishop Timlin, shall have until August 13, 2004 to file a reply brief in support of their motion for summary judgment.

BY THE COURT

s/ John E. Jones III
John E. Jones III
United States District Court