# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN DOE, JOHN DOE, SR. and　　　　：
JANE DOE,　　　　　　　　　　　　　：
　　　　　　　　　　　　　　　　　　：　　No. 3: CV 02-0444
　　　　　　　　Plaintiffs　　　　　：　　(Judge Jones)
　　　　　　　　v.　　　　　　　　　：
　　　　　　　　　　　　　　　　　　：
FATHER ERIC ENSEY, ET AL.,　　　　：
　　　　　　　　Defendants　　　　　：

## ORDER

### October 14, 2004

IT IS HEREBY ORDERED THAT:

1.　　A telephonic conference shall be held on October 20, 2004 at 2:00 p.m.

2.　　Counsel for Plaintiffs shall initiate the call to chambers at (570)601-1497.

3.　　All parties shall be on the line when chambers is contacted.

　　　　　　　　　　　　　　　　　John E. Jones III
　　　　　　　　　　　　　　　　　United States District Judge