# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DOE, JOHN DOE, SR. and JANE DOE, | : | No. 3: CV 02-0444 |
| Plaintiffs | : | (Judge Jones) |
| v. | : | |
| FATHER ERIC ENSEY, ET AL., Defendants | : | |

## ORDER

## October 18, 2004

IT IS HEREBY ORDERED THAT:

1. A telephonic conference shall be **rescheduled as to time only on October 20, 2004 at 2:30 p.m.**

2. Counsel for Plaintiffs shall initiate the call to chambers at (570)601-1497.

3. All parties shall be on the line when chambers is contacted.

_____
John E. Jones III
United States District Judge