LAW OFFICE OF
# *HARRY T.  COLEMAN, ESQUIRE*
T.H. Coleman Professional Building

76 N. Main Street

Carbondale, PA 18407

email: Harry@HarryColemanLaw.com

phone: (570) 282-7440 fax: (570) 282-7606

January 6, 2005

**VIA ECF ONLY**
The Honorable John E. Jones, III
United States District Court Judge
United States District Court for the
Middle District of Pennsylvania
Williamsport, PA 17703-0608

> Re:   Doe v. Ensey, et al
>         No. 3:CV 02-0444

Dear Judge Jones:

I wish to advise that The Honorable John J. Thomas, Chief United States Bankruptcy Judge for the United States Bankruptcy Court for the Middle District of Pennsylvania has issued an Order under date of January 4, 2005 lifting the automatic stay in regard to the above matter.

Reference is made for Your Honor's benefit to Bankruptcy Docket Number 5-04-bk-55059.

Thank you.

Very truly yours,

s/Harry T. Coleman
Harry T. Coleman

HTC:caf

c.  James M. Bendell, Esquire/ via ECF  only
    Salvatore D. Cognetti, Esquire/ via ECF only
    Joseph F. Leeson, Jr., Esquire/via ECF only
    James E. O'Brien, Jr., Esquire/ via ECF only