IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DOE, JOHN DOE, SR. and JANE DOE, | : : : | |
| Plaintiffs | : : | No. 3: CV 02-0444 (Judge Jones) |
| v. | : : : | |
| FATHER ERIC ENSEY, ET AL., | : : | |
| Defendants | : | |

**ORDER**

**January 10, 2005**

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

On October 21, 2004 this Court entered an Order (doc. 135) staying all proceedings in this action pending the resolution of the personal bankruptcy action filed by Defendant Fr. Ensey.  On January 6, 2005, Defendant's counsel informed the Court via letter that the stay on this matter should be lifted because the Bankruptcy Court had issued an order removing the stay entered after Fr. Ensey declared bankruptcy.  In an Order dated January 4, 2005, Middle District of Pennsylvania Chief Bankruptcy Judge John J. Thomas, lifted the stay as to the use of Fr. Ensey's name in this matter.  See In re Eric Ensey, No. 5-04-bk-55059, (Bankr. M.D.Pa. Jan. 4, 2005).

Additionally, before this action was stayed Plaintiffs had filed a Motion for [a] Supplemental Discovery Order (doc. 126) and a Motion for Expedited Consideration of the Motion for Supplemental Discovery (doc. 127).  By our Order of October 4, 2004, we requested that the parties brief certain issues; however, the subsequent stay was imposed prior to our receipt of those submissions.  In their Motion for Expedited Consideration, Plaintiffs indicated a need to obtain a decision from this Court prior to October 27, 2004.  As that date has clearly passed, we will schedule a conference call amongst counsel for all parties to discuss this and other discovery-related issues.

**NOW, THEREFORE, IT IS ORDERED THAT:**

1. A telephonic conference is scheduled for January 24, 2005 at 10:00 a.m.

2. Plaintiffs' counsel shall initiate the conference call.  The Court's phone number is (570)601-1497.

3. All counsel shall be ready to proceed when my chambers is contacted.

        s/ John E. Jones III
        John E. Jones III
        United States District Judge