**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOHN DOE, JOHN DOE, SR. and JANE DOE, | : : : | No. 3: CV 02-0444 |
| Plaintiffs | : | (Judge Jones) |
| v. | : : | |
| FATHER ERIC ENSEY, ET AL., | : | |
| Defendants | : | |

**ORDER**

**January 24, 2005**

IT IS HEREBY ORDERED THAT:

1. A telephonic status conference shall be held on March 23, 2005, at 9:30 a.m.

2. Counsel for Plaintiffs shall initiate the call to chambers at (570)601-1497.

3. All counsel shall be on the line when chambers is contacted.

                                              s/ John E. Jones III
                                              John E. Jones III
                                              United States District Judge