IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE, JOHN DOE, SR. and JANE DOE, | : <br> : <br> :    No. 3: CV 02-0444 |
| Plaintiffs | :    (Judge Jones) |
| v. | : |
| FATHER ERIC ENSEY, ET AL., <br> Defendants | : <br> : <br> : |

## ORDER

### March 23, 2005

IT IS HEREBY ORDERED THAT:

1. A telephonic status conference shall be held on May 2, 2005, at 9:30 a.m.

2. Counsel for Plaintiffs shall initiate the call to chambers at (570)601-1497.

3. All counsel shall be on the line when chambers is contacted.

                                     s/ John E. Jones III
                                     John E. Jones III
                                     United States District Judge