IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DOE, JOHN DOE, SR. and JANE DOE, | : : | No. 3:02cv444 |
| Plaintiffs | : | Judge Jones |
| v. | : | |
| ERIC ENSEY, CARLOS URRUTIGOITY, THE DIOCESE OF SCRANTON, JAMES C. TIMLIN, THE SOCIETY OF ST. JOHN, THE PRIESTLY FRATERNITY OF ST. PETER and ST. GREGORY'S ACADEMY, | : : : : : | |
| Defendants | : | |

**ORDER**

**April 7, 2005**

It is hereby ORDERED as follows:

1. The telephonic conference scheduled for May 2, 2005 shall be rescheduled to May 23, 2005 at 10:30 a.m.

2. Plaintiff's counsel shall initiate the conference call. The Court's phone number is (570)601-1497.

3. All counsel shall be ready to proceed when my chambers is contacted.

                                                s/ John E. Jones III
                                                John E. Jones III
                                                United States District Judge