IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DOE, JOHN DOE, SR. and JANE DOE, | : : : | |
| Plaintiffs | : | No. 3: CV 02-0444 (Judge Jones) |
| v. | : : | |
| FATHER ERIC ENSEY, ET AL., Defendants | : : | |

ORDER

May 5, 2005

Counsel having reported to the Court that this action has been settled, **IT IS HEREBY ORDERED THAT** this action is dismissed without costs and without prejudice to the right of either party, upon good cause shown, to reinstate the action within sixty (60) days if the settlement is not consummated.

                                              s/ John E. Jones III
                                              JOHN E. JONES III
                                              United States District Judge