UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE, JOHN DOE, SR., and JANE DOE, | : NO. 3 CV 02-0444 |
| Plaintiffs, | : |
| | : (JONES, D.J.) |
| vs. | : |
| FATHER ERIC ENSEY, FATHER CARLOS URRUTIGOITY, DIOCESE OF SCRANTON, BISHOP JAMES C. TIMLIN, THE SOCIETY OF ST. JOHN, THE PRIESTLY FRATERNITY OF ST. PETER and ST. GREGORY'S ACADEMY, | : |
| Defendants. | : |

PRAECIPE TO SETTLE, DISCONTINUE AND END

TO THE CLERK OF COURT:

Please mark the docket of the within case "settled, discontinued and ended, with prejudice".

_____
JAMES M. BENDELL
2535 Ivy Street
P.O. Box 587
Port Townsend, WA  98368
360-379-5221
Attorney for Plaintiffs

Date: __5/18__, 2005

_____
HARRY T. COLEMAN
148 Adams Avenue
Scranton, PA  18503
570-558-6680
Attorney for Plaintiffs

Date: __5/18__, 2005

FILED
SCRANTON

JUN 1 3 2005

PER _____
DEPUTY CLERK

## LEESON, LEESON & LEESON
### ATTORNEYS AT LAW
70 EAST BROAD STREET, P. O. BOX 1426
BETHLEHEM, PENNSYLVANIA 18016-1426

JOSEPH F. LEESON, JR.*
WILLIAM P. LEESON

EARL S. HEFFNER, JR.
OF COUNSEL

TELEPHONE (610) 691-3320
FAX (610) 691-8719

JOSEPH F. LEESON
(1965-1991)

June 8, 2005

Mary E. D'Andrea
Clerk of Court
United States District Court
Federal Building
U.S. Post Office and Courthouse
Scranton, PA 18501

Re: **Doe vs. Ensey, et al.**
Civil Action No: 3:CV02-0444
Our File: 20-2-02D

Dear Ms. D'Andrea:

Enclosed is an original and one copy of Praecipe to Settle, Discontinue and End.

Please file the original Praecipe and forward a time stamped copy to my office in the enclosed stamped, self-addressed envelope.

Thank you.

Very truly yours,

JOSEPH F. LEESON, JR.

JFL,JR/dja

Enclosures
cc: Honorable John E. Jones, III
James Bendell, Esq.
Harry T. Coleman, Esq.
Sal Cognetti, Jr., Esq.
James E. O'Brien, Jr., Esq.
Joseph F. Gaughan, Esq.

* Certified Civil Trial Advocate by National Board of Trial Advocacy
A Pennsylvania Supreme Court Accredited Agency